## ATTACHMENT TO CIVIL COVER SHEET

Defendants:

Bureau of Alcohol, Tobacco, Firearms, and Explosives ("BATFE");

Marvin Richardson in his official capacity as the Acting Director of the BATFE;

Attorney General Merrick Garland in his official capacity as Attorney General of the United States.