# UNITED STATES DISTRICT COURT
for the

_____

John Corey Fraser
_____
Plaintiff(s)

v.

Bureau of Alcohol, Tobacco, Firearms, & Explosives,
Merrick Garland, in his official capacity,
Marvin Richardson, in his official capacity
_____
Defendant(s)

Civil Action No. 3:22-cv-00410

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Bureau of Alcohol, Tobacco, Firearms & Explosives
99 New York Ave., NE
Washington, D.C. 20226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elliott Harding, Esq.
Harding Counsel, PLLC
608 Elizabeth Ave
Charlottesville, VA 22901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                                *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

)
)
)
John Corey Fraser )
_____ )
Plaintiff(s) )
)
v. )  Civil Action No. 3:22-cv-00410
Bureau of Alcohol, Tobacco, Firearms, & Explosives )
Merrick Garland, in his official capacity )
Marvin Richardson, in his official capacity )
_____ )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Attn: United States Attorney for the Eastern Dist. of Va.
919 E. Main St., Suite 1900
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elliott Harding, Esq.
Harding Counsel, PLLC
608 Elizabeth Ave.
Charlottesville, VA 22901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

John Coney Fraser
_____
Plaintiff(s)

v.

Bureau of Alcohol, Tobacco, Firearms, & Explosives
Merrick Garland, in his official capacity
Marvin Richardson, in his official capacity
_____
Defendant(s)

Civil Action No. 3:22-cv-00410

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Merrick Garland,
Attorney Office for The Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elliott Harding, Esq.
Harding Counsel, PLLC
608 Elizabeth Ave
Charlottesville, VA 22901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
                          *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

John Corey Fraser
_____
Plaintiff(s)

v.

Bureau of Alcohol, Tobacco, Firearms & Explosives
Merrick Garland, in his official capacity
Marvin Richardson, in his official capacity
_____
Defendant(s)

Civil Action No. 3:22 cv - 00410

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MARVIN RICHARDSON
Office of Acting Director of BATFE
99 New York Ave., NE
Washington, D.C. 20226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elliott Harding, Esq.
Harding Counsel, PLLC
608 Elizabeth Ave
Charlottesville, VA 22901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____        _____
                                      *Signature of Clerk or Deputy Clerk*