UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOHN COREY FRASER, on behalf of himself and all others similarly situated as a Class;<br><br>Plaintiff,<br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:22-cv-00410<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please take notice that Jonathan H. Hambrick, Assistant United States Attorney for the Eastern District of Virginia, is entering his appearance as counsel for the defendants in this action.

Dated: September 6, 2022

                                                          Respectfully submitted,

                                                          JESSICA D. ABER
                                                          UNITED STATES ATTORNEY

By:   /s/_____
        Jonathan H. Hambrick
        VSB No. 37590
        Attorney for the Defendants
        Office of the United States Attorney
        919 East Main Street, Suite 1900
        Richmond, Virginia 23219
        Telephone:  (804) 819-5400
        Facsimile:  (804) 771-2316
        Email:  jay.h.hambrick@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Elliott Harding, Esquire
>Harding Counsel, PLLC
>608 Elizabeth Avenue
>Charlottesville, VA 22901

>/s/
>Jonathan H. Hambrick
>VSB No. 37590
>Attorney for the Defendants
>Office of the United States Attorney
>919 East Main Street, Suite 1900
>Richmond, Virginia 23219
>Telephone:  (804) 819-5400
>Facsimile:  (804) 771-2316
>Email:  jay.h.hambrick@usdoj.gov