UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOHN COREY FRASER, on behalf of himself and all others similarly situated as a Class;<br><br>　　　　　Plaintiff,<br>　v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; et al.<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 3:22-cv-00410<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE REPORTING SERVICE

**COMES NOW** the United States Attorney by Jonathan H. Hambrick, Assistant United States Attorney for the Eastern District of Virginia, and, pursuant to the provisions of Local Civil Rule 4(a), certifies the following:

The Office of the United States Attorney was served with process in this litigation by certified mail pursuant to the provisions of Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure. The envelope containing process was postmarked with the date of **August 26, 2022**. Process was received by the Office of the United States Attorney on **August 29, 2022**.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JESSICA D. ABER
　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　By:　　/s/_____
　　　　　　　　　　　　　　　　　Jonathan H. Hambrick
　　　　　　　　　　　　　　　　　VSB No. 37590
　　　　　　　　　　　　　　　　　Attorney for the Defendants
　　　　　　　　　　　　　　　　　Office of the United States Attorney
　　　　　　　　　　　　　　　　　919 East Main Street, Suite 1900
　　　　　　　　　　　　　　　　　Richmond, Virginia 23219
　　　　　　　　　　　　　　　　　Telephone: (804) 819-5400
　　　　　　　　　　　　　　　　　Facsimile: (804) 771-2316
　　　　　　　　　　　　　　　　　Email: jay.h.hambrick@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Elliott Harding, Esquire
>Harding Counsel, PLLC
>608 Elizabeth Avenue
>Charlottesville, VA 22901

>/s/
>Jonathan H. Hambrick
>VSB No. 37590
>Attorney for the Defendants
>Office of the United States Attorney
>919 East Main Street, Suite 1900
>Richmond, Virginia 23219
>Telephone:  (804) 819-5400
>Facsimile:  (804) 771-2316
>Email:  jay.h.hambrick@usdoj.gov