UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOHN COREY FRASER, on behalf of himself and all others similarly situated as a Class,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:22CV00410<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME AND BRIEF IN SUPPORT THEREOF**

COMES NOW, the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), Acting Director of ATF Marvin Richardson, and Attorney General Merrick Garland (collectively Defendants), by counsel, and respectfully move for a brief 14-day extension of time in which to move, answer, or otherwise respond to Plaintiff's complaint. In support thereof, Defendants state the following:

Plaintiff filed his complaint in this action on June 1, 2022. The Office of the United States Attorney was served by certified mail pursuant to the provisions of Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure. The envelope containing process is postmarked with the date of August 26, 2022. Process was received by the Office of the United States Attorney on August 29, 2022. Pursuant to Local Civil Rule 4(A), service on Defendants was deemed effective as of the date on the postmark, or August 26, 2022. Accordingly, Defendants' motion, answer, or other responsive pleading is due 60 days thereafter, or on Tuesday, October 25, 2022.

Defendants seek a brief 14-day extension of time until Tuesday, November 8, 2022, in which to respond to Plaintiff's complaint. Defendants anticipate filing a dispositive motion, but preparation of that motion has been delayed by the work schedules of undersigned counsel. Defendants respectfully

1

submit that it is in the interest of judicial economy to grant this extension to allow Defendants sufficient time to properly address the issues raised in Plaintiff's complaint.

Undersigned counsel has conferred with counsel for Plaintiff, and Plaintiff does not oppose the relief sought in this motion.

A proposed order is attached hereto.

WHEREFORE, Defendants respectfully request that the Court grant Defendants a brief 14-day extension of time, up to and including Tuesday, November 8, 2022, in which to move, answer, or otherwise respond to Plaintiff's Complaint, and for such further relief as the Court deems just and proper.

Dated:  October 11, 2022

                Respectfully submitted,

                JESSICA D. ABER
                UNITED STATES ATTORNEY

By:   /s/
      Jonathan H. Hambrick
      VSB #37590
      Attorney for the Defendants
      Office of the United States Attorney
      600 East Main Street, Suite 1800
      Richmond, Virginia 23219
      (804) 819-5400 (phone)
      (804) 819-7417 (fax)
      jay.h.hambrick@usdoj.gov

      BRIAN M. BOYNTON
      Principal Deputy Assistant Attorney General

      LESLEY FARBY
      Assistant Branch Director

      MICHAEL P. CLENDENEN (D.C. Bar # 1660091)
      Trial Attorney
      DANIEL RIESS
      Senior Counsel

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-0693
Fax: (202) 616-8460
michael.p.clendenen@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Elliott Harding, Esquire
>Harding Counsel, PLLC
>608 Elizabeth Avenue
>Charlottesville, VA 22901

>/s/
>Jonathan H. Hambrick
>VSB No. 37590
>Attorney for the Defendants
>Office of the United States Attorney
>919 East Main Street, Suite 1900
>Richmond, Virginia 23219
>Telephone:  (804) 819-5400
>Facsimile:  (804) 771-2316
>Email:  jay.h.hambrick@usdoj.gov