UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOHN COREY FRASER, on behalf of himself and all others similarly situated as a Class,<br><br>    Plaintiff,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al.,<br><br>    Defendants. | Civil Action No. 3:22CV00410 |

## ORDER FOR EXTENSION OF TIME

This matter comes before the Court for pretrial management on Defendants' motion for an extension of time within which to move, answer, or otherwise respond to Plaintiff's complaint (ECF No. 6). Because the Court finds good cause, and Plaintiff does not object, the Court hereby GRANTS the motion. It is hereby ORDERED that the Defendants shall have until Tuesday, November 8, 2022, in which to move, answer, or otherwise respond to Plaintiff's complaint.

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

Richmond, Virginia
Date: _____, 2022

_____
Robert E. Payne
Senior United States District Judge