IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN COREY FRASER, on behalf
of himself and all others
similarly situated as a Class,

    Plaintiff,

v.                                Civil Action No. 3:22cv410

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES,
et al.,

    Defendants.

ORDER

Having considered the CONSENT MOTION FOR EXTENSION OF TIME AND BRIEF IN SUPPORT THEREOF (ECF No. 6), and there being no objection by the plaintiff, it is hereby ORDERED that the Motion (ECF No. 6) is granted with modification. It is further ORDERED that the defendant shall file its Answer and any other motions with respect to the Complaint by November 8, 2022.

It is so ORDERED.

                                                /s/  REP
                                       Robert E. Payne
                                       Senior United States District Judge

Richmond, Virginia
Date: October 14, 2022