IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JOHN COREY FRASER, on behalf of himself and all others similarly situated as a Class,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:22CV00410<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendants, the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF); Steven Dettelbach, in his official capacity as the Director of ATF[1]; and Merrick Garland, in his official capacity as Attorney General of the United States respectfully move this Court to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction and for failure to state a claim on which relief can be granted. In accordance with the Court's Local Rules, this motion is accompanied by a memorandum in support of the motion and citations of the authorities on which Defendants rely.

---

[1] Pursuant to Federal Rule of Civil Procedure 25, Director Dettelbach is automatically substituted as a defendant in this matter.

Dated: November 8, 2022

                        Respectfully submitted,

                        JESSICA D. ABER
                        UNITED STATES ATTORNEY

By:    _/s/_*Jonathan H. Hambrick*_
           Jonathan H. Hambrick
           VSB #37590
           Office of the United States Attorney
           600 East Main Street, Suite 1800
           Richmond, Virginia 23219
           (804) 819-5400 (phone)
           (804) 819-7417 (fax)
           jay.h.hambrick@usdoj.gov


           BRIAN M. BOYNTON
           Principal Deputy Assistant Attorney General

           LESLEY FARBY
           Assistant Branch Director

           MICHAEL P. CLENDENEN (D.C. Bar # 1660091)
           Trial Attorney
           DANIEL RIESS
           Senior Counsel
           U.S. Department of Justice
           Civil Division, Federal Programs Branch
           1100 L Street, NW
           Washington, D.C. 20005
           Tel: (202) 305-0693
           Fax: (202) 616-8460
           michael.p.clendenen@usdoj.gov

           *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of November, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Elliott Harding, Esquire
>Harding Counsel, PLLC
>608 Elizabeth Avenue
>Charlottesville, VA 22901

>*/s/ Jonathan H. Hambrick*
>Jonathan H. Hambrick
>VSB # 37590
>Attorney for the Defendants
>Office of the United States Attorney
>919 East Main Street, Suite 1900
>Richmond, Virginia 23219
>Telephone:  (804) 819-5400
>Facsimile:  (804) 771-2316
>Email:  jay.h.hambrick@usdoj.gov