# Exhibit B

**Earliest Known Age-Based State Restrictions on the Use or Purchase of Firearms**

| State | Year[1] | Statutory Text | Source | State Right to Bear Arms Provision, and When Enacted[2] |
|---|---|---|---|---|
| Alabama | 1856 | Section 1 Be it enacted by the Senate and House of Representatives of the State of Alabama in General Assembly convened, That any one who shall sell or give or lend, to any male minor, a bowie knife, or knife or instrument of the like kind or description, by whatever name called, or air gun or pistol, shall, on conviction be fined not less than three hundred, nor more than one thousand dollars. | An Act to Amend the Criminal Law, No. 26, § 1, 1856 ALA. ACTS 17, 17. | "That every citizen has a right to bear arms in defense of himself and the state." ALA. CONST. art. I, § 27 (1819). |
| Alaska | 1978 | Sec. 11.61.220. Misconduct Involving Weapons in the Third Degree. (a) A person commits the crime of misconduct involving weapons in the third degree if he. . . (3) being an unemancipated minor under 16 years of age, possesses a firearm without the consent of his parent or guardian. | An Act revising the criminal laws of the state, changing Rule 35 of the Alaska Supreme Court's Rules of Criminal Procedure; and providing for an effective date, ch. 166, § 11.61.220(a)(3), 1978 ALASKA SESSION LAWS AND RESOLVES, SECOND SESSION 1, 68. | "A well-regulated militia being necessary to the security of a free state, the right of the people to keep and bear arms shall not be infringed." ALASKA CONST., art. I, § 19 (1959). |
| Arizona | 1883 [1912] | Any person who shall sell or give to any minor under the age of fourteen years, or to any person for the use of such minor, any firearms, or toy pistols from which dangerous and explosive substances may be discharged, shall be deemed guilty of a misdemeanor. | An Act to prohibit the sale of toy pistols or firearms to minors, No. 71, §§ 1-2, 1883 ARIZ. LAWS 178, 178-79.<br><br>SAMUEL L. PATTEE, ED., THE REVISED STATUTES OF ARIZONA: PENAL CODE 85 (1913).<br><br>(Although the Act was passed in 1883, Arizona was not admitted as a State until 1912. The text is taken from the code.) | "The right of the individual citizen to bear arms in defense of himself or the State shall not be impaired, but nothing in this section shall be construed as authorizing individuals or corporations to organize, maintain, or employ an armed body of men." ARIZONA CONST. art. II, § 26 (1912). |

---

[1] The year of enactment has been provided wherever known. If the year of enactment is unknown, the date provided is the year of first codification, and is asterisked.

[2] *See* Eugene Volokh, *State Constitutional Rights to Keep and Bear Arms*, 11 TEXAS REV. OF LAW & POLITICS 191, 193-204 (2006).

| State | Year | | | |
|---|---|---|---|---|
| Arkansas | 1975 | (1) A person commits the offense of furnishing a deadly weapon to a minor when he sells, barters, leases, gives, rents or otherwise furnishes a firearm or other deadly weapon to a minor without the consent of a parent, guardian, or other person responsible for general supervision of his welfare.<br><br>(2) Furnishing a deadly weapon to a minor is a class A misdemeanor. | An Act to Reform, Revise, and Codify the Substantive Criminal Law of the State of Arkansas, and for Other Purposes, No. 280, § 3109, 2 ARK. GENERAL ACTS 500, 697 (1975). | "The citizens of this State shall have the right to keep and bear arms, for their common defense." ARK. CONST. art. II, § 5 (1874). |
| California | 1923 | Sec. 5. Except as otherwise provided in this act, it shall be unlawful for any person within this state to carry concealed upon his person or within any vehicle which is under his control or direction any pistol, revolver or other firearm capable of being concealed upon the person without having a license to carry such firearm as hereinafter provided in section eight hereof. Any person who violates the provisions of this section shall be guilty of a misdemeanor, and if he has been convicted previously of any felony, or of any crime made punishable by this act, he is guilty of a felony.<br><br>This section shall not be construed to prohibit any citizen of the United States, over the age of eighteen years, who resides or is temporarily sojourning within this state, and who is not within the excepted classes prescribed by section two hereof, from owning, possessing or keeping within his place of residence or place of business any pistol, revolver or other firearm capable of being concealed upon the person, and no permit or license to purchase, own, possess or keep any such firearm at his place of residence or place of business shall be required of any such citizen. | An act to control and regulate the possession, sale and use of pistols, revolvers and other firearms capable of being concealed upon the person; . . . ch. 339, § 5, 1923 CAL. STATUTES 695, 697. | None |
| Colorado | 1993 | Except as provided in this section, it is unlawful for any person who has not attained the age of eighteen years knowingly to have any handgun in such person's possession. | An Act concerning the commission of criminal acts by juveniles, and making an appropriation in connection therewith, ch. 1, § 2, 1993 COLO. LAWS 1, 2. | "The right of no person to keep and bear arms in defense of his home, person and property, or in aid of the civil power when thereto legally summoned, shall be called in question; but nothing herein contained shall be construed to justify the practice of carrying concealed weapons." COLO. CONST. art. I, § 13 (1876). |

2

| | | | | |
|---|---|---|---|---|
| Connecticut | 1923 | Sec. 8. No person shall make any false statement or give any false information connected with any purchase, sale or delivery of any pistol or revolver, and no person shall sell, barter, hire, lend, give or deliver to any minor under the age of eighteen years any pistol or revolver. | An Act concerning the possession, sale and use of pistols and revolvers, ch. 252, § 8, 1923 CONN. PUBLIC ACTS PASSED BY THE GENERAL ASSEMBLY 3707, 3709. | "Every citizen has a right to bear arms in defence of himself and the state." CONN. CONST: art. I, § 15 (1818). |
| Delaware | 1881 | Section 1. That if any person shall carry concealed a deadly weapon upon or about his person other than an ordinary pocket knife, or shall knowingly sell a deadly weapon to a minor other than an ordinary pocket knife, such person shall upon conviction thereof, be fined not less than twenty-five nor more than one hundred dollars or imprisoned in the county jail for not less than ten nor more than thirty days, or both at the discretion of the court: *Provided*, that the provisions of this section shall not apply to the carrying of the usual weapons by policemen and other peace officers. | An Act providing for the punishment of persons carrying concealed deadly weapons, ch. 548, § 1, 1881, 16 DEL. LAWS 716, 716. | None |
| District of Columbia | 1892 | Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That it shall not be lawful for any person or persons within the District of Columbia, to have concealed about their person any deadly or dangerous weapons, such as daggers, air-guns, pistols, bowie-knives, dirk knives or dirks, blackjacks, razors, razor blades, sword canes, slung shot, brass or other metal knuckles. ... Section 5. That any person or persons who shall, within the District of Columbia, sell, barter, hire, lend or give to any minor under the age of twenty-one years any such weapon as hereinbefore described shall be deemed guilty of a misdemeanor, and shall, upon conviction thereof, pay a fine or penalty of not less than twenty dollars nor more than one hundred dollars, or be imprisoned in the jail of the District of Columbia not more than three months. | An Act to punish the carrying or selling of deadly or dangerous weapons within the District of Columbia, and for other purposes, ch. 159, 27 Stat. 116, 116-17 (1892). | "A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed." U.S. CONST. amend. II (1791). |

3

| | | | |
|---|---|---|---|
| Florida | 1881 | Section 1. It shall be unlawful for any person or persons to sell, hire, barter, lend or give to any minor under sixteen years of age any pistol, dirk or other arm or weapon, other than an ordinary pocket-knife, or a gun or rifle used for hunting, without the permission of the parents of such minor, or the person having charge of such minor, and it shall be unlawful for any person or persons to sell, hire, barter, lend or give to any person or persons of unsound mind, any dangerous weapon other than an ordinary pocket-knife.<br><br>Section 2. Any person or persons so offending shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be fined not less than twenty nor more than fifty dollars, or imprisoned in the county jail not more than three months. | An Act to Prevent the Selling, Hiring, Bartering, Lending or Giving to Minors under Sixteen Years of Age, or to any Person of Unsound Mind, Certain Fire-arms or other Dangerous Weapons, No. 67, ch. 3285, § 1-2, 1881 FLA. ACTS AND RESOLUTIONS 87, 87. | "The people shall have the right to bear arms in defence of themselves and of the lawful authority of the State." FLA. CONST. art. I, § 22 (1868). |
| Georgia | 1876 | Section 1. Be it enacted, etc., That from and after the passage of this Act, it shall not be lawful for any person or persons knowingly to sell, give, lend or furnish any minor or minors any pistol, dirk, bowie knife or sword cane. Any person found guilty of a violation of this Act shall be guilty of a misdemeanor, and punished as prescribed in section 4310 of the Code of 1873: *Provided*, that nothing herein contained shall be construed as forbidding the furnishing of such weapons under circumstances justifying their use in defending life, limb or property. | An Act to punish any person or persons who shall sell, give, lend or furnish any minor or minors with deadly weapons herein mentioned and for other purposes, No. 63, § 1, 1876 GA. ACTS AND RESOLUTIONS 112, 112. | "A well-regulated militia being necessary to the security of a free people, the right of the people to keep and bear arms shall not be infringed; but the general assembly shall have power to prescribe by law the manner in which arms may be borne." GA. CONST. art. I, § 14 (1868). |
| Hawaii | 1988 | Where the urgency or the need has been sufficiently indicated, the respective chief of police may grant to an applicant of good moral character who is a citizen of the United States of the age of twenty years or more, is engaged in the protection of life and property, and is not prohibited under section 134-7 from the ownership or possession of a firearm, a license to carry a pistol or revolver and ammunition therefor unconcealed on the person within the county where the license is granted. Unless renewed, the license shall expire one year from the date of issue. | A Bill for an Act Relating to Firearms and Ammunition, No. 275, § 134-9(a), 1988 HAW. SESSION LAWS PASSED BY THE FOURTEENTH STATE LEGISLATURE 510, 515. | "A well regulated militia being necessary to the security of a free state, the right of the people to keep and bear arms shall not be infringed." HAW. CONST. art. I, § 17 (1959). |

4

| State | Year | | | |
|---|---|---|---|---|
| Idaho | 1909 | Section 1.  If any person, (excepting officials of a county, officials of the State of Idaho, officials of the United States, peace officers, guards of any jail, any officer of any express company on duty), shall carry concealed upon or about his person any dirk, dirk knife, bowie knife, dagger, slung shot, pistol, revolver, gun or any other deadly or dangerous weapon within the limits or confines of any city, town, or village, or in any public assembly, or in any mining, lumbering, logging, railroad, or other construction camp within the State of Idaho, or shall, in the presence of one or more persons, exhibit any deadly or dangerous weapon in a rude, angry, or threatening manner, or shall have or carry any such weapon upon or about his person when intoxicated, or under the influence of intoxicating drinks, or shall, directly or indirectly, sell or deliver, loan or barter to any minor under the age of sixteen (16) years any such weapon, without the consent of the parent or guardian of such minor, he shall upon conviction, be punished by a fine of not less than twenty-five dollars ($25.00) nor more than two hundred dollars ($200.00), or by imprisonment in the county jail for a period of not less than twenty (20) nor more than sixty (60) days, or by both such fine and imprisonment: *Provided, however,* that it shall be a good defense to the charge of carrying such concealed weapons if the defendant shall show that he has been threatened with great bodily harm, or had good reason to carry the same in the necessary defense of his person, family, home or property. | An Act to regulate the use and carrying of concealed deadly weapons and to regulate the sale or delivery of deadly weapons to minors under the age of sixteen years… No. 62, § 1, 1909 IDAHO GENERAL LAWS PASSED AT THE TENTH SESSION OF THE STATE LEGISLATURE 6, 6. | "The people have the right to bear arms for their security and defence; but the Legislature shall regulate the exercise of this right by law." IDAHO CONST., art. I, § 11 (1889). |
| Illinois | 1881 | § 2. Whoever, not being the father, guardian or employer of the minor herein named, by himself or agent, shall sell, give, loan, hire or barter, or shall offer to sell, give, loan, hire or barter to any minor within this state, any pistol, revolver, derringer, bowie knife, dirk or other deadly weapon of like character, capable of being secreted upon the person, shall be guilty of a misdemeanor, and shall be fined in any sum not less than twenty-five dollars ($25), nor more than two hundred dollars ($200). | An Act to regulate the traffic in deadly weapons and to prevent the sale of them to minors, § 2, 1881 ILL. LAWS 73, 73. | None |

| State | Year | | | |
|---|---|---|---|---|
| Indiana | 1875 | Section 1. Be it enacted by the General Assembly of the State of Indiana, That it shall be unlawful for any person to sell, barter, or give to any other person under the age of twenty-one years any pistol, dirk, or bowie-knife, slung-shot, knucks, or other deadly weapon that can be worn or carried concealed upon or about the person, or to sell, barter, or give to any person, under the age of twenty-one years, any cartridges manufactured and designed for use in a pistol. | An Act to prohibit the sale, gift, or bartering of deadly weapons or ammunition therfor, to minors, ch. 40, § 1, 1875 IND. LAWS 59, 59. | "The people shall have a right to bear arms, for the defense of themselves and the State." IND. CONST. art. I, § 32 (1851). |
| Iowa | 1884 | Section 1. That it shall be unlawful for any person to knowingly sell, present or give any pistol, revolver or toy pistol to any minor. | An Act to Prohibit the Selling or Giving of Fire Arms to Minors, ch. 78, § 1, 1884 IOWA ACTS AND RESOLUTIONS 86, 86. | None |
| Kansas | 1883 | Section 1. Any person who shall sell, trade, give, loan or otherwise furnish any pistol, revolver or toy pistol, by which cartridges or caps may be exploded, or any dirk, bowie knife, brass knuckles, slung shot, or other dangerous weapons to any minor, or to any person of notoriously unsound mind, shall be deemed guilty of a misdemeanor, and shall, upon conviction before any court of competent jurisdiction, be fined not less than five nor more than one hundred dollars.<br><br>Sec. 2. Any minor who shall have in his possession any pistol, revolver or toy pistol, by which cartridges may be exploded, or any dirk, bowie-knife, brass knuckles, slung shot or other dangerous weapon, shall be deemed guilty of a misdemeanor, and upon conviction before any court of competent jurisdiction shall be fined not less than one nor more than ten dollars. | An Act to prevent selling, trading or giving of deadly weapons or toy pistols to minors, and to provide punishment therefor, ch. 105, §§ 1-2, 1883 KAN. SESSION LAWS 159, 159. | "The people have the right to bear arms for their defense and security; but standing armies, in time of peace, are dangerous to liberty, and shall not be tolerated, and the military shall be in strict subordination to the civil power." KAN. CONST. bill of rights, § 4 (1859). |
| Kentucky | 1873* | § 1. If any person shall carry concealed a deadly weapon upon or about his person other than an ordinary pocket knife, or shall sell a deadly weapon to a minor other than an ordinary pocket knife, such person shall, upon indictment and conviction, be fined not less than twenty-five nor more than one hundred dollars, and imprisoned in the county jail for not less than ten nor more than thirty days, in the discretion of the court or jury trying the case. | EDWARD I. BULLOCK & WILLIAM JOHNSON, EDS., THE GENERAL STATUTES OF THE COMMONWEALTH OF KENTUCKY art. 29, at 359 (1873). | "That the rights of the citizens to bear arms in defence of themselves and the State shall not be questioned; but the general assembly may pass laws to prevent persons from carrying concealed arms." KY. CONST. art. XIII, § 25 (1850). |

6

| | | | |
|---|---|---|---|
| Louisiana | 1890 | Section 1. Be it enacted by the General Assembly of the State of Louisiana, That, hereafter, it shall be unlawful, for any person to sell, or lease or give through himself or any other person, any pistol, dirk, bowie-knife or any other dangerous weapon, which may be carried concealed to any person under the age of twenty-one years. | An Act Making it a misdemeanor for any person to sell, give or lease, to any minor; any pistol, bowie-knife, dirk or any weapon, intended to be carried or used as a concealed weapon, No. 46, § 1, 1890 LA. ACTS 39, 39. | "A well regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be abridged. This shall not prevent the passage of laws to punish those who carry weapons concealed." LA. CONST. art. 3 (1879). |
| Maine | 1909 | Section 1. It shall be considered injurious to the physical, mental or moral welfare of any child, or children within the age defined by the statutes of this state concerning infants in distress, to smoke or use tobacco in any form, or to use or drink alcoholic or intoxicating liquors, or to use narcotic drugs of any kind or description unless prescribed by a physician, or otherwise used in case of sickness; and any person selling, giving or furnishing any such child with cigarettes, cigarette papers, tobacco, liquor or other narcotic drugs in any form or encouraging such child to use the same, except as otherwise provided herein, shall be deemed guilty of encouraging, causing or contributing to the delinquency or distress of such child, and shall be punished, on conviction thereof, by a fine not exceeding one hundred dollars or imprisonment for a term not exceeding thirty days.<br><br>Section 2. It shall be considered dangerous to the welfare of such children to give, furnish or sell to them any dangerous weapon or firearms, except in cases where the parents, guardians, teachers or instructors of children may furnish them with such weapons for hunting or target shooting outside the limits of any incorporated town or city, or where the same may be used in any regular licensed shooting gallery, and any person violating this provision shall also be deemed guilty of causing, encouraging or contributing to the delinquency or distress of children, and may be similarly proceeded against and punished as under the foregoing section. | An Act concerning the Protection of Children, and defining certain Acts which shall be considered as causing, encouraging or contributing to the Delinquency or Distress of Infants, ch. 166, §§ 1-2, 1909 ME. ACTS AND RESOLVES 169, 169. | "Every citizen has a right to keep and bear arms for the common defence; and this right shall never be questioned." ME. CONST. art. I, § 16 (1819). |

7

| | | | | |
|---|---|---|---|---|
| Maryland | 1882 | Sec. 2 Be it enacted, That it shall be unlawful for any person, be he licensed dealer or not, to sell, barter or give away any firearm whatsoever or other deadly weapons, except shot guns, fowling pieces and rifles, to any person who is a minor under the age of twenty-one years. Any person or persons violating any of the provisions of this act shall, on conviction thereof, pay a fine of not less than fifty nor more than two hundred dollars, together with costs of prosecution, and upon failure to pay said fine and cost, be committed to jail and confined therein until such fine and costs are paid, or for the period of sixty days, whichever shall first occur. | An Act to prohibit the sale of "Deadly Weapons to Minors," ch. 424, § 2, 1882 MD. LAWS 656, 656. | None |
| Massachusetts | 1884 | Section 1. No person shall sell or furnish to a minor under the age of fifteen years, any firearms or other dangerous weapon; *provided*, that instructors and teachers may furnish military weapons to pupils for instruction and drill.<br><br>Section 2. Whoever violates the provisions of this act shall for each offence be punished by fine not less than ten nor more than fifty dollars. | An Act to prohibit the sale of firearms and other dangerous weapons to minors, ch. 76, §§ 1-2, 1884 MASS. ACTS AND RESOLVES 57, 57. | "The people have a right to keep and to bear arms for the common defence. And as, in time of peace, armies are dangerous to liberty, they ought not to be maintained without the consent of the legislature; and the military power shall always be held in an exact subordination to the civil authority, and be governed by it." MASS. CONST. pt. I, art. 17 (1780). |
| Michigan | 1883 | Section 1. The People of the State of Michigan enact, That no person shall sell, give, or furnish to any child under the age of thirteen years, any cartridge of any form or material, or any pistol, gun, or other mechanical contrivance, specially arranged or designated for the explosion of the same.<br><br>Sec. 2. Any person violating any of the provisions of the foregoing section, shall be guilty of a misdemeanor, and upon conviction thereof, shall be punished by a fine of not less than ten dollars, nor more than fifty dollars, and costs of prosecution, or imprisonment in the county jail not less than ten days nor more than ninety days, or both such fine and imprisonment, in the discretion of the court.<br><br>Sec. 3. It shall be unlawful for any person under the age of thirteen years to have in possession, or use any of the articles named in section one of this act. | An Act to prevent the sale and use of toy pistols, No. 138, §§ 1-3, 1883 MICH. PUBLIC ACTS 144, 144. | "Every person has a right to bear arms for the defence of himself and the state." MICH. CONST. art. XVIII, § 7 (1850). |

8

| | | | | |
|---|---|---|---|---|
| Minnesota | 1889 | Section 1. That it shall be unlawful for any minor person under the age of fourteen (14) years to handle or have in his possession or control, except while accompanied by or under the immediate charge of his parent or guardian, any firearm of any species whatever, for hunting or target practice, or any other purpose whatever. And any one violating any of the provisions of this act, or aiding or knowingly permitting any minor person of such age, except as herein provided, to violate the same, shall be deemed guilty of a misdemeanor. | An act to prohibit the use of firearms by minors, and to punish the same, ch. 16, § 1, MINN. GENERAL LAWS 58, 58-59. | None |
| Mississippi | 1878 | Section 1. Be it enacted by the Legislature of the State of Mississippi, That any person not being threatened with, or having good and sufficient reason to apprehend an attack, or traveling (not being a tramp) or setting out on a journey, or peace officers, or deputies in discharge of their duties, who carries concealed, in whole or in part, any bowie knife, pistol, brass knuckles, slung shot or other deadly weapon of like kind or description, shall be deemed guilty of a misdemeanor, and on conviction, shall be punished for the first offence by a fine of not less than five dollars nor more than one hundred dollars, and in the event the fine and cost are not paid shall be required to work at hard labor under the direction of the board of supervisors or of the court, not exceeding two months, and for the second or any subsequent offence, shall, on conviction, be fined not less than fifty nor more than two hundred dollars, and if the fine and costs are not paid, be condemned to hard labor not exceeding six months under the direction of the board of supervisors, or of the court. That in any proceeding under this section, it shall not be necessary for the State to allege or prove any of the exceptions herein contained, but the burden of proving such exception shall be on the accused.<br><br>Sec. 2. Be it further enacted, That it shall not be lawful for any person to sell to any minor or person intoxicated, knowing him to be a minor or in a state of intoxication, any weapon of the kind or description in the first section of this Act described, or any pistol cartridge, and on conviction shall be punished by a fine not exceeding two hundred dollars, and if the fine and costs are not paid, be condemned to hard labor under the direction of the board of supervisors or of the court, not exceeding six months. | An Act to prevent the carrying of concealed weapons, and for other purposes, ch. 66, §§ 2-3, 1878 MISS. LAWS 175, 175-76. | "All persons shall have a right to keep and bear arms for their defence." MISS. CONST. art. I, § 15 (1868). |

| State | Year | | | |
|---|---|---|---|---|
| | | Sec. 3. Be it further enacted, That any father, who shall knowingly suffer or permit any minor son under the age of sixteen years to carry concealed, in whole or in part, any weapon of the kind or description in the first section of this Act described, shall be deemed guilty of a misdemeanor, and on conviction, shall be fined not less than twenty dollars, nor more than two hundred dollars, and if the fine and costs are not paid, shall be condemned to hard labor under the direction of the board of supervisors or of the court. | | "That the people have the right peaceably to assemble for their common good, and to apply to those vested with the powers of government for redress of grievances, by petition or remonstrance; and that their right to bear arms in defence of themselves and of the lawful authority of the State cannot be questioned." MO. CONST. art. I, § 8 (1865). |
| Missouri | 1879* | If any person shall carry concealed, upon or about his person, any deadly or dangerous weapon, or shall go into any church or place where people have assembled for religious worship, or into any school room or place where people are assembled for educational, literary or social purposes, or to any election precinct, on any election day, or into any court room during the sitting of court, or into any other public assemblage of persons met for any lawful purpose other than for militia drill or meetings called under the militia law of this state, having upon or about his person any kind of firearms, bowie-knife, dirk, dagger, slung-shot, or other deadly weapon, or shall, in the presence of one or more persons, exhibit any such weapon in a rude, angry or threatening manner, or shall have or carry any such weapon upon or about his person when intoxicated or under the influence of intoxicating drinks, or shall, directly or indirectly, sell or deliver, loan or barter to any minor any such weapon, without the consent of the parent or guardian of such minor, he shall, upon conviction, be punished by a fine of not less than five nor more than one hundred dollars, or by imprisonment in the county jail not exceeding three months, or by both such fine and imprisonment. | Carrying deadly weapons, etc., § 1274, JOHN A. HOCKADAY, ET AL., EDS., 1 THE REVISED STATUTES OF THE STATE OF MISSOURI, § 1274, at 224 (1879). | |
| Montana | 1907 | Section 1. It shall be unlawful for any parent, guardian, or other person, having the charge or custody of any minor child under the age of fourteen years, to permit such minor child to carry or use any firearms of any description, loaded with powder and lead, in public, except when such child is in the company of such parent or guardian. | An Act prohibiting the use of firearms by children under the age of fourteen years, ch. 111, § 1, 1907 MONT. LAWS, RESOLUTIONS AND MEMORIALS 282, 282-83. | "The right of any person to keep or bear arms in defense of his own home, person, and property, or in aid of the civil power when thereto legally summoned, shall not be called in question, but nothing herein contained shall be held to permit the carrying of concealed weapons." MONT. CONST. art. II, § 12 (1889). |

| State | Year | Provision | Citation | Notes |
|---|---|---|---|---|
| Nebraska | 1977 | (1) Any person under the age of eighteen years who possesses a pistol, revolver, or any other form of short-barreled hand firearm commits the offense of unlawful possession of a revolver.<br><br>(2) The provisions of this section shall not apply to the issuance of such firearms to the armed forces of the United States, active or reserve, state militia, or Reserve Officers Training Corps, when on duty or training, or to the temporary loan of pistols, revolvers, or any other form of short-barreled firearms for instruction under the immediate supervision of a parent or guardian or adult instructor.<br><br>(3) Unlawful possession of a revolver is a Class III misdemeanor. | An Act to adopt the Nebraska Criminal Code:…. Legis. Bill 38, § 236, 1977 NEB. LAWS 88, 195. | None (adopted provision in 1988) |
| Nevada | 1881 [1885] | Section 1. Every person under the age of eighteen (18) years who shall wear or carry any dirk, pistol, sword in case, slung shot, or other dangerous and deadly weapon concealed upon his person shall be deemed guilty of a misdemeanor, and shall, upon conviction thereof, be fined not less than twenty nor more than two hundred ($200) dollars, or by imprisonment in the County Jail not less than thirty days nor more than six months, or by both such fine and imprisonment.<br><br>[1885 act substituted "twenty-one (21)" for "eighteen (18)," without any other substantive change] | An Act to Prohibit the Carrying of Concealed Weapons by Minors, ch. 104, § 1, 1881 NEV. STATUTES 143, 143-44; An Act to amend an Act entitled "An Act to prohibit the carrying of concealed weapons by minors, ch. 51, § 1, 1885 NEV. STATUTES 51, 51. | None (adopted provision in 1982) |
| New Hampshire | 1923 | Sect. 7. Any person or persons who shall sell, barter, hire, lend or give to any minor under the age of twenty-one years any pistol or revolver shall be deemed guilty of a misdemeanor and shall upon conviction thereof be fined not more than one hundred dollars or be imprisoned not more than three months, or both. This section shall not apply to fathers, mothers, guardians, administrators, or executors who give to their children, wards, or to heirs to an estate, a revolver. | An Act to control the possession, sale, and use of pistols and revolvers, ch. 118, § 7, 1923 N.H. LAWS 138, 139. | None (adopted provision in 1982) |

11

| New Jersey | 1882 | 1. Be it enacted by the Senate and General Assembly of the State of New Jersey, That it shall not be lawful for any person or persons, to sell, barter, or exchange, or to offer or exhibit for sale, barter or exchange, any gun, pistol, toy pistol, or other firearms in this state, to any person under the age of fifteen years.<br><br>2. And be it enacted, That it shall not be lawful for any person to sell, hire or loan to any person under the age of fifteen years, any gun, pistol, toy pistol or other firearms, or for any person under the age of fifteen years to purchase, barter or exchange, or carry, fire or use any gun, pistol, toy pistol or other firearms in this state.<br><br>3. And be it enacted, That any person offending against the provisions of this act shall be deemed guilty of a misdemeanor, and on being thereof convicted shall be punished by a fine not exceeding one hundred dollars, or imprisonment at hard labor for any term not exceeding three months, or both, at the discretion of the court. | An Act to prevent vending, using or exploding, of guns, pistols, toy pistols, or other firearms, to or by persons under the age of fifteen years in this state, ch. 4, §§ 1-3, 1882 N.J. ACTS 13, 13-14. | None |
| New Mexico | 1971 | A. It is unlawful after April 1, 1972, for any person born after January 1, 1958, to hunt with or shoot a firearm, unless:<br>  (1) he is supervised by a parent, legal guardian or a responsible adult designated by the parent or guardian; or<br>  (2) he carries a certificate indicating that he has successfully completed the New Mexico hunter training course or the hunter training course of another state which is approved by the New Mexico department of game and fish; or<br>  (3) he is eighteen years of age or older.<br><br>B. It is unlawful after April 1, 1976, for any person under the age of eighteen years to hunt with or shoot a firearm unless he is carrying a certificate indicating that he has successfully completed the New Mexico hunter training course or the hunter training course of another state which is approved by the New Mexico department of game and fish.<br><br>C. Any person violating the provisions of this section is guilty of a petty misdemeanor. | An Act relating to firearms; providing for courses in the handling of firearms and proof of competency; providing for the revocation of certification; and prescribing a penalty, ch. 61, § 2, 1971 N.M. LAWS 175, 175-76 (1971). | "No law shall abridge the right of the citizen to keep and bear arms for security and defense, for lawful hunting and recreational use and for other lawful purposes, but nothing herein shall be held to permit the carrying of concealed weapons." N.M. CONST. art. II, § 6 (1971). |

12

| New York | 1883 | Section 1. No person under the age of eighteen years shall have, carry or have in his possession in any public street, highway or place in any of the cities of this state, any pistol or other fire-arms of any kind, and no person in such cities sell or give any pistol or other fire-arms to any person under such age.<br><br>§ 2. Any person violating any of the provisions of this act shall be guilty of a misdemeanor, and in all trials or examinations for said offense the appearance of the person so alleged or claimed to be under the age of eighteen years shall be evidence to the magistrate or jury as to the age of such person.<br><br>§ 3. Nothing herein contained shall apply to the regular and ordinary transportation of pistols or fire-arms as articles of merchandise in said cities, or to the carrying of a gun or rifle through a street or highway of any city, with the intent to use the same outside of said city; nor to any person under such age carrying any pistol or other firearms under a license given by the mayor of said cities; but no licenses so given shall be in force more than one year from its date, and all such licenses may be revoked at the pleasure of the mayor, and a full, complete and public record shall be kept by the mayor of said cities of all such licenses, and the terms and date thereof.<br><br>§ 4. This act shall take effect immediately. | An Act to limit the carrying and sale of pistols and other fire-arms in the cities of this state, ch. 375, §§ 1-4, 1883 N.Y. LAWS 556, 556-57. | None |
| North Carolina | 1893 | Section 1. That it shall be unlawful for any person, corporation or firm knowingly to sell or offer for sale, give or in any way dispose of to a minor any pistol or pistol cartridge, brass knucks, bowie-knife, dirk, loaded cane, or sling-shot.<br><br>Sec. 2 That any person, corporation or firm violating this act shall be guilty of a misdemeanor, and upon conviction for each and every offence shall be fined or imprisoned, one or both, in the discretion of the court. | An act to prevent the sale of deadly weapons to minors, ch. 514, §§ 1-2, 1893 N.C. PUBLIC LAWS AND RESOLUTIONS 468, 468-69. | "A well-regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be infringed; and as standing armies in time of peace are dangerous to liberty, they ought not to be kept up, and the military should be kept under strict subordination to and governed by the civil power. Nothing herein contained shall justify the practice of carrying concealed weapons, or prevent the legislature from enacting penal statutes against said practice." N.C. CONST. art. I, § 24 (1876). |

13

| State | Year | | | |
|---|---|---|---|---|
| North Dakota | 1985 | 4. A person under the age of eighteen years may not possess a handgun except that such a person may, while under the direct supervision of an adult, possess a handgun for the purposes of firearm safety training, target shooting, or hunting. | An Act to create and enact chapters 62.1-01, 62.1-02, 62.1-03, 62.1-04, and 62.1-05 of the North Dakota Century Code, relating to the possession, sale, and use of weapons.... ch. 683, § 4(4), 1985 N.D. LAWS 2226, 2230. | "All individuals are by nature equally free and independent and have certain inalienable rights, among which are those of enjoying and defending life and liberty; acquiring, possessing and protecting property and reputation; pursuing and obtaining safety and happiness; and to keep and bear arms for the defense of their person, family, property, and the state, and for lawful hunting, recreational, and other lawful purposes, which shall not be infringed." N.D. CONST. art. I, § 1 (1985). |
| Ohio | 1880 | Section 1. Be it enacted by the General Assembly of the State of Ohio, That the following section be enacted as supplementary to chapter 8, title I, part 4, of the revised statutes with sectional number as herein provided:<br><br>Section 6986a. That whoever sells, barters, or gives away to any minor under the age of fourteen years, any air-gun, musket, rifle-gun, shot-gun, revolver, pistol, or other fire arm, of any kind or description whatever, or ammunition for the same, or whoever being the owner, or having charge or control of any such air-gun, musket, rifle-gun, shot-gun, revolver, pistol or other fire-arm knowingly permits the same to be used by such minor, shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be fined in any sum not exceeding one hundred dollars, or be imprisoned in jail not exceeding thirty days or both. | An Act Supplementary to chapter eight (8), title one (1), part four (4), of the revised statutes of Ohio. § 1, 1880 OHIO GENERAL AND LOCAL LAWS 79, 79-80. | "The people have the right to bear arms for their defense and security; but standing armies, in time of peace, are dangerous to liberty, and shall not be kept up; and the military shall be in strict subordination to the civil power." OHIO CONST. art. I, § 4 (1851). |

14

| | | | | |
|---|---|---|---|---|
| Oklahoma | 1890 [1907] | § 2545. Carrying concealed weapons. It shall be unlawful for any person in the State of Oklahoma to carry concealed on or about his person, saddle or saddle bags, any pistol, revolver, bowie knife, dirk, dagger, slung-shot, sword cane, spear, metal knuckles or any other kind of knife or instrument manufactured or sold for the purpose of defense, except as in this article provided. § 2546. Carrying weapons. It shall be unlawful for any person in the State of Oklahoma to carry upon or about his person any pistol, revolver, bowie-knife, dirk knife, loaded cane, billy, metal knuckles, or any other offensive or defensive weapon, except as in this article provided. § 2547. Selling weapons to minors. It shall be unlawful for any person within this State to sell or give to any minor any of the arms or weapons designated in the two preceding sections. | Act of 1890, ch. 25, art. 47, §§ 1-3, 1890 OKLA. STATUTES 495, 495. CLINTON ORRIN BUNN, ED., 1 REVISED LAWS OF OKLAHOMA §§ 2545-47, at 628 (1910). (Although the Act was passed in 1890, Oklahoma was not admitted as a State until 1907. The text is taken from the code.) | "The right of a citizen to keep and bear arms in defense of his home, person, or property, or in aid of the civil power, when thereunto legally summoned, shall never be prohibited; but nothing herein contained shall prevent the Legislature from regulating the carrying of weapons." OKLA. CONST. art. II, § 26 (1907). |
| Oregon | 1868 | WHEREAS, The constitution of the United States, in article second of amendments to the constitution, declares that "the right of the people to keep and bear arms shall not be infringed;" and the constitution of the state of Oregon, in article first, section twenty-seven, declares that "the people shall have the right to bear arms for the defense of themselves and the state;" therefore; Be it enacted by the Legislative Assembly of the State of Oregon as follows: Section 1. Every white male citizen of this state above the age of sixteen years, shall be entitled to have, hold, and keep, for his own use and defense, the following fire-arms, to wit: Either or any one of the following named guns, and one revolving pistol: a rifle, shotgun (double or single barrel), yager, or musket; the same to be exempt from execution, in all cases, under the laws of Oregon. § 2. No officer, civil or military, or other person, shall take from or demand of the owner any fire-arms mentioned in this act, except where the services of the owner are also required to keep the peace or defend the state. | An Act to protect the owners of Fire-Arms. §§ 1-2, 1868 OR. GENERAL LAWS 18, 18-19. | "The people shall have the right to bear arms for the defence of themselves, and the State, but the Military shall be kept in strict subordination to the civil power." OR. CONST. art. I, § 27 (adopted 1857). |

15

| | | | | |
|---|---|---|---|---|
| Pennsylvania | 1881 | Section 1. Be it enacted, &c.. That any person, who shall knowingly and wilfully sell or cause to be sold, to any person under sixteen years of age, any cannon, revolver, pistol or other such deadly weapon, or who shall knowingly and wilfully sell to or cause to be sold to any such minor, any imitation or toy cannon, revolver or pistol so made, constructed or arranged as to be capable of being loaded with gunpowder or other explosive substance, cartridges, shot, slugs or balls, and being exploded, fired off and discharged and thereby become a dangerous or deadly weapon, or who shall knowingly and wilfully sell or cause to be sold to any such minor any cartridge, gunpowder or other dangerous and explosive substance, shall, in every such case, be guilty of a misdemeanor, and upon conviction thereof shall be sentenced to pay a fine not exceeding three hundred dollars. | An Act to prohibit the sale to any person under sixteen years of age of deadly weapons, gun powder and explosive substances, in the commonwealth of Pennsylvania No. 124, § 1, 1881 PA. LAWS 111, 111-12. | "The right of the citizens to bear arms in defence of themselves and the State shall not be questioned." PA. CONST. art. I, § 21 (1873). |
| Rhode Island | 1883 | Section 1. No person shall sell to any child under the age of fifteen years, without the written consent of a parent or guardian of such child, any cartridge or fixed ammunition of which any fulminate is a component part, or any gun, pistol or other mechanical contrivance arranged for the explosion of such cartridge or of any fulminate.<br><br>Sec. 2. Every person violating the provisions of the foregoing section shall be fined not less than ten dollars nor more than twenty dollars for each offence. | An Act in amendment of and in addition to chapter 92 of the public statutes, "Of fire-arms and fire-works," ch. 374, §§ 1-2, 1883 R.I. ACTS AND RESOLVES 157, 157. | "The right of the people to keep and bear arms shall not be infringed." R.I. CONST. art. I, § 22 (1842). |
| South Carolina | 1923 | § 19. If any person shall knowingly sell, offer for sale, give, or in any way dispose of to a minor any pistol or pistol cartridge, brass knucks, bowie knife, dirk, loaded cane or sling shot, he shall be guilty of a misdemeanor. Any person being the parent or guardian of, or attending in loco parentis to any child under the age of twelve years who shall knowingly permit such child to have the possession or custody of, or use in any manner whatever any gun, pistol, or other dangerous firearm, whether such firearm be loaded or unloaded, or any person who shall knowingly furnish such child any firearm; shall be guilty of a misdemeanor, and, upon conviction, shall be fined not exceeding Fifty Dollars or imprisoned not exceeding thirty days. | An Act to Enlarge and Define the Duties and Powers of the Probate Court in Relation to Minors in Counties Having a Population According to the Census of 1920, of Between 90,000 and 100,000 and Regulating the Procedure Therein, No. 148, § 19, 1923 S.C. ACTS AND JOINT RESOLUTIONS 207, 221 (1923). | "A well regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be infringed. As, in times of peace, armies are dangerous to liberty, they shall not be maintained without the consent of the General Assembly. The military power of the State shall always be held in subordination to the civil authority and be governed by it." S.C. CONST. art. I, § 20 (1895). |

16

| | | | |
|---|---|---|---|
| South Dakota | 1903 | § 1. Unlawful to use arms by certain persons. It shall be unlawful for any person under the age of fifteen years to carry, use or discharge any rifle, shot gun, revolver or other fire arms except with the consent and knowledge of their parents or guardians.<br><br>§ 2. Duty of parent or guardian. It shall be unlawful for any parent or guardian, having the legal charge or control of any minor under the age of fifteen years, to allow or permit such minor to use or carry while loaded any of the arms mentioned in section one of this act within the platted portion or within the distance of one mile of the platted portion of any city, town or village.<br><br>§ 3. Penalty for violation. Any person or persons violating the provisions of this act shall be deemed guilty of a misdemeanor and upon conviction thereof shall be fined in a sum not exceeding Fifty Dollars. | An Act to prohibit the use of fire arms by persons under fifteen years of age, ch. 144, §§ 1-3, 1903 S.D. LAWS 168, 168-69. | "The right of the citizens to bear arms in defense of themselves and the state shall not be denied." S.D. CONST. art. VI, § 24 (1889). |
| Tennessee | 1856 | Sec. 2 Be it enacted, That, hereafter, it shall be unlawful for any person to sell, loan, or give, to any minor a pistol, bowie-knife, dirk, or Arkansas tooth-pick, or hunter's knife; and whoever shall so sell, loan, or give, to any minor any such weapon, on conviction thereof, upon indictment or presentment, shall be fined not less than twenty-five dollars, and be liable to imprisonment, at the discretion of the Court: *Provided,* that this act shall not be construed so as to prevent the sale, loan, or gift, to any minor of a gun for hunting. | An Act to amend the Criminal Laws of this State, ch. 81, § 2, 1856 TENN. ACTS 92, 92. | "That the free white men of this State have a right to keep and to bear arms for their common defence." TENN. CONST. art. I, § 26 (1834). |
| Texas | 1897 | Section 1. Be it enacted by the Legislature of the State of Texas: That if any person in this State shall knowingly sell, give or barter, or cause to be sold, given or bartered to any minor, any pistol, dirk, dagger, slung shot, sword-cane, spear, or knuckles made of any metal or hard substance, bowie knife or any other knife manufactured or sold for the purpose of offense or defense, without the written consent of the parent or guardian of such minor, or of some one standing in lieu thereof, he shall be punished by fine of not less than twenty-five dollars nor more than two hundred dollars, or by imprisonment in the county jail not less than ten nor more than thirty days, or by both such fine and imprisonment. And during the time of such imprisonment such offender may be put to work upon any public work in the county in which such offense is committed. | An Act to prevent the barter, sale and gift of any pistol, dirk, dagger, slung shot, sword-cane, spear, or knuckles made of any metal or hard substance to any minor without the written consent of the parent or guardian of such minor, or of some one standing in lieu thereof, and providing a penalty for the violation, ch. 155, § 1, 1897 TEXAS GENERAL LAWS 221, 221-22. | "Every citizen shall have the right to keep and bear arms in the lawful defense of himself or the State; but the Legislature shall have power, by law, to regulate the wearing of arms, with a view to prevent crime." TEXAS CONST. art. I, § 23 (1876). |

17

| | | | |
|---|---|---|---|
| Utah | 1905 | Section. 1. Selling or giving firearms to minors under fourteen. Any person who sells, gives, or disposes of, or offers to sell, give or dispose of, any pistol, gun, target gun or other firearm, to any person under the age of fourteen years, is guilty of a misdemeanor.<br><br>Sec. 2. Minor under fourteen must not carry firearms. Any person under the age of fourteen years who shall carry, or have in his possession, any pistol, gun, target gun or other firearm, unless accompanied by a parent or guardian, shall be guilty of a misdemeanor. | An Act to prohibit the sale of firearms to minors and the carrying of firearms by minors, and prescribing penalties for violation thereof, ch. 52, §§ 1-2, 1905 UTAH LAWS 60, 60. | "The people have the right to bear arms for their security and defense, but the legislature may regulate the exercise of this right by law." UTAH CONST. art. I, § 6 (1895). |
| Vermont | 1896 | Section 1. No person shall sell, loan, furnish or give any pistol, revolver or other firearm, constructed or designed for the use of gunpowder or other explosive substance, with leaden bullets or shot, to a child under the age of twelve years, and any person so offending, on conviction thereof, shall be punished by fine not exceeding fifty dollars, together with the costs of prosecution.<br><br>Sec. 2. No child under the age of twelve years shall have in his control or possession any pistol or revolver, constructed or designed for the use of gunpowder or other explosive substance with leaden bullets or shot, and any person so offending shall, on conviction thereof, be fined not exceeding twenty dollars and pay costs of prosecution. | An Act relating to the sale, distribution and use of fire-arms, No. 111, §§ 1-2, 1896 VT. ACTS AND RESOLVES 83, 83. | "That the people have a right to bear arms for the defence of themselves and the State—and as standing armies in time of peace are dangerous to liberty, they ought not to be kept up; and that the military should be kept under strict subordination to and governed by the civil power." VT. CONST. ch. I, art. 16 (1777). |
| Virginia | 1889 | 1. Be it enacted by the general assembly of Virginia, That, if any person sell, barter, give or furnish or cause to be sold, bartered, given, or furnished to any minor under sixteen years of age cigarettes, or pistols, or dirks, or bowie-knives, having good cause to believe him or her to be a minor under sixteen years of age, said person shall be fined not less than ten nor more than one hundred dollars.<br><br>2. This act shall be in force from its passage. | An Act to prevent selling or furnishing cigarettes or tobacco in any form, or pistols, dirks, or bowie-knives to minors under sixteen years of age, ch. 152, §§ 1-2, 1889 VA. ACTS AND JOINT RESOLUTIONS 118, 118. | None |

| Washington | 1883<br>[1889] | It shall be unlawful for any person or persons to sell or offer for sale any toy pistols within this state, and that every person who shall sell, give, furnish, or cause to be furnished to any person under the age of sixteen years, any pistol, toy pistol, or other pocket weapon in which explosives may be used, shall be deemed guilty of a misdemeanor, and upon conviction shall be fined in any sum not less than five nor more than twenty-five dollars. | An Act to prohibit the sale of toy pistols, fire arms and tobacco to children under the age of sixteen years, § 1, 1883 WASH. LAWS 67, 67.<br><br>Act of Nov. 26, 1883, § 1, *in* 2 WILLIAM LAIR HILL, ED., THE GENERAL STATUTES AND CODES OF THE STATE OF WASHINGTON 698 (1891).<br><br>(Although the Act was passed in 1883, Washington was not admitted as a State until 1889. The text is taken from the code.) | None (adopted provision in 1889) |
|---|---|---|---|---|

19

| West Virginia | 1882 | Be it enacted by the Legislature of West Virginia: | An Act amending and re-enacting section seven of chapter one hundred and forty-eight of the code of West Virginia, and adding sections thereto for the punishment of unlawful combinations and conspiracies to injury persons or property, ch. 135, § 1, 1882 W. VA. ACTS 421, 421-22. | None (adopted provision in 1986) |
|---|---|---|---|---|
| | | 1. That section seven of chapter one hundred and forty-eight of the code of West Virginia be, and the same is hereby, amended and re-enacted so as to read as follows: | | |
| | | 7. If a person carry about his person any revolver or other pistol, dirk, bowie knife, razor, slung shot, billy, metallic or other false knuckles, or any other dangerous or deadly weapon of like kind or character, he shall be guilty of a misdemeanor, and fined not less than twenty-five nor more than two hundred dollars, and may, at the discretion of the court, be confined in jail not less than one, nor more than twelve months; and if any person shall sell or furnish any such weapon as is hereinbefore mentioned to a person whom he knows, or has reason, from his appearance or otherwise, to believe to be under the age of twenty-one years, he shall be punished as hereinbefore provided; but nothing herein contained shall be so construed as to prevent any person from keeping or carrying about his dwelling house or premises any such revolver or other pistol, or from carrying same from the place of purchase to his dwelling-house, or from his dwelling house to any place where repairing is done, to have it repaired, and back again. And if upon the trial of an indictment for carrying any such pistol, dirk, razor, or bowie-knife the defendant shall prove to the satisfaction of the jury that he is a quiet and peaceable citizen, of good character and standing in the community in which he lives, and at the time he was found with such pistol, dirk, razor or bowie knife, as charged in the indictment, he had good cause to believe and did believe that he was, in danger of death or great bodily harm at the hands of another person, and that he was, in good faith, carrying such weapon for self defense and for no other purpose, the jury shall find him not guilty. | | |

20

| Wisconsin | 1883 | Section 1. It shall be unlawful for any minor, within this state, to go armed with any pistol or revolver, and it shall be the duty of all sheriffs, constables, or other public police officers, to take from any minor any pistol or revolver, found in his possession.<br><br>Section 2. It shall be unlawful for any dealer in pistols or revolvers, or any other person, to sell, loan, or give any pistol or revolver to any minor in this state. | An Act to prohibit the use and sale of pistols and revolvers, ch. 329, §§ 1-2, 1883 WIS. LAWS 290, 290. | None (adopted provision in 1998) |
| Wyoming | 1890* | It shall be unlawful for any person to sell, barter or give to any other person under the age of twenty-one years any pistol, dirk or bowie knife, slung-shot, knucks or other deadly weapon that can be worn or carried concealed upon or about the person, or to sell, barter or give to any person under the age of sixteen years any cartridges manufactured and designed for use in a pistol; and any person who shall violate any of the provisions of this section shall be fined in any sum not more than fifty dollars. | Session Laws of 1890, ch. 73, § 98, *in* J.A. VAN ORSDEL & FENIMORE CHATTERTON, EDS., REVISED STATUTES OF WYOMING § 5052, at 1253 (1899). | "The right of citizens to bear arms in defense of themselves and of the state shall not be denied." WYO. CONST. art. I, § 24 (1889). |