IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JOHN COREY FRASER, on behalf of himself and all others similarly situated as a Class,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>Defendants. | Civil Action No. 3:22-cv-00410-REP |

## **DEFENDANTS' ANSWER TO COMPLAINT**

Defendants hereby answer the Complaint (ECF No. 1) filed by Plaintiff as follows, in correspondingly numbered paragraphs.

1. This paragraph consists of Plaintiff's description of the lawsuit and arguments and conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

2. This paragraph consists of Plaintiff's arguments and conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny. Defendants refer the Court to the cited judicial opinion for a complete and accurate statement of its contents.

3. This paragraph consists of Plaintiff's characterization of the law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

4. This paragraph consists of Plaintiff's characterization of the law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

5. This paragraph consists of Plaintiff's arguments and conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny. Defendants refer

the Court to the cited judicial opinion and statutes for a complete and accurate statement of their contents.

6. This paragraph consists of Plaintiff's arguments and conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

7. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny them.

8. This paragraph consists of Plaintiff's description of the lawsuit, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

9. Admit.

10. Denied. Defendants aver that Steven Dettelbach is the current Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives.

11. Admit.

12. This paragraph consists of Plaintiff's definition of terms within the Complaint, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

13. This paragraph consists of Plaintiff's conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

14. This paragraph consists of Plaintiff's conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

15. This paragraph consists of Plaintiff's conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

16. This paragraph consists of Plaintiff's conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

17. This paragraph consists of Plaintiff's description of this lawsuit, definition of terms within the Complaint, and definition of the proposed class, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

18. This paragraph consists of Plaintiff's description of the lawsuit and conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

19. This paragraph consists of Plaintiff's description of the lawsuit and conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

20. This paragraph consists of Plaintiff's arguments and conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

21. This paragraph consists of Plaintiff's arguments and conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

22. This paragraph consists of Plaintiff's arguments and conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

23. This paragraph consists of Plaintiff's arguments and conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

24. This paragraph consists of Plaintiff's description of the lawsuit and conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny. Defendants refer the Court to the cited judicial opinion for a complete and accurate statement of its contents.

25. This paragraph consists of Plaintiff's arguments and conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

26. This paragraph consists of Plaintiff's arguments and conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

27. This paragraph consists of Plaintiff's arguments and conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

28. This paragraph consists of Plaintiff's arguments and conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

29. This paragraph consists of Plaintiff's arguments and conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny. Defendants refer the Court to the cited judicial opinions for a complete and accurate statement of their contents.

30. This paragraph consists of Plaintiff's characterization of the law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny. Defendants refer the Court to the cited statute for a complete and accurate statement of its contents.

31. This paragraph consists of Plaintiff's characterization of the law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny. Defendants refer the Court to the cited statutes for a complete and accurate statement of their contents.

32. This paragraph consists of Plaintiff's characterization of the law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny. Defendants refer the Court to the cited regulations and documents for a complete and accurate statement of their contents.

33. This paragraph consists of Plaintiff's characterization of the law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny. Defendants refer the Court to the cited statutes for a complete and accurate statement of their contents.

34. This paragraph consists of Plaintiff's characterization of the law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny. Defendants refer the Court to the cited statute for a complete and accurate statement of its contents.

35. This paragraph consists of Plaintiff's characterization of the law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

36. This paragraph consists of Plaintiff's arguments and conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

37. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny them.

38. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny them.

39. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny them.

40. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny them.

41. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny them.

42. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny them.

43. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny them.

44. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny them.

45. This paragraph consists of Plaintiff's characterization of the law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

46. This paragraph consists of Plaintiff's characterization of the law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

47. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny them.

48. This paragraph consists of Plaintiff's characterization of the law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

49. This paragraph consists of Plaintiff's conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

50. Defendants incorporate their response to paragraphs 1–49.

51. This paragraph consists of Plaintiff's characterization of the law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

52. This paragraph consists of Plaintiff's arguments and conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

53. This paragraph consists of Plaintiff's conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

54. This paragraph consists of Plaintiff's conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

55. Defendants incorporate their response to paragraphs 1–54.

56. This paragraph consists of Plaintiff's characterization of the law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

57. This paragraph consists of Plaintiff's arguments and conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

58. This paragraph consists of Plaintiff's conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

59. This paragraph consists of Plaintiff's conclusions of law, not allegations of fact, so no response is required. To the extent a response is deemed required, deny.

The remaining paragraphs of the Complaint contain Plaintiff's requested relief, to which no response is required. To the extent a response is deemed necessary, Defendants deny that Plaintiff is entitled to the requested relief, or to any relief whatsoever. Defendants also deny all allegations in the Complaint not expressly admitted or denied.

Dated: November 8, 2022

        Respectfully submitted,

        JESSICA D. ABER
        UNITED STATES ATTORNEY

By:   /s/ Jonathan H. Hambrick
        Jonathan H. Hambrick
        VSB #37590
        Office of the United States Attorney
        600 East Main Street, Suite 1800
        Richmond, Virginia 23219
        (804) 819-5400 (phone)
        (804) 819-7417 (fax)
        jay.h.hambrick@usdoj.gov


        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        LESLEY FARBY
        Assistant Branch Director

        MICHAEL P. CLENDENEN (D.C. Bar # 1660091)
        Trial Attorney
        DANIEL RIESS
        Senior Counsel
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, NW
        Washington, D.C. 20005
        Tel: (202) 305-0693
        Fax: (202) 616-8460
        michael.p.clendenen@usdoj.gov

        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of November, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Elliott Harding, Esquire
>Harding Counsel, PLLC
>608 Elizabeth Avenue
>Charlottesville, VA 22901

>*/s/ Jonathan H. Hambrick*
>Jonathan H. Hambrick
>VSB # 37590
>Attorney for the Defendants
>Office of the United States Attorney
>919 East Main Street, Suite 1900
>Richmond, Virginia 23219
>Telephone:  (804) 819-5400
>Facsimile:  (804) 771-2316
>Email:  jay.h.hambrick@usdoj.gov