AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| John Corey Fraser <br> *Plaintiff* <br> v. <br> Bureau of Alcohol, Tobacco, Firearms, and Explosives <br> *Defendant* | Case No.  3:22-cv-00410 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Giffords Law Center to Prevent Gun Violence and Brady.

Date: 11/15/2022

/s/ Alison Deich
*Attorney's signature*

Alison Deich, Va. Bar No. 87452
*Printed name and bar number*

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Fifth Floor
Washington, D.C. 20005
*Address*

ADeich@cohenmilstein.com
*E-mail address*

(202) 408-4600
*Telephone number*

(202) 408-4699
*FAX number*