IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| JOHN COREY FRASER on behalf of himself and all others similarly situated as a Class;<br><br>                *Plaintiff*,<br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al.,<br><br>                *Defendants*. | Civil Action No.<br>3:22-cv-00410<br><br>Judge Robert E. Payne |

**[PROPOSED] ORDER GRANTING MOTION
FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF**

On November 15, 2022, Giffords Law Center to Prevent Gun Violence and Brady filed a motion for leave to file an *amicus curiae* brief in support of Defendants' motion to dismiss (ECF Nos. 10-11).

The Court GRANTS this motion and grants leave to Giffords Law Center and Brady to file an *amicus curiae* brief.

It is SO ORDERED.

Dated: _____, 2022

                                            Hon. Robert E. Payne
                                            Senior United States District Judge