IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JOHN COREY FRASER, on behalf of himself and all other similarly situated as a Class,<br><br>      *Plaintiff*,<br><br> v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES et al.,<br><br>      *Defendants*. | Civil Action No.<br>3:22-cv-00410-REP |

**UNOPPOSED MOTION OF EVERYTOWN FOR GUN SAFETY FOR
LEAVE TO APPEAR AS AMICUS CURIAE AND FILE AMICUS BRIEF IN
SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

  Everytown for Gun Safety (formally, Everytown for Gun Safety Action Fund; hereafter "Everytown") respectfully moves this Court for leave to appear as amicus curiae and file an amicus curiae brief in the above-captioned action in in support of Defendants' motion to dismiss Plaintiff's complaint. In support of this motion, Everytown submits the accompanying memorandum of law in support of its motion for leave. Everytown's proposed amicus brief is attached to the memorandum of law as Exhibit A.

  Defendants consent to Everytown's motion for leave. Plaintiff has no objection to the motion.

  A proposed order is attached to this motion.

Dated: November 15, 2022         Respectfully submitted,

/s/ *Lauren C. Andrews*
Lauren Cassady Andrews (Bar #92149)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
2000 K Street NW, 4th Floor
Washington, DC 20006
Phone: (202) 775-4500
landrews@kramerlevin.com

*Counsel for Amicus Curiae*
*Everytown for Gun Safety*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2022, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Eastern District of Virginia by using the CM/ECF system. All participants will be served by the CM/ECF system.

/s/ *Lauren C. Andrews*
Lauren Cassady Andrews (Bar #92149)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
2000 K Street NW, 4th Floor
Washington, DC 20006
Phone: (202) 775-4500
landrews@kramerlevin.com

*Counsel for Amicus Curiae*
*Everytown for Gun Safety*