IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JOHN COREY FRASER, on behalf of himself and all other similarly situated as a Class,<br><br>*Plaintiff*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES et al.,<br><br>*Defendants*. | Civil Action No.<br>3:22-cv-00410-REP |

**[PROPOSED] ORDER GRANTING MOTION
FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF**

On November 15, 2022, Everytown for Gun Safety (formally, Everytown for Gun Safety Action Fund; hereafter "Everytown") filed an unopposed motion for leave to appear as amicus curiae and file an amicus curiae brief (Dkt. __) in support of Defendants' motion to dismiss Plaintiff's complaint (Dkt. 10).

The Court GRANTS this motion and orders that the Clerk shall docket the amicus brief attached as Exhibit A to Everytown's memorandum in support of its motion for leave (Dkt. __).

It is SO ORDERED.

Dated: _____, 2022            _____
                                        Hon. Robert E. Payne
                                        Senior United States District Judge