**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

JOHN COREY FRASER,

    Plaintiff,

    v.                           No. 3:22-cv-00410

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, ET AL.,

    Defendants.

**ORDER**

Having conferred with the parties during the Initial Pre-Trial Conference on November 16, 2022, it is thereby ORDERED that:

(1) Plaintiff will file an AMENDED COMPLAINT by November 16, 2022; and

(2) The Government will file its ANSWER and MOTION TO DISMISS by November 30, 2022; and

(3) Plaintiff will file his RESPONSE to the MOTION TO DISMISS and, separately, his MOTION FOR SUMMARY JUDGMENT by December 15, 2022; and

(4) The Government will file its REPLY to the MOTION TO DISMISS and, separately, its RESPONSE to the MOTION FOR SUMMARY JUDGMENT by January 3, 2023; and

(5) Plaintiff will file his REPLY to the MOTION FOR SUMMARY JUDGMENT on January 10, 2023;

(6) Argument on both the MOTION TO DISMISS and MOTION FOR

SUMMARY JUDGMENT will be held on February 8, 2023 at 10 am; and

(7) Defendant's MOTION TO DISMISS (ECF No. 10) is DENIED WITHOUT PREJUDICE as MOOT.

It is so ORDERED.

/s/  _____

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: November 17, 2022