IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN COREY FRASER,

    Plaintiff,

    v.                          No. 3:22-cv-00410

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, ET AL.,

    Defendants.

**ORDER**

    Having read and considered the following uncontested motions and accompanying briefing, the Court hereby ORDERS:

    (1) The MOTION OF GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE AND BRADY FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF (ECF No. 15) is GRANTED and Giffords Law Center and Brady are GRANTED leave to file an amicus curiae brief; and

    (2) The UNOPPOSED MOTION OF EVERYTOWN FOR GUN SAFETY FOR LEAVE TO APPEAR AS AMICUS CURIAE AND FILE AMICUS BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT (ECF No. 16) is GRANTED and Everytown for Gun Safety is GRANTED leave to file an amicus curiae brief.

    It is SO ORDERED.

                          /s/           
                      Robert E. Payne
                      Senior United States District Judge

Richmond, Virginia
Date: December 1 ___, 2022