# EXHIBIT G

**Early State Militia Laws Allowing Those Younger than 18-Years-Old to Serve**

| State | Youngest Age | Year | Statutory Text | Source |
|---|---|---|---|---|
| Connecticut | 16 | 1786 | Be it Enacted…That all male Persons, from sixteen Years of Age to Forty-five, shall constitute the Military Force of this State…And be it further Enacted, That all such as belong to the Infantry Companies, and Householders under fifty-five Years of Age, shall, at all Times be furnished at their own Expence, with a well fixed Musket, the Barrel not less than three Feet and an Half long, and a Bayonet fitted thereto, with a Sheath and Belt or Strap for the same, with a Ram-rod, Worm, Priming-wire and Brush, one Cartouch-box carrying fifteen rounds of Cartridges, made with good Musket Powder and Ball, fitting his Gun, six good Flints, and each Militia Man one Canteen holding not less than three Pints, upon Penalty of forfeiting and paying a Fine of Three Shillings for want of such Arms and Ammunition as is hereby required, and One Shilling for each Defect, and the like Sum or Sums for every four Weeks he shall remain unprovided….And be it further enacted, That every Light-Dragoon shall always be provided with…a Case of good Pistols…one Pound of good Powder, three Pounds of sizable Bullets, twelve Flints, a good pair of Boots and Spurs, on Penalty of Three Pounds for want of such Horse, and the Value of each other Article in which he shall be deficient. | An Act for Forming, Regulating, and Conducting the Military Force of this State (Conn. 1786) in ACTS AND LAWS OF THE STATE OF CONNECTICUT IN AMERICA 144, 150 (1786). |
| Georgia | 16 | 1786 | [A]ny male free inhabitant, between the age of sixteen and fifty years, who shall refuse or neglect to attend such company muster, shall be liable to a fine of two dollars….And any private who shall attend such company muster without a gun, in good order, or shall misbehave or disobey while under arms, shall be liable to a fine of six dollars, and shall have powder and lead equal to six common cartridges, or be liable to a fine not exceeding one dollar. | An Act for Regulating the Militia of the State, and for Repealing the Several Laws Heretofore Made for that Purpose, 1786 Ga. Laws. |
| Maryland | 16 | 1777 | §II Be it enacted, by the General Assembly of Maryland, That a lieutenant in each county of this state, of undoubted courage, zeal and attachment to the liberties and independence of America….within ten days after the receipt of their several and respective commissions, shall, by warrant under their hand and seal, appoint fit and proper persons in every county, to make a true and exact list of the names of all able bodied white male persons, between sixteen and fifty years of age. | An Act to Regulate the Militia, ch. XVII., §§ II, VI, 1777 Md. Laws 361-62. |

| Massachusetts | 16 | 1785 | Whereas the laws now in force for regulating the militia of the Commonwealth, are found to be insufficient for the said purpose:<br>. . .<br>II. And be it further enacted by the authority of the aforesaid, That the said militia shall be formed into a train-band, and alarm-lift; the train-band to contain all able-bodied men, from sixteen to forty years of age, and the alarm-list all other men under fifty years of age, excepting in both cases such as shall be hereafter by this act exempted. | An Act for Regulating and Governing the Militia of the Commonwealth of Massachusetts, and for Repealing All Laws Heretofore Made for That Purpose (Mass. 1785) in THE PERPETUAL LAWS OF THE COMMONWEALTH OF MASSACHUSETTS, 338, 340-41, 346-47 (1789). |
| --- | --- | --- | --- | --- |
| New Hampshire | 16 | 1786 | Whereas it is the duty and interest of every State, to have the militia thereof properly armed, trained, and in complete readiness to defend against every violence or invasion whatever: And Whereas the laws now in force respecting the regulation of the militia are insufficient for those purposes: Be it therefore enacted…That the training band, so called, shall consist of all the able bodied male persons within the State, from sixteen years old to forty… | An Act for Forming and Regulating the Militia within this State, and for Repealing All the Laws Heretofore Made for that Purpose (N.H. 1786) in THE LAWS OF THE STATE OF NEW HAMPSHIRE 356-57, 359-60 (1792). |
| New Jersey | 16 | 1777 | Be it therefore Enacted…That every Captain or Commanding Officer of a Company…take a List of all able-bodied Men, not being Slaves (except as is herein after excepted) between the Ages of sixteen and fifty Years, who reside in his District and are capable of bearing Arms…That every Person above directed to be enrolled shall bear Arms, attend Musters, and in all Things be conformable to the Rules and Orders herein after mentioned; and shall, as soon as possible, furnish himself with a good Musket, well fitted with a Bayonet, Steel Ramrod, Worm, Priming-wire and Brush, a Knapsack, Canteen, twelve Flints, Cartouch Box, and twenty-three Rounds of Cartridges suited to his Gun, under the Forfeiture of Five Shillings for Want of a Musket and One Shilling for the Want of Any of the other Articles, provided that in case any Person shall be furnished with a good Rifle Gun, with all its necessary Apparatus, and a Sword, Cutlass or Tomahawk, it shall be accepted in Lieu of a Musket and the Accoutrements proper thereto. | An Act for the Better Regulating [of] the Militia, ch. XX, §§1, 4 1777 N.J. Acts 26. |

| | | | | |
|---|---|---|---|---|
| New York | 16 | 1786 | Be it enacted by the people of the State of New-York, represented in Senate and assembly, and it is hereby enacted by the authority of the same, That every ablebodied male person, being a citizen of this state, or of any of the United States, and residing in this state…and who are of the age of sixteen, and under the age of fortyfive years, shall, by the captain or commanding officer of the beat in which such citizens shall reside, within four months after the passing of this act, be enrolled in the company of such beat. That every captain or commanding officer of a company, shall also enroll every citizen as aforesaid, who shall, from time to time, arrive at the age of sixteen years, or come to reside within his beat, and without delay notify such enrolment to such citizen so enrolled, by some non-commissioned officer of the company, who shall be a competent witness to prove such notice.…That every citizen so enrolled and notified, shall within three months thereafter, provide himself, at his own expence, with a good musket or firelock, a sufficient bayonet and belt, a pouch, with a box therein to contain not less than twenty-four cartridges suited to the bore of his musket or firelock, each cartridge containing a proper quantity of powder and ball, two spare flints, a blanket and knapsack; and shall appear so armed, accoutered and provided when called out to exercise or duty, as herein after directed. | An Act to Regulate the Militia (N.Y. 1786) in Thomas Greenleaf, ed., 1 LAWS OF THE STATE OF NEW YORK 22728 (1792). |
| North Carolina | 16 | 1777 | §2 Be it therefore enacted by the General Assembly of the State of North Carolina, and it is hereby enacted by the authority of the same, that the Militia of this State be divided into six Brigades, viz.: One in each of the Districts of Edenton, New Bern, Wilmington, Halifax, Salisbury and Hillsborough. And each Brigade to be commanded by a Brigadier General. And the Militia of every County shall consist of all the effective men from sixteen to fifty years of age inclusive. | An Act to Establish a Militia in this State, ch. 1, §§2, 4, 1777 Laws of N.C. 1-2. |
| Vermont | 16 | 1787 | And that every able-bodied male person, being a citizen of this state, or of any of the united states and residing in this state…who are of the age of sixteen and under the age of fortyfive [sic] years, shall by the captain or commanding officer of the beat in which such citizen shall reside, within four months after passing of this act, be enrolled in the company of such beat.…And every citizen, so enrolled and notified, shall within nine months there after, provide himself, at his own expence with a good musket or firelock, with a priming wire and brush, a sufficient bayonet and belt, with a cartouch box, with three pounds of lead bullets suitable to the bore of his musket or firelock, a good horn containing one pound of powder, and four spare flints; and shall appear so armed, accoutred and provided, when called out to exercise or duty, if thereto required | An Act Regulating the Militia of the State of Vermont. for Regulating the Militia of this State (Vt. 1787) in STATUTES OF THE STATE OF VERMONT REVISED AND ANNOTATED, 107 (1791). |