IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN COREY FRASER, on behalf
of himself and all others
similarly situated as a Class,

Plaintiff,

v.                                         No. 3:22-cv-00410

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, ET AL.,

Defendants.

ORDER

In perspective of the arguments made by the defendants in ECF Nos. 22 and 29 and the response by the plaintiffs in ECF No. 27, it is necessary to examine the applicable legislative history of the statute, 18 U.S.C. §§ 922(b)(1), (c), and core regulation, 27 C.F.R. § 478.99(b), at issue. Therefore, by February 6, 2023, the parties jointly shall assemble and submit two copies of the legislative history of the statute and the regulations at issue in tabbed and indexed notebooks for the statute and legislative history (separate notebooks). Further, the parties shall highlight those parts of the legislative histories that mention (or directly relate to) the role of parents in the statutory and regulatory schemes as mentioned in

ECF No. 29, p. 3 and ECF No. 22, pp. 5-6, 8-10.

It is SO ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: January 27, 2023