IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| JOHN COREY FRASER, et al., on behalf of themselves and all others similarly situated as a Class, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 3:22CV00410 |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## JOINT MOTION TO AMEND ORDER

Defendants, on behalf of all parties, respectfully move this Court to amend the January 27, 2023 Order (ECF No. 33) recently entered in this action in the manner and for the reasons described below. As good cause for this request, Defendants state:

1. On January 27, 2023, the Court issued an order that, "by February 6, 2023, the parties shall jointly assemble and submit two copies of the legislative history of the statute and the regulations at issue in tabbed and indexed notebooks." Order (Jan. 27, 2023), ECF No. 33. Upon receipt of this order, Defendants began working on compliance regarding the legislative history of the Gun Control Act of 1968 (the "Act").

2. There is no official and complete collection of legislative history for the Act of which Defendants are aware. A partial compilation of the legislative history is available at HeinOnline: https://heinonline.org/HOL/Index?index=gun/lhigunctro&collection=leghis. This partial compilation was created by the law firm Covington & Burling, and it is unclear for what purpose it was compiled.

3. The documents contained in that partial compilation total approximately 4,000 pages. However, a review of the contents reveals that it is incomplete, as it does not include several of the

documents cited in Defendants' brief that are part of the legislative history of the Act. *See* Mem. in Support of Mot. to Dismiss, ECF No. 22, at 5–6, 8–10. Defendants therefore estimate that the complete set of documents that could be deemed to be part of the legislative history of the Act likely far exceeds 4,000 pages. As such, it is not feasible for the parties to compile and print a comprehensive legislative history in the 10 days allotted by the Court's order. And even if the parties could produce a comprehensive legislative history of the Act, most of this material would not be relevant to the specific statutory provision challenged in this lawsuit, *i.e.*, the prohibition on sales of handguns by federally licensed firearm dealers to individuals between the ages of eighteen and twenty.

    4.    Defendants have identified the materials from the legislative history that they consider relevant to the issues raised in this case and have solicited from Plaintiffs any additional materials that they consider relevant.[1]

    5.    Accordingly, the parties respectfully request that the Court modify its order to allow the parties to submit two notebooks of the materials from the legislative history on which the parties rely and which they consider relevant to the issues in this case.

    6.    A proposed order is attached hereto.

Wherefore, the parties jointly move the Court to modify its previously entered Order of January 27, 2023, ECF No. 33, as set forth herein, and for such further relief as the Court deems appropriate.

//

//

//

---

[1] Regarding the legislative history of the challenged regulation, 27 C.F.R. § 478.99, *see* Order (Jan. 27, 2023), ECF No. 33, the parties intend to include the Notice of Proposed Rulemaking and the Final Rule.

2

Dated: February 2, 2023

                          Respectfully submitted,

                          JESSICA D. ABER
                          UNITED STATES ATTORNEY

By:   /s/ *Jonathan H. Hambrick*
       Jonathan H. Hambrick
       VSB No. 37590
       Office of the United States Attorney
       600 East Main Street, Suite 1800
       Richmond, Virginia 23219
       (804) 819-5400 (phone)
       (804) 819-7417 (fax)
       jay.h.hambrick@usdoj.gov

       BRIAN M. BOYNTON
       Principal Deputy Assistant Attorney General

       LESLEY FARBY
       Assistant Branch Director

       MICHAEL P. CLENDENEN (D.C. Bar No. 1660091)
       Trial Attorney
       DANIEL RIESS
       Senior Counsel
       U.S. Department of Justice
       Civil Division, Federal Programs Branch
       1100 L Street, NW
       Washington, D.C. 20005
       Tel: (202) 305-0693
       Fax: (202) 616-8460
       michael.p.clendenen@usdoj.gov

       *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of February, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Elliott Harding, Esquire
> Harding Counsel, PLLC
> 608 Elizabeth Avenue
> Charlottesville, VA 22901

> /s/ *Jonathan H. Hambrick*
> Jonathan H. Hambrick
> VSB No. 37590
> Attorney for the Defendants
> Office of the United States Attorney
> 919 East Main Street, Suite 1900
> Richmond, Virginia 23219
> Telephone: (804) 819-5400
> Facsimile: (804) 771-2316
> Email: jay.h.hambrick@usdoj.gov