IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JOHN COREY FRASER, et al., on behalf of themselves and all others similarly situated as a Class,<br><br>                  Plaintiffs,<br><br>  v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al.,<br><br>                  Defendants. | Civil Action No. 3:22CV00410 |

## ORDER

Upon consideration of the parties' joint motion to amend this Court's order of January 27, 2023, ECF No. 33, it is hereby

ORDERED that the motion is GRANTED,

ORDERED that, by February 6, 2023, the parties jointly shall assemble and submit to chambers two copies of the materials from the legislative history of the Gun Control Act of 1968 that the parties consider relevant to the issues raised in this case, as well as the Notice of Proposed Rulemaking and Final Rule of the regulations at issue, in tabbed and indexed notebooks. Further, the parties shall highlight those parts of the legislative histories that mention (or directly relate to) the role of parents in the statutory and regulatory schemes as mentioned in ECF No. 29, p. 3 and ECF No. 22, pp. 5–6, 8–10.

Richmond, Virginia
Date: February 2, 2023

                                                /s/
                                                Robert E. Payne
                                                Senior United States District Judge