# Exhibit 1

| State | Age of militia service as of June 8, 1789 | State statute regarding age for service in state militias in effect on June 8, 1789 | Changes between January 1, 1784 and December 15, 1791 |
|---|---|---|---|
| Connecticut | 16 | An Act for Forming, Regulating, and Conducting the Military Force of this State, Acts and Laws of the State of Connecticut, in America 144 (1786) **(EXHIBIT 2)** | N/A |
| Delaware | 18 | An Act for Establishing a Militia Within This State, Del. Acts, Jan. Adjourned Sess. 1782, at 1, https://heinonline.org/HOL/Page?handle=hein.ssl/ssde0069&collection=ssl&id=1&startid=1&endid=16 **(EXHIBIT 3)** | N/A |
| Georgia | 16 | Act of 1770, *in* 19 Colonial Records of the State of Georgia pt. 1, at 137 (A. Candler ed., 1911) **(EXHIBIT 4)**; An Act for Regulating the Militia of the State, and for Repealing the Several Laws Heretofore Made for that Purpose (1786), https://llmc.com/docDisplay5.aspx?set=39343&volume=1786&part=080 **(EXHIBIT 5)** | An Act for Prescribing the Regulations and Restrictions Under Which the Governor Shall Appoint Militia Officers and Secretaries, 1789 Ga. Acts, Nov. Extraordinary Sess., at 45, https://heinonline.org/HOL/Page?handle=hein.ssl/ssga0239&collection=ssl&id=32&startid=32&endid=32 **(EXHIBIT 6)** (establishing 21 as minimum age for officers and secretaries) |
| Maryland | 16 | An Act for the Better Security of the Government, Md. Laws, Oct. Sess. 1777 ch. 20 **(EXHIBIT 7)**; An Act to Raise Two Battalions of Militia for Reinforcing the Continental Army, and to Complete the Number of Select Militia, Md. Laws, May Sess. 1781 ch. 15 **(EXHIBIT 8)** | N/A |
| Massachusetts | 16 | An act, for regulating and governing the Militia of the Commonwealth of Massachusetts, and for repealing all laws heretofore made for that purpose (1785), *in* An act, for regulating and governing the Militia of the Commonwealth of Massachusetts, and for repealing all laws heretofore made for that purpose 3 (1786) **(EXHIBIT 9)** | N/A |
| New Hampshire | 16 | An Act for Forming and Regulating the Militia Within this State, and for Repealing All the Laws Heretofore Made for that Purpose (1786), https://heinonline.org/HOL/P?h=hein.ssl/ssnh0079&i=15 **(EXHIBIT 10)** | N/A |
| New Jersey | 16 | An Act for the Better Regulating [sic] the Militia § 1, 1776 N.J. Acts Aug. Sess. 26 **(EXHIBIT 11)**; An Act to Embody, for a Limited Time, One Thousand of the Militia of this State, for the Defence of the Frontiers Thereof, 1778 N.J. Acts, 2d Sitting 58 **(EXHIBIT 12)**; An Act for the Regulating, Training, and Arraying of the Militia, and for Providing More Effectually for the Defence and Security of the State § 9, 1778 N.J. Acts, 2d Sitting 42, 44 **(EXHIBIT 13)**; An Act for the Regulating, Training, and Arraying of the Militia, and for Providing More Effectually for the Defence and Security of the State § 10, 1780 N.J. Acts 39, 42 **(EXHIBIT 14)** | N/A |
| New York | 16 | An Act to Regulate the Militia, 1786 N.Y. Laws 220 **(EXHIBIT 15)** | N/A |

| | | | |
|---|---|---|---|
| North Carolina | 16 | An Act to Establish a Militia in this State § 2, *in* Acts of Assembly of the State of North Carolina 1, 1 (1777) **(EXHIBIT 16)** | N/A |
| Pennsylvania | 18 | An Act for the Regulation of the Militia of the Commonwealth of Pennsylvania § 3, 1780 Pa. Laws 347, 347 **(EXHIBIT 17)** | N/A |
| Rhode Island | 16 | The Act for Better Forming, Regulating and Conducting the Military Force of this State, 1777 R.I. Acts, Oct. Reg. Sess. 29, 29, 31–32, https://heinonline.org/HOL/P?h=hein.ssl/ssri0435&i=29 **(EXHIBIT 18)** | N/A |
| South Carolina | 16 | An Act for the Regulation of the Militia of this State, 1782 S.C. Acts, Feb. Sess. 20, 20–24, https://heinonline.org/HOL/Page?handle=hein.ssl/sssc0104&collection=ssl&id=20&startid=&endid=27 **(EXHIBIT 19)** | N/A |
| Vermont | 16 | An Act Regulating the Militia of the State of Vermont, 1787 Vt. Stats., Feb. & Mar. Sitting 94, 94 **(EXHIBIT 20)** | N/A |
| Virginia | 18 | An Act to Amend and Reduce into One Act, the Several Laws for Regulating and Disciplining the Militia, and Guarding Against Invasions and Insurrections § 3 (1785), *in* 12 William Waller Hening, The Statutes at Large; Being a Collection of All the Laws of Virginia, from the First Session of the Legislature, in the Year 1619, at 9, 10–12 (1823) **(EXHIBIT 21)** | The 1785 Act **(EXHIBIT 21)** raised the age for militia service from 16 to 18. The law in effect prior to 1785 is: An Ordinance for Raising and Embodying a Sufficient Force, for the Defence and Protection of this Colony (1775), *in* 9 William Waller Hening, The Statutes at Large; Being a Collection of All the Laws of Virginia, from the First Session of the Legislature, in the Year 1619, at 9, 16–17 (1821) **(EXHIBIT 22)** |