# Exhibit 3

# Anno Millesimo Septingentesimo Octogesimo secundo.

## An ACT for establishing a Militia within this State.

1. WHEREAS a well regulated Militia is the proper and natural Defence of a free State, and as the Laws heretofore made for the Regulation thereof, are found to be inadequate to the good Purposes thereby intended, *Be it therefore Enacted by the General Assembly of Delaware, and it is hereby Enacted by the Authority of the same,* That the late Lieutenants and Sub-Lieutenants in each County of this State, shall, and they are hereby directed, within one Month from the passing of this Act, to deliver to the Colonel, or Commanding Officer of each Battalion in his County, a true Transcript from his Book, as far as relates to the District or Division for such Battalion respectively, and the Sub-Divisions for Companies therein, and the Descriptions of such Sub-Divisions: Whereupon the Colonel, or Commanding Officer of each Battalion shall deliver a Description of each Sub-Division respectively to the Captain or Commanding Officer of that Sub-Division or Company, who, in the Month of *April*, in every Year, shall make an exact Return to the said Colonel or Commanding Officer of the Battalion, of the Names and Surnames of every able-bodied effective Male white Inhabitant between the Ages of eighteen and fifty Years, then residing in his Sub-Division, and what Arms and Accoutrements each Man, mentioning him, is possessed of; a Copy of which Return the said Colonel or Commanding Officer shall immediately transmit to the President or Commander in Chief.

*Marginalia:* Preamble. The late Lieutenants and Sub Lieutenants to deliver Descriptions of Battalion and Company-Districts, &c. Captains to make annual Returns of Arms, &c. Copies whereof to be transmitted to the President.

2. *And be it Enacted,* That the President or Commander in Chief, in Case of the Vacancy of the Place of a Colonel in any of the Regiments of Militia of the State, may and shall issue a Commission of Lieutenant-Colonel Commandant of the Regiment in which such Vacancy is, or may happen, to the Lieutenant-Colonel of such Regiment; and in Case of the Vacancy of the Place of Lieutenant-Colonel or Major of any Regiment, or of the Place of Captain, Lieutenant or Ensign of any Company of a Regiment, that the President or Commander in Chief

*Marginalia:* Vacancies in the Military Line, how supplied.

A                                                                 may

may and shall appoint such Person as he shall judge most suitable to fill such Vacancy, and issue a Commission to him accordingly.

**Quarter-Masters, &c. how appointed.**

**Serjeants, &c. how.**

**Penalty for neglecting to serve.**

3. *And be it Enacted,* That the Field Officers of each Battalion shall appoint a Quarter-Master, and Adjutant, a Drum and a Fife-Major, for the Battalion, and the commissioned Officers of each Company shall appoint four Serjeants, four Corporals, one Drum and one Fife, for their respective Companies, every of whom, not being one of the People called Quakers, shall severally serve for one Year, in the respective Stations to which they may be so appointed, under the Penalty of Three Pounds, to be recovered and applied as Fines and Forfeitures under Five Pounds are herein after directed to be recovered and applied.

**Militia to be divided into Classes.**

**Rolls thereof to be formed, and transmitted to the Colonel.**

4. *And be it Enacted,* That in the Month of *April* next ensuing, the Captain or Commanding Officer of each Company shall call the Persons enrolled therein together, giving due Notice, and shall divide them into eight Classes, as nearly equal in Number to each other, as conveniently may be, allotting a Serjeant or a Corporal on the Roll to each Class, and eight Slips of Paper numbered respectively from one to eight being prepared, every Private shall determine, by drawing a Ballot, what Class he is to serve in; and in Case any of the Persons enrolled as aforesaid, shall neglect to attend at the Time and Place appointed for classing the said Company, or if present, shall refuse to draw as aforesaid, then the said Captain or Commanding Officer thereof shall appoint one disinterested Freeholder, to draw for the Absentees or Persons so refusing; and when the Classes shall be so settled, the Captain or Commanding Officer of each Company shall form a Roll consisting of the eight Classes, and the Names and Surnames of the Men in each Class, numbered according to the Order of Ballotting, which he shall keep for his own Use and Direction, transmitting forthwith a Copy thereof, with a List of his commissioned and non-commissioned Officers prefixed, to the Colonel or Commanding Officer of the Battalion, who shall enter the same in his Book: And the said Captain or Commanding Officer shall in the Month of *April,* in the Year of our Lord One Thousand Seven Hundred and Eighty-three, and in the Month of *April* in every succeeding Year, add to the said Roll the Names and Surnames of all such Male white Inhabitants between the Ages aforesaid, who in the next preceding twelve Months have removed to and are then residing in that Sub-Division, or have therein attained to the Age of eighteen Years, except as herein after are excepted, annexing them respectively to such Class or

[ 3 ]

Claffes as may ftill render all the Claffes of a Company as nearly equal in Number to each other as conveniently may be.

5. *And be it Enacted*, That every Company fhall be duly exercifed and inftructed once in every Month, except the Months of *July*, *January* and *February*, at fuch Time and Place as the Captain or Commanding Officer fhall direct, and every Battalion fhall alfo be reviewed twice in every Year, and be properly trained and difciplined, at fuch Time and Place as the Colonel or Commanding Officer fhall direct, and at fuch other Times and Places as the Prefident or Commander in Chief fhall think neceffary, and fhall order; fuch Days of Review to be confidered as the Day of Exercife for that Month. <span style="float:right">Militia how often to be excercifed.</span>

6. *And be it Enacted*, That every Perfon between the Ages of eighteen and fifty, or who may hereafter attain to the Age of eighteen Years (Clergymen and Preachers of the Gofpel of every Denomination, Judges of the Supreme Court, Sheriffs, Keepers of the public Gaols, School-Mafters teaching a Latin School, or having at leaft twenty Englifh Scholars, and indented Servants *bona Fide* purchafed, excepted) who is rated at Six Pounds, or upwards, towards the Payment of public Taxes, fhall, at his own Expence, provide himfelf; and every Apprentice, or other Perfon, of the Age of eighteen and under twenty-one Years who hath an Eftate of the Value of Eighty Pounds, or whofe Parent is rated at Eighteen Pounds towards the public Taxes, fhall, by his Parent or Guardian, refpectively, be provided with a Mufket or Firelock with a Bayonet, a Cartouch-Box to contain twenty-three Cartridges, a Priming-Wire, a Brufh and fix Flints, all in good Order, on or before the firft Day of *June* next, and fhall keep the fame by him at all Times, ready and fit for Service, under the Penalty of Twenty Shillings for every two Months Neglect or Default, to be paid by fuch Perfon, if of full Age, or by the Parent or Guardian of fuch as are under twenty-one Years, the fame Arms and Accoutrements to be charged by the Guardian to his Ward, and allowed at fettling the Accounts of his Guardianfhip. <span style="float:right">What Perfons fhall provide Arms, &c.</span> <span style="float:right">Penalty for neglecting to keep them in Repair.</span>

7. *And be it Enacted*, That every Male white Perfon within this State, between the Ages of eighteen and fifty, or who fhall hereafter attain to the Age of eighteen Years (Clergymen and Preachers of the Gofpel of every Denomination, Members of the General Affembly, Juftices of the Supreme Court, Juftices of the Courts of Common Pleas, Juftices of the Peace, Sheriffs, Keepers of the public Gaols, School-Mafters teaching a Latin School, or having at leaft twenty Englifh Scholars, and indented Servants *bona Fide* purchafed, excepted) fhall attend at the Times and Places appointed in Purfuance of this Act for <span style="float:right">Penalty on Privates for Non-attendance, &c.</span>

Digitized from Best Copy Available

the Appearance of the Company or Battalion to which he belongs; and if any non-commissioned Officer or Private, so as aforesaid required to be armed and accoutred with his Firelock and Accoutrements aforesaid in good Order, or if any Male white Person, between the Ages aforesaid, although not required to be so armed and accoutred, shall neglect or refuse to appear on the Parade and answer to his Name when the Roll is called over, which the commanding Officer is hereby directed to cause to be done at the Distance of one Hour after the Time appointed for Meeting, not having a reasonable Excuse, to be adjudged of by a Court-Martial to be appointed

<small>How to be adjudged.</small> by the commanding Officer of the Company, which shall consist of a Subaltern and four Privates, the Subaltern to be President thereof, every such Person shall forfeit and pay the Sum of Three Shillings and Nine-pence for every such Neglect or Refusal, and if the said Court Martial shall adjudge, that such Person had not a reasonable Excuse for such Neglect or Refusal, he shall pay the Costs of any Suit or Prosecution afterwards had or commenced for the said Fine and Forfeiture, although the same may not be recovered by the Officer suing for the same in the Manner herein after directed.

<small>For Neglect of Duty, the Penalty.</small> 8. *And be it Enacted,* That every Person required to attend as aforesaid, at the Time and Place of Exercise in Company, or in Battalion, who shall then and there appear, and shall neglect or refuse to answer to his Name when the Roll is called over, or to obey the lawful Commands of his Commanding Officer, or to perform his Exercise with the Care and Attention requisite therein, being convicted of any of the said Offences, by a Court-Martial to be appointed as aforesaid, shall forfeit and pay the Sum of Seven Shillings and Six-pence for every such Offence.

<small>Fines incurred by Minors, of whom to be recovered.</small> 9. *And be it Enacted,* That if any Person of the Age of eighteen, and under twenty-one Years, who is hereby required to attend at the Time and Place of Exercise in Company or in Battalion, shall neglect or refuse to appear on the Parade and answer to his Name when the Roll is called over, or shall then and there appear and shall neglect or refuse to answer to his Name when the Roll is called over, or to obey the lawful Commands of his Commanding Officer, or to perform his Exercise with the Care and Attention requisite therein, the Fines and Penalties by this Act in such Case to be incurred by him, shall be recovered of his Parent, Guardian or Master (if found to be the Fault of the Master) in the same Manner as if such Parent, Guardian or Master had personally incurred such Fines and Forfeitures, and shall in the Case of a Guardian be by him charged to his Ward when of Age.

10. *And be it Enacted*, That every commissioned Officer who shall neglect or refuse to appear at the Time and Place appointed for Exercise in Battalion, having no reasonable Excuse, to be adjudged of by such of the Officers present as the Colonel or Commanding Officer for that Day shall appoint, and there do and perform his Duty according to his Office and Station, shall forfeit and pay, if a Colonel, Thirty Shillings; if a Lieutenant-Colonel, Twenty-two Shillings and Six-pence; if a Major, Fifteen Shillings; if a Captain, Ten Shillings; and if a Subaltern or Staff-Officer, Seven Shillings and Six-pence: And every commissioned Officer who shall refuse or neglect to appear at the Time and Place appointed for Exercise on other Muster Days, having no reasonable Excuse, to be adjuded of by the Officers present, or a Majority of them, shall forfeit and pay the Sum of Ten Shillings, if a Captain, and the Sum of Seven Shillings and Six-pence if a Subaltern. *(Commissioned Officers to be fined for Neglect of Duty.)*

11. *And be it Enacted*, That the commissioned Officers of every Company shall appoint such Serjeant thereof as they shall judge best qualified for that Business to be Clerk thereto, who shall keep in a Book, to be provided by him for that Purpose, to be viewed and examined from Time to Time by the Commanding Officer thereof, a fair and exact Account of all Fines and Forfeitures incurred by Persons belonging to the same, noting therein at the Time and Place appointed for Meeting in Company or in Battalion the Names of the Persons belonging to his Company and then absent; a Transcript of which Entries the said Clerk shall deliver to the Treasurer of his Battalion once in three Months, by whom he shall be paid Thirty Shillings a Year for his Services aforesaid as Clerk. *(A Clerk to be appointed for each Company, his Duty, and Pay.)*

12. *And be it Enacted*, That the Commanding Officer of every Company is hereby impowered and required to sue for and recover, in the Manner herein after directed, all Fines and Forfeitures incurred as aforesaid by any non-commissioned Officer or Private belonging to his Company, and being so recovered, shall forthwith pay over the same into the Hands of the Treasurer of the Battalion to which he doth belong, deducting One Shilling in the Pound for collecting the same: And if any such Commanding Officer shall neglect or refuse to sue for and recover all Fines and Forfeitures incurred in his Company once in every three Months, and pay over the same, agreeable to the Directions of this Act, he shall forfeit and pay the Sum of Five Pounds for the first Offence, and for the second and every other Offence the Sum of Ten Pounds. *(The Captain of each Company to sue for Fines incurred therein. Penalty for Neglect.)*

13. *And be it Enacted*, That it shall and may be lawful for the
B     commissioned

Digitized from Best Copy Available

| | |
|---|---|
| A Treasurer for each Battalion to be chosen annually. | commissioned Officers of each Battalion to meet on the first *Saturday* of *August* next, and on the first *Saturday* of *August* annually thereafter, during the Continuance of this Act, at the Place where such Battalion usually meets, and being so met, to choose by Ballot, to be taken under the Inspection of the Field Officers, or such of them as attend, one reputable Freeholder, not being one of the said commissioned Officers, to be Treasurer to such Battalion for the Year thence next ensuing. |
| He shall give Bond, <br><br> and account with the General Assembly. | 14. *And be it Enacted*, That the Treasurer of each Battalion in the several Counties of this State, before he enters on the Duties by this Act required of him, shall give Bond to the Colonel of the same, in such Sum and with such Sureties as he shall approve of, conditioned for the faithful Performance of the Duties hereby enjoined him, and shall pay over all such Sums of Money as shall come into his Hands, in Pursuance of this Act, in the Manner herein directed; and at the Expiration of the Year for which he was chosen shall render an Account to the General Assembly, or their Committee, of all Monies that have come into his Hands as Treasurer of said Battalion, and in what Manner he hath disposed of the same, and the Balance remaining in his Hands, if any, shall forthwith, after such Account rendered, be paid over to his Successor in the said Office, after deducting Sixpence in the Pound for his Trouble. |
| Appropriation of the Fines. | 15. *And be it Enacted*, That all Fines and Forfeitures that shall be paid into the Hands of any Treasurer of a Battalion, in Pursuance of this Act, shall be applied for the Purpose of purchasing Arms, Accoutrements and Ammunition for the Use of the Battalion, as the President or Commander in Chief from Time to Time shall order and direct, and for purchasing such Drums, Colours and Fifes for the several Companies, and also for paying Adjutants, Drummers and Fifers, and in such Manner as the Field-Officers thereof, shall, from Time to Time, order and direct. |
| | 16. *Provided always, and be it Enacted*, That no Ammunition shall be delivered for the Use of any Battalion until the same be made up into Cartridges, which the President or Commander in Chief is hereby required to have done at the Expence of the State. |
| Public Arms, &c. who to be accountable for, in Case of Waste, | 17. *And be it Enacted*, That whenever any Arms, Accoutrements, or Ammunition shall, by Order of the President or Commander in Chief, be delivered by the Treasurer of the Battalion, or any other Person in whose Hands the same may be, for the Use of such Battalion, the Commanding Officer thereof shall give a |

Receipt

Receipt for the fame, accurately fpecifying the Articles received, and the Number of Arms, Accoutrements and Cartridges refpectively, who upon delivering them to the Commanding Officers of Companies, fhall take Receipts in like Manner, and the faid Commanding Officers of Companies, upon delivering them to the Privates, fhall make Entries in a Book, fairly kept, fpecifying the Articles and the Numbers as aforefaid, and the Names of the Perfons refpectively, into whofe Hands they were by him delivered, which Perfons refpectively fhall be accountable to him for the full Value of every of the faid Articles received by them, in Cafe of Abufe, Wafte or Imbezzlement, to be fued for and recovered by him, in the Manner herein after directed, and the faid Commanding Officers of Companies fhall be accountable to the Treafurer for the full Value of every of the faid Articles refpectively received by them, in Cafe of Abufe, Wafte or Imbezzlement, to be fued for and recovered by the faid Treafurer in like Manner.

18. *Provided always, and be it Enacted,* That the Commanding Officer of a Battalion fhall be accountable to the Treafurer thereof, in Manner before-mentioned, for every of the faid Articles by him received as aforefaid, for which he fhall not produce fuch Receipts from the Commanding Officers of Companies as are herein before directed to be taken. <span style="margin-left:1em">*or neglecting to take Receipts therefor.*</span>

19. *And be it Enacted,* That the Prefident or Commander in Chief fhall have full Power and Authority, in Cafe of Invafion, Rebellion or Infurrection within this State, or in Cafe of actual Invafion of the State of *Maryland, New-Jerfey, Pennfylvania,* or the Eaftern Shore of *Virginia,* to call into Service fuch Part of the Militia, by Claffes, as to him fhall feem neceffary, the firft Draught to be compofed of the Clafs Number one of each Company, and in Cafe the firft Draught fhall not be fufficient for the Exigency, then the Clafs Number two fhall be drawn, and fo on by Claffes, from Time to Time, as Occafion may require. And to the End, that each particular Draught may be fuitably officered, the following Order is hereby directed and enjoined: That is to fay, For the firft Draught, the Captain of the firft Company, the firft Lieutenant of the fecond Company, the fecond Lieutenant of the Third Company, and the Enfign of the fourth Company. For the fecond Draught, the Captain of the fecond Company, the firft Lieutenant of the firft Company, the fecond Lieutenant of the fourth Company, and the Enfign of the third Company. For the third Draught, the Captain of the third Company, the firft Lieutenant of the fourth Company, the fecond Lieutenant of the firft Company, and the Enfign of the fecond Company. For the fourth Draught, the Captain of the fourth Company, <span style="margin-left:1em">*Prefident may call out the Militia, upon Invafion, &c.*</span> <span style="margin-left:1em">*Draughts how officered.*</span>

Digitized from Best Copy Available

Company, the firft Lieutenant of the third Company, the fecond Lieutenant of the fecond Company, and the Enfign of the firft Company. For the fifth Draught, the Captain of the fifth Company, the firft Lieutenant of the fixth Company, the fecond Lieutenant of the feventh Company, and the Enfign of the eighth Company. For the fixth Draught, the Captain of the fixth Company, the firft Lieutenant of the fifth Company, the fecond Lieutenant of the eighth Company, and the Enfign of the feventh Company. For the feventh Draught, the Captain of the feventh Company, the firft Lieutenant of the eighth Company, the fecond Lieutenant of the fifth Company, and the Enfign of the fixth Company. For the eighth Draught, the Captain of the eighth Company, the firft Lieutenant of the feventh Company, the fecond Lieutenant of the fixth Company, and the Enfign of the fifth Company.

*Rotation of Duty among Field Officers, how afcertained.*

20. *And be it Enacted,* That the feveral Colonels, Lieutenant-Colonels and Majors of the Regiments compofing a Brigade in each County, fhall on or before the twentieth Day of *April* next enfuing, meet together and decide the Rotation of Duty among them, by feveral and feparate Lots in numerical Order, as aforefaid in the feveral Lines of Office; which being done, a Roll thereof fhall be immediately made and fubfcribed by them all, and returned to the Brigadier-General of the Brigade, and by him, he firft taking a Copy thereof, without Delay, be tranfmitted to the Prefident or Commander in Chief; and if the Field-Officers aforefaid fhall neglect to decide the Rotation of Duty, or to return the Roll fubfcribed as aforefaid to the Brigadier-General, or if Brigades or Detachments fhall be compofed of Claffes from different Counties, the Field-Officers fhall take their Tour of Duty according to their refpective Ranks, in fuch Manner as the Prefident or Commander in Chief fhall direct and order, each Clafs to be confidered as Detachments from different Corps, liable to ferve any Term not exceeding fix Weeks, and to be relieved by the Clafs next in numerical Order, the Relief to arrive at leaft two Days before the Expiration of the Term of the Clafs to be relieved: But nothing herein contained fhall prevent the Prefident or Commander in Chief from employing or calling out the Whole of any Battalion where it may be neceffary, or the Whole of any Company, without Refpect to this Rule, whenever the Exigency is too fudden to affemble the Militia which compofe the particular Claffes. And the Militia in actual Service fhall receive the fame Pay and Rations as continental Troops, their Pay to commence two Days before their Marching by Claffes; and receive Pay and Rations till their Return Home: Provided that not more than one fourth of the Claffes of the Militia fhall be fent and kept out of this State at any Time,

*Militia how relieved.*

*Their Pay and Rations.*

Time, nor shall any Part of the Militia be retained in actual Service out of this State, longer than the Invasion of the adjoining State continues. *Not to be kept out of the State longer than, &c.*

21. *And be it Enacted*, That in Case of the Absence of the President or Commander in Chief of this State, on any Insurrection, Rebellion or Invasion, the General or Commanding Officer in the military Line, in each County respectively, is hereby authorized and directed to issue his Orders, to call out such Part of the Militia as he may judge immediately necessary, and shall forthwith transmit an Account thereof, to the President or Commander in Chief. *Who may call out the Militia in the Absence of the President.*

22. *And be it Enacted*, That the Brigadier-General of each Brigade, upon receiving Orders from the President or Commander in Chief, for any Class or Classes of Militia, to be called out by Virtue of this Act, shall give due Notice thereof to the Commanding Officers of Battalions, they to the Commanding Officers of Companies respectively, who shall forthwith give the same to the Class or Classes ordered to march, and without Delay certify in Writing under their Hands respectively, to the Commanding Officer of the Battalion, in what Manner such Orders have been executed, and shall make Returns in Writing of those who are then sick or absent out of the County; and for such Service each Commanding Officer of a Company shall receive from the Treasurer of a Battalion, out of the Fines and Forfeitures incurred by this Act, the Sum of Seven Shillings and Sixpence, and no more: And such Commanding Officer of the Battalion shall forthwith transmit a Copy of such Returns to the Brigadier-General aforesaid. And if the Commanding Officer of a Battalion shall neglect or refuse to give such Notice as he is hereby directed to give, or if the Commanding Officer of a Company shall neglect or refuse to give such Notice as he is hereby directed to give, or to certify as aforesaid, he shall forfeit and pay to the Treasurer of the Battalion the Sum of Ten Pounds. *How Notice shall be given to the Classes ordered to march.* *Penalty for Neglect.*

23. *And be it Enacted*, That if any Person of the Age of eighteen and under twenty-one Years, who is by this Act required to march with his Class, Company or Battalion, shall neglect or refuse so to do, the Fines and Penalties by this Act in such Case to be incurred by him, shall be recovered of his Parent, Guardian, or Master (if found to be the Fault of the Master) in the same Manner as if such Parent, Guardian or Master had personally incurred such Fines and Forfeitures, and shall, in the Case of a Guardian, be by him charged to his Ward when of Age. *Fines incurred by Minors for neglecting to march, of whom recovered.*

24. *And be it Enacted*, That every Field-Officer within this State,

C

Officers not taking their Tour of Duty, to be fined.

State, who shall refuse or neglect to take his Tour of Duty, when the Militia of this State shall be called into actual Service by Classes, Companies or Battalions, having no sufficient Excuse, to be adjudged of by a Court-Martial, to be appointed by the Commanding Officer of the Brigade to which he belongs, shall forfeit and pay, if a Colonel Thirty Pounds, if a Lieutenant-Colonel Twenty-two Pounds and Ten Shillings, if a Major Fifteen Pounds: And every other commissioned Officer who shall refuse or neglect to march with his Class, Company or Battalion, when the same shall be called into actual Service, and continue with the same until such Class, Company or Battalion is discharged, having no reasonable Excuse, to be adjudged of by a Court-Martial, to be appointed by the Colonel of the Battalion to which he belongs, shall forfeit and pay the Sum of Ten Pounds if a Captain, and the Sum of Seven Pounds and Ten Shillings if a Subaltern or Staff-Officer.

Privates not marching with their Classes, &c. to be fined.

And every non-commissioned Officer and Private (Members of the General Assembly, Justices of the Courts of Common Pleas, and Justices of the Peace, in the Case of actual Invasion of the State of *Maryland*, *New-Jersey*, *Pennsylvania*, or the Eastern Shore of *Virginia*, excepted) who shall refuse or neglect to attend, at the Time and Place appointed for any Class or Company to meet, or, having met, shall refuse to march with his Class or Company, and continue with the same until such Class or Company is discharged, not having a reasonable Excuse, to be adjudged of by a Court-Martial, to be appointed by the Commanding Officer of the Company in the Manner herein before directed, shall forfeit and pay the Sum of Five Pounds:

Captains to return Lists of Delinquents.

And the Commanding Officer of every Company shall immediately after the Return of a Class or Classes of his Company, or of his Company from a Tour of Duty, return to the Treasurer of the Battalion a true List, containing the Names of every Person belonging to the said Class or Classes, or Company who hath failed in performing the Duties hereby required of him, and such Commanding Officer neglecting or refusing to return a List as aforesaid, shall forfeit and pay the Sum of Ten Pounds.

Privates may substitute on Detachments.

25. *And be it Enacted*, That every Private shall be allowed to substitute on Detachments an able-bodied effective Private in his Stead, to be approved of by the Commanding Officer of the Company, and such Substitute serving out the Tour of Duty for which he is substituted, the Person substituting him shall be discharged from that Tour, but shall nevertheless take his own Tour of Duty whenever it returns again in the Order wherein it shall have been settled as aforesaid; and that in Case of Sickness or other unavoidable Accident an Officer shall be prevented from taking his Tour of Duty on any Detachment, the next to him in the Order of Detachment, shall supply his Place, and the

Person

Digitized from Best Copy Available

Perfon fo prevented, fhall, in Return, take the proper Tour of Duty, on Detachments, of the Perfon fo fupplying his Place.

26. *And be it Enacted*, That the firing of four Mufkets fucceffively and diftinctly, and the Beating of a Drum immediately after for fifteen Minutes fucceffively, or the firing of two Cannon at four Minutes Diftance of Time, and the Beating of a Drum immediately after for fifteen Minutes fucceffively, within this State, fhall be Signals of, and be deemed and taken to be an Alarm ; and the Commanding Officer of each Company who fhall have Notice of an Alarm, fhall forthwith caufe the Affemble to be beat ; ufe his utmoft Diligence to collect the Company under his Command, and fend immediate Notice to all the Field Officers in the Neighbourhood, and to the Commanding Officer, or in Cafe of his Abfence, to fome commiffioned Officer of the next Company, who fhall in like Manner give Notice to Field Officers, and to an Officer of the next Company, and fo on till the Notice become general, and the Field Officers fhall immediately repair, and the Officers of Companies fhall immediately march with their Companies refpectively and in proper Order, to fuch Place of Rendezvous as fhall be appointed by the Commanding Officer ; and upon every fuch Alarm every Officer of a Company under the commanding Officer thereof, and every Private, fhall and is hereby required immediately to repair with his Arms, Accoutrements, and Ammunition, to the Habitation of the Commanding Officer of the Company, unlefs fome other Place be appointed as aforefaid for that Purpofe, and fhall obey all fuch lawful Commands as fhall be given him, and after fuch Company is formed, it fhall be confidered as in actual Service and full Pay, and fo fhall remain until difcharged : And all Officers and Privates fhall continue in Service on fuch Alarm as long as the Commanding Officer fhall judge expedient ; and if any Perfon or Perfons, except a commiffioned Officer, fhall prefume to make the Signals of an Alarm as aforefaid, within this State, he or they fhall forfeit and pay for fuch Offence the Sum of Fifty Pounds.

*[margin: What fhall be deemed an Alarm.]*
*[margin: Who may make an Alarm.]*

27. *And be it Enacted*, That if any Field Officer fhall not perform the Duties belonging to his Station in Cafe of an Alarm, having no reafonable Excufe, to be adjudged of by a Court Martial to be appointed by the Commanding Officer of the Brigade to which he belongs, he fhall forfeit and pay, if a Colonel, Twenty Pounds, if a Lieutenant Colonel, Fifteen Pounds, and if a Major, Ten Pounds. And every other commiffioned Officer who fhall not perform the Duties belonging to his Station in Cafe of an Alarm, having no reafonable Excufe, to be adjudged of by a Court-Martial to be appointed by the Commanding Officer

*[margin: Officers and Privates neglecting their Duty on an Alarm, the Penalty.]*

cer

cer of the Battalion to which he belongs, shall forfeit and pay, if a Captain, Six Pounds Thirteen Shillings and Four-pence, and if a Subaltern or Staff-Officer, Five Pounds; and every non-commissioned Officer and Private who shall not perform the Duties required of him in Case of an Alarm, not having a reasonable Excuse, to be adjudged of by a Court-Martial to be appointed by the Commanding Officer of the Company which he belongs to, in the Manner herein before directed, shall forfeit and pay Three Pounds Six Shillings and Eight-pence. And the Commanding Officer of every Company shall immediately after it is discharged from attending on an Alarm, return to the Treasurer of the Battalion a true List containing the Names of every Person belonging to his Company who hath failed in performing the Duties required of him on such Alarm, and such Commanding Officer neglecting or refusing to return a List as aforesaid, shall forfeit and pay the Sum of Six Pounds Thirteen Shillings and Four-pence.

**Delinquents liable to Costs, altho,' &c.** 28. *And be it Enacted,* That if any Court-Martial herein before directed to be appointed, shall respectively adjudge, that a Field Officer, other commissioned Officer, non-commissioned Officer or Private, had no reasonable Excuse for not performing the Duties respectively required of him, in Case of a Call of the Militia upon any Invasion, Rebellion, or Insurrection as aforesaid, or on an Alarm, such Field Officer, other commissioned Officer, non-commissioned Officer or Private, respectively, shall pay the Costs of any Suit or Prosecution afterwards had or prosecuted against him for the Fines and Forfeitures to which he is hereby respectively made liable, although the same may not be recovered by the Person suing for the same in the Manner herein after directed.

**Officers guilty of a Breach of Duty to be removed.** 29. *And be it Enacted,* That if any commissioned Officer shall neglect or refuse to perform any Thing herein before directed to be done by him, the President or Commander in Chief is hereby required to remove him from his Office, and appoint another in his Place, and to issue a Commission to the Person so appointed accordingly, it being first adjudged by a Court Martial to be appointed respectively as the Rank of the Officer may be, in the Manner herein before directed, that such Officer had no reasonable Excuse for the Non-performance of his Duty.

**Deserters allowed no Pay for Duty previous to Desertion.** 30. *And be it Enacted,* That every Captain and other Officer of the Militia, who shall hereafter make out a Pay-Roll, shall insert therein, as well the Names of those who shall have deserted, if any there shall be, as of those who shall serve out their Tour, and note such Deserters as having deserted, but shall not annex

any

Digitized from Best Copy Available

any Pay for the Time they did Duty, previous to their Desertion.

31. *And be it Enacted,* That in Case of Invasion, Rebellion or Insurrection as aforesaid, the President or Commander in Chief, or, in his Absence, the General or Commanding Officer in the military Line, in each County respectively, is hereby impowered to issue Warrants to proper Persons, for impressing Horses and Carriages, as the Service may require. <span style="float:right">Who may issue Warrants in the President's Absence.</span>

32. *And be it Enacted,* That the President or Commander in Chief may commissionate three Brigadier-Generals, and also one Major-General, when those Offices become vacant, to command the Militia of this State, which Major-General is hereby impowered to appoint an Aid-de-Camp, and each of the said Brigadier-Generals to appoint a Brigade-Major. <span style="float:right">The President may appoint a Major General, &c.</span>

33. *And be it Enacted,* That a proper Person may be appointed by the President or Commander in Chief, to be Commissary of military Stores and Provisions, in each of the Counties of this State, whose Business and Duty shall be to collect together all public Arms and Military Stores, and the same securely and safely to keep in some convenient and proper Place, in good Order and fit for service, and not to deliver out any of the said Arms, Stores or Provisions, but by Virtue of an Order in Writing from the President or Commander in Chief, or, in his Absence, and in Case of Emergency, by an Order from the Officer commanding the Militia in the respective Counties, and to take proper Receipts for all Arms, Stores and Provisions delivered out, and make Report of the Condition of the Arms, Stores and Provisions in his Care and Custody, once in every three Months, to the President or Commander in Chief; and the said Commissary is hereby directed to keep a just and fair Account of all Arms, Stores and Provisions which may come to his Hands as aforesaid, and of the Delivery thereof. <span style="float:right">Commissaries to be appointed. Their Duty.</span>

34. *And,* in Order to enable the said Commissaries respectively, to afford a Supply of Provisions on any sudden call of small Detachments of Militia into Service, *Be it Enacted,* That it shall and may be lawful for the County-Treasurers respectively, to pay upon the Order of such Commissary, countersigned by the Commanding Officer of the Battalion to which the Detachment may belong, a Sum of Money not exceeding One Shilling for each Man, for every twenty-four Hours such Detachment is necessarily kept in Service, for the Expenditure of which Money the said Commissary shall forthwith account with the Commanding Officer of that Battalion, whose Certificate of such accounting shall be a <span style="float:right">Supplies of Provisions for Detachments, how procured.</span>

<span style="text-align:center">D</span> <span style="float:right">Discharge</span>

Digitized from Best Copy Available

Difcharge to the Commiffary for the Difpofition of fuch Money, a Duplicate of which Account and Certificate fhall be returned by the Commanding Officer of the Battalion, to the General Affembly at their next Sitting thereafter; and the Order fo counterfigned and Receipt thereon fhall be a fufficient Voucher for the County Treafurer's paying the fame, in his Account with the State-Treafurer.

**What Articles of War the Militia fhall be fubject to.**
35. *And be it Enacted*, That the Militia of this State, as well without as within the State, be fubject only to fuch Articles of War as are or may be eftablifhed by the General Affembly thereof, and fhall be tried only by their own Officers.

**Bounty for marching out of the State.**
36. *And be it Enacted*, That the Sum of Three Pounds be allowed to every non-commiffioned Officer and Private in the Militia of this State, who fhall march out of the fame with his Clafs when ordered, and continue in the Service fix Weeks; and in Proportion for any fhorter Time, if regularly difcharged, over and above his monthly Pay and Rations.

**Perfons difabled to be fupported.**
37. *And be it Enacted*, That if any Perfon, either Officer or Private fhall happen to be wounded or difabled upon any Invafion, or in any military Service under this Act, he fhall be taken Care of, fupported and maintained, according to his Rank and Dignity, at the public Charge of this State, during the Time of his Difability.

**Militia exempt from Arrefts.**
38. *And be it Enacted*, That no Perfon or Perfons, by this Act directed to meet and mufter, or perform any military Duty, fhall be liable to be arrefted, or taken by any Sheriff, Conftable or other Officer, in any civil Action whatfoever, on the Day of fuch Meeting, in going to, remaining at, or returning from the Place of fuch Meeting for Mufter, or other military Duty, but every fuch Arreft fhall be *ipfo Facto* void, and the Officer making the fame, fhall be liable to an Action of Trefpafs for falfe Imprifonment, at the Suit of the Party fo arrefted, and he fhall be forthwith fet at Liberty and difcharged from the Cuftody of fuch Officer, by Order of any one Judge or Juftice of the Peace of the County where fuch Arreft is made, or of the Captain of the Company to which fuch Perfon doth belong; and the Arms and **Their Arms privileged from Diftreffes, &c.** Accoutrements aforefaid, of every Perfon required by this Act to provide and keep the fame for military Service, fhall be, and are hereby declared to be exempt and privileged from all Diftreffes, Executions, Extents, Attachments or other Procefs whatfoever; and any civil Officer diftraining, feizing, attaching, or taking the fame in Execution, fhall forfeit and pay the Sum of Three Pounds, to the Party grieved; to be recovered at the Suit
of

Digitized from Best Copy Available

of said Party, in the same Mode other Debts or Demands under Five Pounds are made recoverable by the Laws of this State, and any Sale of said Arms and Accoutrements, so as aforesaid exempt, made by any Officer, shall be null and void.

39. *And be it Enacted*, That any Fine or Forfeiture under Five Pounds, that may be incurred under this Act, shall be sued for and recovered as Debts of Forty Shillings or under, may now be sued for and recovered, and all and every of the Fines and Forfeitures of Five Pounds and upwards, by this Act made payable, the Mode of recovering which is not herein before particularly pointed out, shall be sued for and recovered by the Treasurer of the Battalion to which the Officer or Person incurring the same belongs, by Summons or Warrant, and Execution, from under the Hand and Seal of a Justice of the Peace, in the Neighbourhood where the Person charged resides, directed to the Sheriff of the County, requiring him to levy the same on the Goods and Chattels of the Delinquent, and the same cause to be appraised by two Freeholders, and after being publicly advertised ten Days, to make Sale thereof, and after Payment of the Fine or Forfeiture to the Treasurer suing for the same, together with Costs and Charges, pay the Overplus, if any, to the Owner, and if Goods and Chattels sufficient to discharge the same cannot be found, that then the Justice granting such Precept, shall certify the Proceedings had thereon, to the Prothonotary of the County, who is thereupon required to issue a *Fieri Facias* for the levying of the Fines and Forfeitures aforesaid, on the Lands or Tenements of such Delinquent. [margin: Fines under £. 5, how recovered. above £ 5, how.]

40. *Provided always, and be it Enacted*, That if any Person or Persons shall think him, her or themselves aggrieved by the Judgement of the Justice aforesaid, in any Suit of Five Pounds and upwards, he, she or they may appeal before the Justice aforesaid, and on the Parties giving sufficient Security within six Days next after any such Judgement, to prosecute such appeal in the Court of Common Pleas of the County with Effect, the Justice shall receive the same, and stay further Process, and the said Justice shall return every such Appeal on the first Day of the next Term, and the Court shall direct the Trial by Jury as in other Cases of Debt, whose Verdict shall be final and conclusive, and all such Appeals shall be tried at the Term to which such Returns shall be made; any Law, Custom, or Usage to the Contrary notwithstanding. [margin: Persons aggrieved may appeal.]

41. *And be it Enacted*, That if any Suit or Action shall be brought against any Officer, civil or military, for doing the Duty enjoined or required of him by this Act, he may plead the general [margin: Officers sued, their Remedy.]

general Iffue and give this Act in Evidence; and if the Plaintiff in fuch Suit or Action fhall difcontinue the fame, be nonfuited, or a Verdict pafs againft him, or Judgement be given againft him, he fhall pay the Defendant treble Cofts.

Continuance of this Act.

42. *And be it Enacted*, That this Act fhall continue in Force fo long as the prefent War between the *United States of America* and *Great-Britain* fhall continue, and from thence until the End of the Sitting of the next General Affembly, and no longer.

Former Acts repealed.

43. *And be it Enacted*, That an Act of the General Affembly of this State, intituled, " An Act for eftablifhing a Militia within this State," another Act, intituled, " A Supplement to an Act for eftablifhing a Militia within this State," and another Act, intituled, " An additional fupplementary Act to the Act, intituled, An Act for eftablifhing a Militia within this State," be and are hereby repealed and made void; except fo far as relates to the Duty of Treafurers of Battalions refpectively, who fhall continue to act until the Treafurers herein before directed to be appointed fhall be chofen.

*Signed, by Order of the Houfe of Affembly,*

SIMON KOLLOCK, *Speaker*.

*Signed, by Order of the Council,*

THOS. COLLINS, *Speaker*.

*Paffed at Dover,*
*February 5,* 1782.

Digitized from Best Copy Available