# Exhibit 6

[ 45 ]

# An ACT

## To point out the Mode of electing Inferior Officers.

BE it enacted by the Senate and House of Representatives of the State of Georgia, in General Assembly met, That the sheriffs, clerks, coroners, tax collectors, receivers of tax returns, registers of probate, notaries public, and county surveyors, shall be elected in the manner pointed out by the Constitution for the election of state officers,

Provided always, That no Senator or Representative shall be elected to any inferior office herein mentioned, during his remaining a member of either branch of the General Assembly.

SEABORN JONES, *Speaker of the House of Representatives.*

N. BROWNSON, *President of the Senate.*

Concurred *December* 22, 1789.

EDWARD TELFAIR, *Governor.*

---

# An ACT

## For prescribing the regulations and restrictions under which the Governor shall appoint Militia Officers and Secretaries.

BE it enacted by the Senate and House of Representatives of the State of Georgia, in General Assembly met, That the Governor shall appoint and commission Militia Officers: Provided always, That no person shall be appointed or commissioned who shall not have been a citizen of this state for three years, or have served with reputation as a commissioned officer in the army of the United States.

*And be it further enacted,* That all Militia Officers already appointed, or that shall hereafter be appointed, shall be residents of the county with the regiments or company in which they are commissioned; and where, and as often as it shall be otherwise, the Governor shall appoint and commission a resident or residents in his or their room and stead.

*And be it further enacted,* That the Secretaries of the Governor, (not exceeding two) shall be citizens and residents of this state; and shall have attained to the age of twenty-one years.

SEABORN JONES, *Speaker of the House of Representatives.*
NATHAN BROWNSON, *President of the Senate.*

Concurred *December* 23, 1789.

EDWARD TELFAIR, *Governor.*

L                                                                     An