# Exhibit 8

At a SESSION of the GENERAL ASSEMBLY of MARYLAND, begun and held at the city of ANNAPOLIS, on Thurſday the tenth of May, in the year of our Lord one thouſand ſeven hundred and eighty-one, and ended the 27th day of June: The following laws were enacted.

THOMAS SIM LEE, Eſq; Governor.

### CHAP. I.

An ACT for the adjournment and continuance of the general court of the weſtern and eaſtern ſhore, and the ſeveral county courts therein mentioned, and for the other purpoſes therein mentioned.

The general court for the weſtern ſhore is adjourned from the firſt Monday in July to the ſecond Tueſday in October, and the eaſtern ſhore court from ſome time in Auguſt to the ſecond Tueſday in September next. June courts for Talbot and Worceſter are adjourned to the firſt Monday in Auguſt, for Dorcheſter to the ſecond Monday in Auguſt, for Somerſet to the third Monday in Auguſt, and for Cecil to the laſt Monday in July. Every court in the ſtate is empowered, at diſcretion, to continue the actions now depending, or which may hereafter be commenced, during the preſent war; and the act to limit the continuance of actions, &c. ſo far as relates to the continuance of cauſes, is ſuſpended during the war.

CHAP.

## CHAP. XI.
An ACT to regulate auctions in Baltimore-town in Baltimore county.

To continue three years, &c. Expired.

## CHAP. XII.
An ACT for the trial and punishment of spies, and such as may join the enemy.

To continue until the end of the next session. At that session another act was passed for the same purpose, and this was suffered to expire.

## CHAP. XIII.
An ACT to continue and explain the powers vested in the special council appointed on the eastern shore.

Upon an apprehension that Maryland and Virginia are to be the seat of war during the present campaign, a special council of five persons is appointed for the eastern shore; and a majority of these five are authorised, until the end of the next session, to exercise on that shore all the powers vested in the executive; but they are subject, nevertheless, to the control of the constitutional executive.

## CHAP. XIV.
An ACT for the relief of certain nonjurors.

## CHAP. XV.
An ACT to raise two battalions of militia for reinforcing the continental army, and to complete the number of select militia.

These battalions are to act in conjunction with the continental army, until the 10th of December. The number of men to form these battalions is apportioned amongst the counties; the militia is to be classed, and each class is, within five days, to furnish a man, or two men shall be draughted, either of whom may, by the lieutenant or eldest field officer, be appointed to serve. But to ease the good people from the draught, every free male idle person, above 16 years of age, who is able bodied, and hath no visible means of an honest livelihood, may be adjudged a vagrant by the lieutenant, and by such adjudication he is to be considered as an enlisted soldier, with a choice of serving till the 10th of December only, or for three years, or the duration of the war, &c. and the taker up of a vagrant is exempted from the draught.

## CHAP. XVI.
An additional supplement to the act for the regulation of the staple of tobacco.

Expired with its principal.

## CHAP. XVII.
An ACT to adjust the debts due from this state.

Preamble.

**W**HEREAS many debts are due from this state on loan-office certificates for money lent, and on certificates for allowances on the journal of accounts, and for property purchased or taken by authority of law, and for services performed, and for monies advanced, or merchandise sold to the public, and it is proper that some rule should be established by law for liquidating all debts due by the state, to do justice to public creditors, and to prevent their suffering any loss by the depreciation of our paper money:

Debts to be liquidated, &c.

II. Be it enacted, by the general assembly of Maryland, That all debts due from this state, since the first day of December, seventeen hundred and seventy-seven, and which remain unsettled or unpaid, shall be liquidated and adjusted agreeable to the table of depreciation established by congress, for the payment of the principal and interest of loans between the first day of December, seventeen hundred and seventy-seven, and the eighteenth day of March, seventeen hundred and eighty, and after that day according to the following scale of depreciation, to wit: Seventeen hundred and eighty, March, fifty-seven and one half; April, sixty-five; May, June, sixty; July, sixty-five; August, September, seventy; October, seventy-five; November, eighty; December, ninety. Seventeen hundred and eighty-one, January, one hundred and ten; February, one hundred and twenty; March, one hundred and thirty. State emissions of June, seventeen hundred and eighty, compared with specie. April, to twentieth day, three and one half, to thirtieth day, four; May, to tenth day, five; to twentieth day, six; to thirtieth day, six and one half; June six and one half. And any person, having any claim against this state for any debts or contracts since the period aforesaid, shall produce the same to the auditor-general (or his deputy if within the sum limited for his examination) who shall state and settle such debts, by reducing the amount thereof to the true value in specie at the day and time the same were incurred or entered into, or become

due,