# Exhibit 11

# ACTS

## OF THE

# GENERAL ASSEMBLY

## OF THE

## STATE OF NEW-JERSEY,

At a SESSION begun at PRINCETON on the 27th Day of *August* 1776, and continued by Adjournments.

TO WHICH IS PREFIXED,

THE

# CONSTITUTION

## OF THE

# STATE.

---

BURLINGTON:
Printed by ISAAC COLLINS, M.DCC.LXXVII.

## C H A P.   XX.

### An ACT for the better regulating the Militia.

Preamble.

WHEREAS it is at all Times of great Importance to the Safety of the State, that the Militia should be under proper Regulation and Government; but more especially so at the present critical and interesting Period, in which the utmost Exertions of a well-disciplined Militia are occasionally necessary to defeat the Designs of the *British* Court, and to preserve and defend the Freedom and Independence of the United States of *America*;

Lists to be made.

Sect. 1. BE IT THEREFORE ENACTED *by the Council and General Assembly of this State, and it is hereby Enacted by the Authority of the same,* That every Captain or Commanding Officer of a Company, who now is or hereafter shall be duly appointed and commissioned by the Governor, shall, immediately after the Publication of this Act, take a List of all able-bodied Men, not being Slaves (except as is herein after excepted) between the Ages of sixteen and fifty Years, who reside in his District, and are capable of bearing Arms; a Copy of which List he shall deliver to the Colonel or commanding Officer of the Regiment or Battalion to which he belongs.

Returns to be made.

2. THAT every Captain or commanding Officer shall make Return of the Number of Men in his Company, their Accoutrements and Ammunition, at least quarterly, to the Colonel or commanding Officer of the Regiment to which he belongs; and that every Colonel or commanding Officer of a Regiment shall make Return of the Condition of his Regiment, at least once in every six Months, to the Brigadier-General of the Brigade to which he shall belong; on Failure whereof the Captain shall forfeit the Sum of *Thirty Shillings*, and the Colonel *Three Pounds* for each and every Offence, to be levied and appropriated in the Manner herein after directed.

Returns of the Brigades.

3. THAT each Brigadier-General shall make Return of the Condition of his Brigade once in six Months to the Commander in Chief of this State, under Penalty of *Ten Pounds* for each Default, to be levied and appropriated as herein after directed.

How to be equipped,

4. THAT every Person above directed to be enrolled shall bear Arms, attend Musters, and in all Things be conformable to the Rules and Orders herein after mentioned; and shall, as soon as possible, furnish himself with a good Musket, well fitted with a Bayonet, Steel Ramrod, Worm, Priming-wire and Brush, a Knapsack, Canteen, twelve Flints, Cartouch-Box, and twenty-three Rounds of Cartridges suited to his Gun, under the Forfeiture of *Five Shillings* for Want of a Musket, and *One Shilling* for the Want of any of the other Articles; provided, that in case any Person shall be furnished with a good Rifle Gun, with all its necessary Apparatus, and a Sword, Cutlass or Tomahawk, it shall be accepted in Lieu of a Musket and the Accoutrements proper thereto.

                                                                                 e

5. THAT every Person, directed to be enrolled as aforesaid, shall, at his

his Place of Abode, be provided with one Pound of good merchantable Gun-Powder, and three Pounds of Ball fitted to the Size of his Musket or Rifle, under the Forfeiture of *Three Shillings* for Want of either.

<span style="float:right">and provided.</span>

6. THAT each whole Company of Militia do assemble, properly accoutred as aforesaid, on the first *Monday* in every Month (except the Companies in the County of *Cape-May*, and those of the first Battalion of Militia in the County of *Salem*, who shall assemble, accoutred as aforesaid, on the first *Saturday* in every Month) at such Place as the Captain or commanding Officer shall direct, *That is to say*, From the Month of *October* to the Month of *April* inclusive, they shall meet at ten o'Clock in the Forenoon, and from the Month of *May* to the Month of *September* inclusive, they shall meet at two o'Clock in the Afternoon, and there shall spend the Remainder of the Day in improving themselves in military Discipline, Exercise and Knowledge; and that a general Muster or Review be had of each Regiment three Times in every Year, at such Times and Places as the Field-Officers, or a Majority of them, shall direct: But if the local Situation of the Companies, which compose any Regiment, render it inconvenient to have a regimental Review, the Field-Officers, or a Majority of them, may review such Regiment in Divisions, provided each Division be reviewed three Times in a Year.

<span style="float:right">Times of Muster.</span>

7. THAT every Regiment be officered with a Colonel, Lieutenant-Colonel, two Majors, an Adjutant and Quarter-Master, and may be provided with a Chaplain, Surgeon and Mate; and that every Company shall be officered with a Captain, two Lieutenants and an Ensign; and that each Company shall appoint any Number not exceeding four Sergeants, four Corporals, one Drummer and one Fifer.

<span style="float:right">How the Regiments and Companies are to be officered.</span>

8. THAT in case any Person shall refuse or neglect to serve as a Sergeant, Corporal, Drummer or Fifer in any Company, being thereunto appointed as aforesaid, he shall forfeit the Sum of *Forty Shillings*; and any Sergeant who shall neglect or refuse to warn the Company to meet when required by the Captain or commanding Officer, shall forfeit the Sum of *Three Pounds* for every such Refusal or Neglect; provided that none be appointed Sergeants or Corporals but such as have actually appeared or shall appear in Arms; Provided also, That no Person be fined more than once a Year for refusing to accept any of said Offices.

<span style="float:right">Fines for non-commissioned Officers refusing Duty.</span>

9. THAT the following Penalties be inflicted on those who do not attend and obey orders on the Days appointed for general Musters or Reviews, *to wit*, On a Colonel the Sum of *Six-Pounds*, on a Lieutenant-Colonel *Five Pounds*, on a Major *Four Pounds*, on a Captain *Three Pounds*, Lieutenants, Ensigns, Adjutants and Quarter-Masters *Two Pounds* each, and upon Sergeants, Corporals, Drummers, Fifers, and all Privates directed to be enrolled as aforesaid, not less than *Seven Shillings and Six-pence*, nor more than *Twenty-two Shillings and Six-pence* for each and every Default, to be assessed at the Discretion of the Field-Officers of the Regiment, or a Majority of them, due Regard being had to the Estate and Circumstances of the Delinquents; and

<span style="float:right">Penalties for Non-Attendance on general Musters.</span>

K                              that

that the fame Penalties be inflicted on thofe Officers and Privates of Companies who do not attend properly accoutred, and obey Orders on the Times appointed for the Meeting of Companies, at the Difcretion of the commiffioned Officers of the Company to which the Delinquents belong. And if any commiffioned Officer, at fuch Meeting of the Company or general Review, fhall mifbehave or demean himfelf in an unofficer-like Manner, he fhall, for fuch Offence, be cafhiered or otherwife punifhed by Fine, at the Difcretion of a general or regimental Court-Martial, as the Cafe may require, fo that fuch Fine exceed not the Sum of *Ten Pounds*, and in fuch Cafe due Regard fhall be had to the Rank and Circumftances of the Offender.

*Non-commiffioned Officers or Soldiers mifbehaving on Duty,*

10. THAT any non-commiffioned Officer or Soldier who fhall, while on Duty, be found drunk, or who fhall ufe reproachful or abufive Language towards any of his fuperior Officers, or fhall quarrel himfelf, or promote any Quarrel among his Fellow-Soldiers, fhall be difarmed by the Captain or commanding Officer at the Head of the Company, be turned out of the Ranks for that Day, and be fined by the faid Captain or commanding Officer in any Sum not more than *Twenty Shillings*; and, if neceffary, fhall be put under Guard during the Time the Company fhall continue under Arms, but no longer.

*or appearing with bad Arms or Accoutrements.*

11. THAT any non-commiffioned Officer or Soldier who fhall, on the Day appointed for the Meeting of the Company, or of a general Review, appear with his Arms or Accoutrements in an Order or Condition unfit for Service, fhall be fined by the Captain or commanding Officer, in any Sum not lefs than *One Shilling*, nor more than *Five Shillings*.

*Non-Attendance in due Seafon.*

12. THAT any non-commiffioned Officer or Soldier, who fhall not attend in due Seafon on the Day appointed for the Meeting of the Company, or of a general Review, fhall, in the firft Cafe, be fined by the Captain or commanding Officer in any Sum not exceeding *Ten Shillings*, and, in the fecond Cafe, in any Sum not exceeding *Twenty Shillings*.

*Perfons unable to purchafe Arms and Accoutrements, when to be exempted.*

13. THAT any Perfon who, by a Majority of the commiffioned Officers of the Company to which he belongs, fhall be deemed unable to purchafe the Arms, Accoutrements and Ammunition afore-mentioned, fhall be exempted from the Payment of Fines, on appearing at the Time of Meeting or Review, without the neceffary Equipment, until the fame be provided for him.

*Fines of Infants and Servants.*

14. THAT the Fines of young Men living with their Mafters, Miftreffes, or Parents, who are above the Age of fixteen Years, and under that of twenty-one, and of white Servants who fhall neglect or refufe to do the Duties enjoined by this Act, fhall be levied on the Eftates of the Mafters, Miftreffes, or Parents.

*Lifts of Delinquents, when and how to be tranfmitted.*

15. THAT the Field-Officers, once in every fix Months, and the Captains and Subalterns, once in every two Months, do tranfmit a Lift of Delinquents in their refpective Departments, with the Fines annexed and properly attefted, to any Juftice of the Peace for the County in
                                                                                              which

which such Delinquents reside. PROVIDED ALWAYS, That no such List shall be so returned till two Weeks after such Fines shall be awarded.

16. THAT the military Officers, in all Cases where they are empowered to impose Fines on Delinquents, are hereby directed to admit reasonable Excuses, and thereon to discharge any Person fined from Payment of his Fine; provided such Fine be not returned to the Justice. <span style="float:right">Reasonable Excuses.</span>

17. THAT the commanding Officer of every Regiment be and hereby is empowered and directed to receive any Fine awarded by the Field-Officers of the same, and to give Receipt therefor; and the commanding Officer of every Company is hereby empowered and directed to receive any Fine awarded by the Officers of the same, and to give Receipt therefor; provided the Payment of such Fine be offered before the Delinquent's Name be returned as aforesaid; and such commanding Officer shall, once in every six Months, transmit to the County Collector all Fines by him, and the Names of the Persons from whom, received; and, in case of Default, shall forfeit the Sum of *Five Pounds*; to be recovered by said County Collector in any Court of Record where the same shall be cognizable, the one Half for the Use of the Poor of the Township where the Defaulter resides, and the other Half for the Use of the County Collector so suing for the same, with Costs of Suit; and such commanding Officer shall also, in such Case, be subject to an Action of Debt, at the Suit of such Collector, for the Recovery of the whole Sum by him received, with Interest on the same, and Costs of Suit. <span style="float:right">Who are to receive Fines.</span>

18. THAT in all Cases, where the Age of any Person shall be disputed, such Person shall prove his Age to the Satisfaction of a Majority of the Officers in the Limits of whose Company he resides. <span style="float:right">Age disputed.</span>

19. THAT all Militia Officers shall take an Oath or Affirmation for the due Performance of their Trust, with Respect to the Assessment of Fines by Virtue of this Act. <span style="float:right">Militia Officers to be qualified.</span>

20. THAT if any Person remove from the Limits of his own into those of any other Company, he shall be considered as belonging to the Company into the Limits of which he may remove, and shall be enrolled accordingly; and every Person, between the Ages of sixteen and fifty Years, capable of bearing Arms as aforesaid, who shall come from any of the neighbouring States into this State, shall, within two Weeks after his Arrival, be enrolled in the Company within the Limits of which he may happen to reside, and thereafter in every Respect be deemed to be one of said Company. <span style="float:right">Persons removing and Strangers coming.</span>

21. THAT all Fines, herein before imposed upon any Officer or Soldier, shall, in case of Refusal of Payment, be levied on the Goods and Chattels of the Offender, by Warrant of Distress from a Justice of the Peace, directed to the Constable of the Township or District wherein such Offender shall reside; who shall, at least five Days before the Sale, give Notice thereof by Advertisements, in three publick Places in the Neighbourhood. <span style="float:right">Fines, how to be levied,</span>

22. THAT the Fines and Forfeitures aforesaid, levied by any Constable, <span style="float:right">and paid.</span>

ftable, fhall, when recovered, be paid to the Juftice who iffued the Warrant, who is hereby directed to pay the fame to the Collector of the Diftrict in which the Offender refides.

Three Companies of Horfe;

23. AND WHEREAS light Horfe are extremely ufeful and neceffary, BE IT THEREFORE ENACTED *by the Authority aforefaid*, That three Companies of Horfe fhall be embodied in this State, and no more; that each Company fhall confift of thirty-three Privates, and be officered by a Captain, Lieutenant and Cornet, who fhall be confidered as of equal Rank with the Captains, firft Lieutenants and Enfigns of Foot Militia.

their Regulations,

24. THAT the Officers and Privates in every Troop fhall, in every Refpect (fave that of Equipment and Forfeiture for Want thereof) be conformable to the Regulations herein eftablifhed for the Government of the Foot Militia.

and Accoutrements.

25. THAT every Trooper fhall furnifh himfelf with a good Horfe, a good Bridle and Saddle, Holfters and Cafe of Piftols well fitted, a Sword or Cutlafs, a well fixed Carbine, with Belt, Swivel and Sling, and a Cartouch Box that will contain twelve Rounds of Cartridges, under the Forfeiture of *Six Pounds* for the Want of a Horfe, and of *Twenty Shillings* for the Want of a Saddle and Bridle, or Carbine, or Holfters and Cafe of Piftols, and of *Three Shillings* for the Want of any of the other Articles.

Troopers to have Powder and Ball.

26. THAT every Trooper fhall, at his Place of Abode, be provided with one Pound of good merchantable Gun-Powder, and three Pounds of Ball fitted to his Carbine and Piftols, under the Forfeiture of *Three Shillings* for the Want of any of the faid Articles: All which Fines and Forfeitures fhall be levied and paid in Manner aforefaid.

Who may enlift in the Horfe.

27. THAT no Perfon, fave fuch only as is able to furnifh himfelf with all the Accoutrements neceffary to equip a Trooper, fhall enlift in any of the faid Companies of Horfe.

Pay and Rations of the Horfe.

28. THAT the Horfe Militia, when in actual Employ, fhall, as a Compenfation for their perfonal Service, have the fame Pay, Rations and Allowance as the Horfe of the United States of *America*; and, as the Horfemen furnifh themfelves with Horfes, they fhall, when in actual Service, be allowed at the Rate of *One Shilling and Six-pence* a Day over and befides the Continental Pay, as a Compenfation for the Ufe of their Horfes.

Power of the Captain-General.

29. THAT the Captain-General or Commander in Chief for the Time being, in cafe of Invafion, Infurrection or Alarm, or in Time of War, may, and he is hereby empowered to call into actual Service the whole Militia, or to order fuch Detachments as he fhall judge neceffary; and on Application of the Congrefs, or the Commander in Chief of the Continental Army, it fhall and may be lawful for the Commander in Chief of this State for the Time being, with the Advice of the Legiflature when fitting, or, in their Recefs, with the Advice of the Privy Council, to order the faid Militia, or any Part thereof, to affift the Continental

tinental Army in any of the neighbouring States: And that any Militia Officer, in case of sudden Alarm, may and is hereby required to assemble the Men under his Command, and to use his best Endeavours to annoy the Enemy, or to repel an Invasion, without waiting for Orders from the Commander in Chief, making Return of such his Proceedings to the Commander in Chief, or to his Brigadier-General as soon as possible.

30. THAT, in order the more effectually to secure personal Service in Times of imminent Danger, every non-commissioned Officer or Soldier, directed to be enrolled as aforesaid, who shall neglect or refuse to march when called upon on an Invasion or Alarm, or who, when the Company to which he belongs shall be convened for the Purpose of raising Levies, or detaching the Whole or Part of the Militia for the Defence of the State, or any of the neighbouring States, shall neglect or refuse to march when detached in his Turn, or to provide a fit Person to march in his Stead, shall, for each Offence, be fined at the Discretion of the Persons herein after named, and in the Manner herein after directed, in any Sum not less than *Five Pounds*, nor more than *Thirty Pounds*. <span style="float:right">Fines of non-commissioned Officers and Soldiers for not marching.</span>

31. THAT every commissioned Officer, who shall neglect or refuse to march with the Battalion or Company to which he belongs, at the Time of an Invasion or Alarm, or to take his Tour of Duty when called upon, shall, if a Field-Officer, be tried by a general Court-Martial; and, if under the Rank of a Field-Officer, be tried by a regimental Court-Martial; and, if convicted, shall be cashiered and deemed unfit for further Service as an Officer; and, on Certificate of such Conviction returned to the Assessor herein after mentioned, shall also, at the Discretion of the Persons herein after named, and in the Manner herein after directed, be fined in any Sum not less than *Eight Pounds*, nor more than *Forty Pounds*. <span style="float:right">Fines and Punishment of commissioned Officers for not marching.</span>

32. THAT, when Part only of the Militia shall be called for, the Field-Officers of each Battalion shall ascertain the Proportion to be taken from each Company in their Battalion, observing as a Rule the Number of Men in the several Companies which compose such Battalion; and, in such Case, the commissioned Officers of each Company shall be, and they are hereby empowered to count off such Proportion, and to determine who shall go from their Company, paying due Attention to, and keeping in View as a general Rule, the Course or Tour of Duty. <span style="float:right">Detachments from the Militia.</span>

33. THAT, in order to equip as far as possible every Man who shall be detached, the commissioned Officers of every Company are hereby empowered and directed to impress and take from such of the Militia in their Company, as are not ordered into Service, a Number of Muskets with their Accoutrements, sufficient to equip those who are detached as aforesaid, giving Receipts and taking Appraisements under Oath for the same: And the Muskets and Accoutrements so at any Time taken, if lost or damaged in the Service, shall be made good by the State: PROVIDED ALWAYS, That it be in the Option of any Owner to take back his Musket or Accoutrements, and have the Damage valued by <span style="float:right">How to equip the Detachments.</span>

L                                                                                                        the

the former Appraisers, and made good, or to be paid the full Price of the same, as ascertained by the afore-mentioned Appraisers. And the County Collector is hereby empowered and directed to pay, as the Case may require, the full Value of such Musket and Accoutrements, or the Amount of the Damage so as aforesaid appraised; which said Musket and Accoutrements, if fully paid for, shall be delivered to the commanding Officer of the Battalion for the Use of the State; and the Treasurer is hereby empowered and directed to repay the Sum so as aforesaid advanced by such County Collector.

*Commissioned Officers to judge of Excuses.* 34. THAT the commissioned Officers of every Company shall be, and they hereby are authorised and directed to hear and adjudge of any Excuse that may be offered by any non-commissioned Officer or Soldier of their Company, for not performing any Duty enjoined by the thirtieth Section of this Act; and they shall, by Advertisements, in two publick Places in the Limits of said Company, give Notice of the Time and Place of their Meeting to hear and adjudge thereof: And the said Officers are hereby further directed to observe as a general Rule (although there may be some special Exceptions, of which too they are to judge) that no Excuse, save that of Sickness, shall be admitted as legal and valid for not performing any Duty enjoined by the Section last above-mentioned; and, in order to enable said Officers fairly and fully to decide upon any Excuse, they are hereby empowered to examine on Oath, which any of them may administer, any Person touching the Truth of such Excuse.

*How the Fines are to be assessed.* 35. AND WHEREAS it is highly proper and necessary that the Fines directed to be levied in Consequence of any Violation of the thirtieth and thirty-first Sections of this Act, should be in Proportion as well to the Estate as to the military Rank of the Offenders, BE IT THEREFORE ENACTED *by the Authority aforesaid*, That the Field-Officers of every Battalion, or a Majority of them, and the commissioned Officers of every Company, or a Majority of them, (as the Case may require) shall, as soon as possible, make Return of the Names of the Offenders against the Sections last mentioned to the Assessor within whose District such Offenders reside; and the said Assessor shall, and he is hereby directed and empowered to call to his Assistance any two Justices of the Peace of the County, and, in Conjunction with them, to ascertain and assess the Fine to be paid by every Person in such District, who shall have offended against the two Sections aforesaid; observing always, neither to go above nor below the Sums mentioned therein. PROVIDED, That the Agreement of any two of the three, as to said Assessments, shall be conclusive.

*Assessors Qualification.* 36. THAT every Assessor, previous to his doing any Thing in the Assessment-Way by Virtue of this Act, shall make Oath before some Justice of the Peace for the County in which he resides, *That he will truly and impartially, according to the best of his Skill and Understanding, ascertain and assess the Fine of every Offender agreeably to his ratable Estate, and military Rank, and to the true Intent and Meaning of this Act.*

37. THAT every such Assessor shall, with all convenient Speed, transmit to the Collector, in whose District such Offenders reside, an Account of

of all Fines so as aforesaid assessed; and every such Collector shall make a Demand of all such Fines so transmitted to him, within ten Days after receiving the Account.

*Account of Fines to be transmitted to the Collector.*

38. THAT in case any Person shall refuse or neglect to pay such Fine to the Collector when demanded, or on Notice properly given at the Place of his Abode, such Collector, within fifteen Days after the Demand or Notice, shall return the Name of the Offender, with the Sum he is to pay, to any Justice of the Peace in the County in which the Offender resides; which Justice is hereby empowered and directed to administer an Oath or Affirmation to said Collector, that the Fine had been demanded of, or Notice thereof given to, the Offender, and thereupon to issue his Warrant to the Constable to raise from any Goods and Chattels of the Offender (except Arms, Accoutrements and Ammunition) by Distress and Sale, after proper Advertisement as aforesaid, the Sum in which he was assessed, with Costs, as herein after is directed. And the Constable is hereby required to pay the said Sum to the Collector in whose District the Offender resides, and the Overplus, if any, to return to the Owner.

*Mode of recovering the Fine.*

39. THAT every Constable shall forfeit the Sum of *Six Pounds* for Breach of any Part of the Duty enjoined on him by this Act, to be recovered by the Collector in whose Township or District he resides, in any Court of Record where the same shall be cognizable, with Costs of Suit, to be appropriated the one Half to the Use of the Poor of the said Township or District, and the other Half to the Use of the Collector so suing for the same: And in case any Collector shall knowingly conceal the Affair, or neglect to sue the Constable offending as aforesaid, for the Space of ten Days after receiving Notice of such Offence, or shall any otherwise commit a Breach of the Duty enjoined him by this Act, he shall forfeit the Sum of *Six Pounds* for every Offence, to be recovered by any Person who will sue for the same; the one Half for the Use of the Poor of the Township or District in which the Collector resides, and the other Half, with Costs of Suit, for the Use of the Person suing.

*Constables Forfeiture.*

40. THAT any Justice of the Peace, who shall neglect or refuse to perform any Act or Duty hereby enjoined on him, shall forfeit for each Offence the Sum of *Twelve Pounds;* to be recovered by any Person who will sue for the same, of which the one Half shall be paid to the Overseer of the Poor, in whose Township or District the Offender resides, for the Use of the Poor in said District; and the other Half, with Costs of Suit, to the Person suing for the same.

*Justices Forfeiture.*

41. PROVIDED ALWAYS, That any Person, who shall think himself aggrieved by any such Assessment, may, on Payment of the same, and at any Time within the Space of ten Days after Demand or Notice thereof as aforesaid, appeal therefrom to the next, but no other, Court of General Quarter Sessions of the Peace for the County; which Court is hereby empowered to decide thereon, and said Decision shall be conclusive.

*Appeal.*

42. THAT the Assessors shall have and receive the Sum of *One Shilling*

*Affeffors and Collectors Fees.*

ling for every Fine, as a Compenfation for their Trouble in Affeffing; and the Collector fhall receive *Four-pence* in the *Pound* for collecting the Fines herein directed to be by them affeffed and collected; except the County Collectors, who fhall have only *Two-pence* in the *Pound* allowed them.

*Juftices Fees.*

43. THAT the Juftice fhall receive the Sum of *One Shilling* for every Warrant of Diftrefs iffued for military Default, the fame to be levied, with the Penalty, on the Eftate of the Offender.

*Conftables Fees.*

44. THAT every Conftable fhall levy upon the Eftate of each Offender, mentioned in the Warrant to him directed, the following Sums, over and befides the Penalties laid in the Warrant, as a Compenfation for his Trouble, *to wit*, For every non-commiffioned Officer and Soldier the Sum of *One Shilling and Six-pence*, and for every Field-Officer, Captain, Lieutenant, Enfign, Adjutant, and Quarter-Mafter, the Sum of *Two Shillings and Six-pence*.

*Town Collectors to pay the County Collectors.*

45. THAT every Town Collector fhall, once in fix Months, pay the Collector of the County in which he refides, the Sum of Money he may collect and receive by Virtue of the Directions of this Act; and any fuch Collector, who fhall neglect or refufe to pay all fuch Sums to the County Collector in Manner aforefaid, fhall, befides the Penalty before mentioned for the Breach of Duty, be fubject to an Action of Debt, at the Suit of fuch County Collector, for the Recovery of the whole Sum by him received, with Intereft on the fame, and Cofts of Suit. And that the County Collectors pay to the Captains of each Company as much Money out of the Fines paid into his Hands, as the Field-Officers of each Battalion, in Conjunction with the Juftices and Affeffor herein before mentioned, or a Majority of them, fhall judge neceffary to be expended for the inftructing Drummers and Fifers in the refpective Companies; which Adjudication, with the Captain's Receipt thereon, fhall be a Difcharge for fo much of the publick Money to the faid Collector.

*County Collector to pay the Treafurer annually.*

46. THAT every County Collector fhall annually pay to the Treafurer of this State the Sums of Money he fhall receive from the Townfhip Collectors as aforefaid, except fo much as fhall have been adjudged to be expended for the Inftruction of Drummers and Fifers as aforefaid; and any County Collector, who fhall neglect or refufe to pay the fame, fhall forfeit for every Offence the Sum of *Fifty Pounds*, to be recovered by the Treafurer in any Court of Record where the fame fhall be cognizable, the one Half for the Ufe of the State, and the other Half for the Ufe of the Treafurer, with Coft of Suit; and fuch County Collector fhall alfo in fuch Cafe be fubject to an Action of Debt, at the Suit of the Treafurer, for Recovery of the whole Sum by him received, with Intereft, and Coft of Suit.

*County Collectors to tranfmit Accounts to the Legiflature.*

47. THAT all the County Collectors fhall annually tranfmit to the Legiflature of this State an Account of the Monies which they fhall have received and tranfmitted to the Treafurer by Virtue of the Directions of this Act.

48. THAT

48. THAT the Foot Militia, when in actual Service, shall have the same Pay, Rations and Allowance, as the Forces of the United States of *America*.  *Pay and Rations of the Foot Militia.*

49. THAT no Process whatever, unless in Behalf of the State, shall be served on any Officer or Soldier, who shall appear and obey Orders on the Day and at the Place appointed for any private or general Muster; or while in actual Service; or in going to or returning from such Place of Muster or Service.  *Officers and Soldiers, when exempted from Process.*

50. THAT no Officer or Soldier, in going to or returning from his Place of Training, shall pay more than one third Ferriage; and any Ferryman refusing to ferry at that Rate shall forfeit the Sum of *Twenty Shillings*, the one Half to the Prosecutor with Costs of Suit, and the other Half to the Use of the Poor of the Township or Precinct where such Ferry is kept; and every Officer and Soldier shall pass free over Toll-Bridges in going to or returning from Training.  *What Exemption from Ferriages and Tolls.*

51. THAT Offenders shall, in all Cases, be committed to Gaol when Effects cannot be found whereon to levy Execution.  *Where Offenders are to be committed to Gaol.*

52. THAT the Militia, as well Horse as Foot, shall, when in actual Service, be subject to Courts-Martial, and be under the same Regulations, as the Troops of the United States of *America*. Provided, That the Militia of this State shall be tried by their own Officers only; and provided also, that the Pains and Penalties imposed by a Court-Martial shall not extend to the taking of Life or Member, or to the Infliction of any corporal Punishment, unless in the Cases following, to wit, *Any Officer or Soldier, who shall hold a treacherous Correspondence with or give Intelligence to the Enemy, or who shall desert to the Enemy, and afterwards be taken, or who shall misbehave himself before the Enemy, or shamefully abandon any Post committed to his Charge, or shall speak Words inducing others to do the like, shall suffer Death, or such other Punishment as a general or regimental Court-Martial shall direct.*  *Courts-Martial.*

53. THAT the Members of the Legislative Council and Assembly, the Delegates of the Honourable Congress for this State, the Attorney-General, the Secretary and Treasurer of this State, the Judges and Justices of the Supreme and Inferior Courts and Courts of Admiralty, the Clerks of the Council and Assembly, the Clerks of the Courts of Record, the Governor's private Secretary, the Ministers of the Gospel of every Denomination, the President, Professors and Tutors of Colleges, the Sheriffs and Coroners of this State, one Constable for each Township, to be selected by the Court of Quarter-Sessions, in case neither Constable in the Township shall be exempted by Age, and Ferrymen, *That is to say*, Two for each publick Ferry on the *Delaware* below the Falls at *Trenton*, and one for every other publick Ferry in this State, shall be, and they hereby are exempt from military Duty.  *Exceptions.*

54. THAT nothing in this Act contained shall be construed to oblige the Men, not exceeding ten in Number, employed at the Salt Works erected by Doctor *Samuel Bard*, and exempted by an Ordinance of the Convention of this State, to do any military Duty during the Continuance of this Act.  *Ten Men at Dr. Bard's Salt Works exempted.*

M                       55. AND

Persons exempted, to pay a Tax.

55. AND WHEREAS it is highly reasonable that the Burden of the publick Service should be laid as equal as possible on all the Inhabitants: AND WHEREAS every Principle of Justice and civil Society requires, that all such as are exempted from actual Service in the Militia should, in a pecuniary Way, contribute their just Proportion towards the Defence and Preservation of the Government, under which they claim, and are entitled to receive, Protection; BE IT THEREFORE ENACTED *by the Authority aforesaid*, That upon and out of the Estates, Real and Personal, of such Persons within this State as are of the Age of fifty Years and upwards, and are exempted from military Service on the Score of Age, and of such as are between the Ages of sixteen and fifty Years, and are exempted on the Score of Inability of Body, and of such as are exempted on the Score of Profession, or Office, or otherwise, there shall yearly and every Year, during the Continuance of this Act, be assessed, levied, and collected, over and besides all other Taxes, a Rate or Tax to the same Amount, in the same Proportion, and in the same Manner, as such Persons and their Estates would be rated and assessed at in Taxes for the Sinking Fund, in such Year when the Sum of *Fifteen Thousand Pounds* was directed to be raised in this State, and in every Respect agreeably to and under the same Penalties as are expressed in an Act, entitled, *An Act to settle the Quotas of the several Counties in this Colony, for the levying Taxes*, and passed the sixth Day of *December*, in the Year of our Lord One Thousand Seven Hundred and Sixty-nine. PROVIDED ALWAYS, That every Person, exempted as aforesaid from actual Service in the Militia, who shall, at his own Expence, fit out any one or more Son or Sons, under Age, and living in his Service, Apprentice or Apprentices, Servant or Servants, and keep him or them properly equipped and accoutred as by this Act is required, shall, for every Son, Apprentice or Servant, so kept equipped and accoutred as aforesaid, be entitled to a Deduction of one Third Part of the said Tax; and if he shall so fit out and keep equipped and accoutred three or more Sons, Apprentices and Servants, he shall not be subject to the Payment of any such Tax.

Fund for Relief of disabled Soldiers, and of Widows and Children.

56. THAT the Money, arising from the Fines aforesaid, and from the Taxation of Exempts, and directed to be deposited in the State Treasury, shall be set a part and appropriated, as a Fund, for the Relief and Benefit of such Soldiers, as may be wounded or disabled, and of the Widows and Children of such as may lose their Lives in the Service of this State, in Proportion to their respective Necessities, and to such other Purposes as the Legislature shall direct.

Former Militia Laws repealed.

57. THAT all Laws made by any former Legislature of this State, and Ordinances of any Congress or Convention, for regulating the Militia, or in anywise respecting the same, shall be, and they are hereby repealed and made void.

Continuance.

58. THAT this Act shall continue in Force for the Space of one Year, and from thence to the End of the next Sitting of General Assembly, and no longer.

*Passed at* Haddonfield, March 15, 1777.