# Exhibit 12

# ACTS

## OF THE

# GENERAL ASSEMBLY

## OF THE

# STATE

## OF

# *NEW-JERSEY.*

At a SESSION begun at Trenton on the 27th Day of *October*, 1778, and continued by Adjournments.

Being the second SITTING of their third SESSION.

---

TRENTON:

Printed by Isaac Collins, M.DCC.LXXIX.

The Trustees to keep fair Accounts;

4. AND BE IT FURTHER ENACTED, That the said *Richard Stevens* and *John Mehelm* shall keep fair and regular Accounts of the Sales of all the Lands, Tenements, Hereditaments and Real Estate by them sold as aforesaid, and of the Expenditure and Appropriation of the Monies arising thereon.

And to transfer the Real Estates unsold to the said *William Alexander*.

5. AND BE IT FURTHER ENACTED, That if after the Payment of the Debts due from the said *William Alexander*, there shall be any of the Lands, Tenements, Hereditaments and Real Estate remaining unsold, the said *Richard Stevens* and *John Mehelm* are hereby directed to transfer, assign over, and convey unto the said *William Alexander*, his Heirs and Assigns, all the Rest and Residue of the said Lands, Tenements, Hereditaments and Real Estate, and to pay unto the said *William Alexander* all the Monies which they the said *Richard Stevens* and *John Mehelm* may have in their Hands arising from the said Sales, after Payment of the Debts aforesaid, and of the Costs and Charges attending the said Sales and Settlement of Accounts.

*Passed at* Trenton, May 31, 1779.

CHAP. XXIV.

*An* ACT *to embody, for a limited Time,* One Thousand *of the Militia of this State, for the Defence of the Frontiers thereof.*

Preamble.

WHEREAS it is necessary that the Inhabitants who dwell near the Lines, and are exposed to the Depredations and Incursions of the Enemy, should be protected and defended by the Militia of this State, and the Method of calling out the same by monthly Rotation is, from the local Situation of some Counties, found to be inconvenient and expensive, generally interfering with the Business of Agriculture ; Therefore,

The Number to be embodied, and Time of Service.

Sect. 1. BE IT ENACTED *by the Council and General Assembly of this State, and it is hereby Enacted by the Authority of the same,* That for the Defence of this State One Thousand of the Militia thereof, exclusive of Field Officers, be immediately embodied and properly officered and equipped, to continue in the Service until the fifteenth Day of *December* next, unless sooner discharged.

Proportion of each County.

2. AND BE IT FURTHER ENACTED *by the Authority aforesaid,* That the Quotas or Proportion of the said One Thousand Men be enlisted or raised from the Militia of the several Counties of this State as follows, *that is to say,* From the County of *Bergen*, one Lieutenant, one Ensign, two Sergeants, two Corporals, and thirty-nine Privates ; from the County of *Essex*, one Captain, one Lieutenant, one Ensign, three Sergeants, three Corporals, and eighty-four Privates ; from the County of *Middlesex*, one Captain, one Lieutenant, one Ensign, three Sergeants, three Corporals, and sixty-nine Privates ; from the County of *Monmouth*, one Captain, one Lieutenant, one Ensign, four Sergeants, four Corporals, and eighty-two Privates ; from the County of *Somerset*, one Captain, one Lieutenant, one Ensign, four Sergeants, four Corporals, and seventy-five Privates ; from the County of *Burlington*, one Captain, one Lieutenant, one Ensign, five Sergeants, five Corporals, and ninety-six Privates ; from the County of *Gloucester*, one Captain, one Lieutenant, four Sergeants, four Corporals, and sixty-two Privates ; from the County of *Salem*, one Captain, one Ensign, four Sergeants, four Corporals, and fifty-four Privates ; from the County of *Cape-May*, one Ensign, one Sergeant, one Corporal, and eighteen Privates ; from the County

County of *Hunterdon*, two Captains, two Lieutenants, two Ensigns, eight Sergeants, eight Corporals, and one hundred and twenty-two Privates; from the County of *Morris*, one Captain, one Lieutenant, one Ensign, four Sergeants, four Corporals, and seventy-four Privates; from the County of *Cumberland*, one Captain, one Lieutenant, two Sergeants, two Corporals, and forty Privates; and from the County of *Sussex*, one Captain, one Lieutenant, one Ensign, four Sergeants, four Corporals, and fifty-three Privates; to be commanded by one Colonel, one Lieutenant-Colonel, and two Majors of the Militia of this State, appointed for that Purpose by the Governor or Commander in Chief of the State, for the Time being, and Privy Council: That the said Troops be stationed in just Proportion on the exposed Parts of the Frontiers, so as to afford the most beneficial and equal Protection to every Part thereof, according as Circumstances may require, under the Direction of the Governor or Commander in Chief, for the Time being, and Privy Council: That they act in Conjunction with such of the Continental Forces as may from Time to Time be detached on the said Frontiers, and on every Occasion when they can be spared from the Stations; and that they be not called out of the State unless in such Cases, and by the same Authority in and by which the Militia are liable to be called out.

3. AND BE IT ENACTED *by the Authority aforesaid*, That the Colonel or Commanding Officer of each Regiment of Militia in this State shall, immediately after the Passing and Publication of this Act, issue Orders to the Captain or Commanding Officer of each Company in his Regiment, directing him to call a Meeting of the commissioned Officers of such Company, and with their Assistance to make out full, particular, and exact Lists or Returns of all Male Free Inhabitants of twenty-one Years old and upwards, to which shall be separately subjoined the Names of the Owners or Possessors of such Estates as have not Male Representatives of that Age. PROVIDED ALWAYS, That the Delegates appointed to represent this State in Congress, the President and Members of the Legislative-Council and General Assembly, the Justices of the Supreme Court, the Ministers of the Gospel, and the Clerks of the Council and Assembly, be not borne on any List or Return. PROVIDED ALSO, That Persons exempted by a certain Law of this State, intitled, *An* Act *to encourage the making of Salt at the* Pennsylvania *Salt-Works, in the State of* New-Jersey, passed the seventh Day of *October*, One Thousand Seven Hundred and Seventy-seven, and such as are exempted by one other Law, intitled, *An* Act *for compleating the four Battalions of this State, in the Continental Service*, passed the twenty-eighth Day of May, One Thousand Seven Hundred and Seventy-seven, be not included in such Returns. AND PROVIDED ALSO, That the Enrolments or Returns so made shall extend to the Purposes of this Act only. AND PROVIDED ALSO, That nothing herein contained shall be construed to prevent employing Officers, and enlisting non-commissioned Officers and Privates between the Age of sixteen and twenty-one Years.

[marginal notes: Returns to be made. Who are to be exempted.]

4. AND BE IT FURTHER ENACTED, That the Lists or Returns so made out shall be signed and authenticated on Oath or Affirmation by any two or more of the said commissioned Officers, and the said Captain or Commanding Officer of the Company shall, without Delay, transmit the same to the Colonel or Commanding Officer of the Regiment, and the Field Officers of each Regiment shall meet at the usual Place of holding the annual Election in the County to which they belong, on the fifteenth Day of *June* Instant, and then and there shall compute the whole Number of Persons borne upon the Lists or Returns of all the Male Free Inhabitants of twenty-one Years old and upwards within the Bounds of the respective Companies in the County, and in Proportion to such Number shall divide the Quota of Officers and Men, above-directed to be raised in such County between the Regiments, as equitably as may be, and appoint such Captain or Captains and Subaltern Officers as are by this Act directed to be drawn from such County, and transmit the Names of such Officers, after acquainting them with such their Appointment, to the Colonel, who, pursuant to the Directions of this Act, may be appointed to command the said Troops; and the Field

[marginal note: Mode of dividing the Quota of Officers and Men, agreeably to the Returns.]

Q             Officers

Officers of each Regiment shall appoint an early Day to meet at some convenient Place in their respective Districts, together with the Captain or Commanding Officer of each Company, who shall by them be notified of the Time and Place of such Meeting, and when met, the said Field and other Officers who shall attend shall divide the Regiment into as many Classes as is the Proportion of that Regiment to furnish of non-commissioned Officers and Privates, which Classes shall be marked from One upwards, numerically, having Regard in the said Division to the Abilities and local Situation of the Individuals composing each Class, that they may be as contiguous to each other as Circumstances, with Regard to their Abilities, will admit, and at the Foot of each Class shall set down the Names of the taxable Owners or Possessors of such Estates as have not Male Representatives of full Age, if any such there be.

**Commanding Officer to order a regimental Review.** 5. AND BE IT FURTHER ENACTED, That immediately after such Division is made, the Colonel or Commanding Officer of the Regiment shall issue Orders for a regimental Muster or Review, and the said Division of Male Free Inhabitants borne on the Lists or Returns aforesaid, shall be particularly declared and published to the Regiment when met; and also that the Bounty herein after mentioned will be given for one Volunteer for each Class who will then, or within four Days from that Time, offer himself to serve as a Soldier for the Term and Purpose in this Act set forth. PROVIDED ALWAYS, That the Field Officers of any Regiment be at Liberty to assemble the whole Regiment in Review at the same Time, or by Parts and at different Times, as they shall judge most proper. AND PROVIDED ALSO, That the Officers appointed to serve in the said Levy, if they accept of their Appointment, shall not be classed.

**Proviso.**

**Who are not to be classed.**

**Bounty.** 6. AND, for the Encouragement of fit, able, and effective Persons to enter voluntarily into the Service of their Country, BE IT ENACTED *by the Authority aforesaid*, That every such Person who shall, within the Time limited as above, so enter himself with any one of the Officers appointed by the Directions of this Act, for the Service aforesaid, to serve until the said fifteenth Day of *December* next, shall receive, on his being mustered and approved as herein after is directed, *Fifty Dollars* as a Bounty.

**Classes not furnishing Volunteers to hire Substitutes.** 7. AND, that the End of this Act may not be disappointed, or the Burthen of the publick Service become unequal, BE IT ENACTED, That if any Class in any Regiment shall not have furnished a Volunteer within the Time limited for that Purpose as aforesaid, then the Colonel or Commanding Officer of the Regiment, together with a Majority of the commissioned Officers of the Company from which such Class is composed, shall hire and procure a fit Person to serve as a Substitute for the said Class, which Substitute shall be one of the Class hiring the same, or hired out of any other Class who have furnished their Quota by voluntary Enlistment, or by hireing a Substitute; but that no Substitute be hired or received by any one Class out of another Class, until such Class shall have furnished its Quota: And the said Officers shall appoint a Time and Place for the said Class to meet, and give, or cause to be given, Notice to each Person belonging to such Class, or leave such Notice at his Place of Abode at least two Days before the Time prefixed to meet as aforesaid, and the Captain or Commanding Officer of the Company shall acquaint such of the said Classes as shall meet of the Sum paid or agreed to be paid to the Substitute hired for the said Class, at the same Time requiring of them to repay or furnish the Money so paid or agreed to be paid; and if they shall neglect or refuse to pay the same, then and in that Case each and every Person belonging to the said Class shall be deemed delinquent; and the said commissioned Officers of the Company, or a Majority of them, in Conjunction with two of the Justices of the Peace for the County, shall assess and levy the Sum so required of the said Class on the respective Persons composing the same and contained in the Lists herein before mentioned, at the Discretion of the said Justices and Officers, or a Majority of them, having Regard to their several Estates and Circumstances, so that the whole exceed not the Sum given to procure a Substitute as aforesaid, and on Re-

**Who to assess and levy the Substitute Money.**

fusal

fufal of such Payment, to have the same levied with full Costs by Distress and Sale of the Delinquent's Goods and Chattels, and if Goods and Chattels cannot be found whereon to levy as aforesaid, then to commit the Body of the said Delinquent or Delinquents to the Gaol of the County, there to remain till the said Assessment and Costs be fully paid and discharged: And all Sheriffs, Gaolers, Constables, and other Officers and Ministers of Justice are hereby strictly required and commanded to render Obedience to the Orders and Directions of such Justices and Officers in the Execution of the Premises. PROVIDED ALWAYS, That if in any Case the Officers aforesaid shall not be able to procure a Substitute for a particular Class, the said Class shall be assessed as nearly as may be to the Average-Sum given for Substitutes in the County to which it may belong, in the Manner as if a Substitute had been hired for the same; and the Money, when received or recovered, shall be transmitted to the Treasurer by the Justices who shall assist in assessing the same, and the Treasurer's Receipt sent to the Legislature at their next subsequent Sitting. *Proviso.*

8. AND IT IS HEREBY DECLARED AND ENACTED, That the Pay of every Person enlisted or procured as aforesaid, shall commence from the Day of Enlistment inclusively, and he shall receive *Two Thirds of a Dollar* by the Day, as Subsistence-Money, until he shall be mustered and marched to his Station on the Frontiers; and that every Person so enlisted, shall, from the Time of his Enlistment, become amenable to the Rules and Discipline of War, and shall furnish and equip himself with a good Musket well fitted with a Bayonet, Steel or Iron Ramrod and Worm, a Cartridge-Box, a Priming-Wire and Brush, also a Canteen and Knapsack; which, if lost in the Service without Fault of the Owner, shall be paid for agreeable to the Resolution of Congress of the twenty-sixth of *February*, One Thousand Seven Hundred and Seventy-eight. And no Person enlisted pursuant to the Directions of this Act shall be liable to be taken out of the Service by any Process other than for some criminal Matter. *Pay, when to commence. Persons enlisted to be amenable to the Rules of War—to find their own Arms, &c.*

9. AND BE IT FURTHER ENACTED, That no Prisoner of War or Deserter from the Enemy, being a Native of any Part of the *British* Dominions, and not heretofore an Inhabitant of the United States, shall be enlisted or received as a Substitute in the Enlistment or Levy to be made under this Act. *Persons who are not be enlisted.*

10. AND BE IT FURTHER ENACTED, That any two of the Field Officers of the Regiment shall, from Time to Time as Occasion may require, muster the Recruits raised in such Regiment, and give Orders on the Paymaster of the County herein after mentioned for the Payment of the Bounty and Subsistence-Money to such as are approved and passed; and the Colonel or Commanding Officer of each Regiment shall, on every Occasion of mustering Recruits, make out Duplicate Lists containing the Name of each Recruit, with that of his Place of Abode, the Company to which he belonged, and also descriptive of his Person, Age, and Stature, one of which signed by one of the commissioned Officers appointed by Direction of this Act, and who are hereby directed to receive such Recruits in the respective Counties, he shall keep himself, the other signed with his own Name, he shall transmit to the Colonel or Commanding Officer of the said Levy; and the said Officer to whom the Recruits are so delivered, and who signed the List as aforesaid, shall march them immediately to *Elizabeth-Town*, in the County of *Essex*, unless the Commanding Officer of the said Levy shall otherwise direct. *Who to muster the Recruits, &c.*

11. AND BE IT ENACTED, That each and every Recruit shall be allowed, while on March to his respective Station on the Frontiers, *One Sixth* Part of a *Dollar* by the Mile, as Subsistence-Money, to be paid by the Paymasters herein after appointed for the several Counties, on Orders from the Officers who muster such Recruits respectively. *Mileage.*

12. AND BE IT FURTHER ENACTED, That there shall be allowed and paid to each of the said Officers and Privates during the Time they shall serve agreeably *Wages.*

ably to the Directions of this Act, as an Equivalent or in Lieu of certain Necessaries supplied to the Continental Troops, by a late Resolution of the Legislature of this State, over and above the present Continental Pay, as follows, by the Month, *that is to say*, To a Colonel, *Sixty-five Dollars* ; to a Lieutenant-Colonel, *Fifty-five* ; to a Major, *Forty-five* ; to a Captain, *Thirty-five* ; to a Lieutenant, *Thirty* ; to an Ensign, *Twenty-five* ; and to each non-commissioned Officer and Private, *Twenty*, including the Bounty allowed to the Militia when on Duty, which the Paymasters for the Time being appointed to pay the Militia of this State in the respective Counties where such Troops may serve, shall pay on separate Payrols being exhibited, properly certified and authenticated.

**Lighthorse-Men to be engaged, their Pay and Bounty.**

13. AND BE IT FURTHER ENACTED, That the Colonel or Commanding Officer of the said Levy be authorized and empowered to engage, during the Term aforesaid, any Number of proper Persons not exceeding twelve, to serve as Lighthorse-Men under the Command of the said Colonel or other Officer of the said Levy, as the Case may require ; and that each Horseman so employed, being well equipped and accoutred, shall be entitled to receive for the Hire of his Horse, over and above the Bounty and Pay allowed to a Private by this Act, *Twenty Dollars* by the Month, and when on such Duty as necessarily prevents his drawing Rations for himself and Forage for his Horse, he shall be entitled to receive in Lieu thereof *Six Dollars* by the Day ; and the said Horsemen shall be paid under the same Restrictions and by the same Persons as this Act directs for paying the said Troops.

**Surgeons, when to be employed.**

14. AND BE IT FURTHER ENACTED, That it shall and may be lawful for the Colonel or Commanding Officer of the said Levy, or the Officer commanding a Detachment of the same at a separate Post, and they and each of them are hereby authorized and empowered, as often as may be necessary, to employ a Surgeon or Surgeons to attend such Officers, Non-commission Officers and Privates belonging to the said Levy as may be sick or wounded, and where it may be impracticable or inconvenient to send such sick or wounded Persons to a Continental Hospital, and to transmit Accounts of the Expences incurred in this Behalf, properly authenticated by the Oath or Affirmation of such Surgeon or Surgeons, to the Legislature at their next Sitting, for their Allowance and Settlement.

**Persons to pay the Bounty, &c.**

15. AND BE IT ENACTED, That the following Persons be appointed in their respective Counties to pay the Bounty, Subsistence-Money and Mileage, as aforesaid, *that is to say*, For the County of *Bergen*, *David Board*; for the County of *Essex*, *Isaac Halsey* ; for the County of *Middlesex*, Colonel *John Neilson*; for the County of *Monmouth*, *John Craig*, Merchant ; for the County of *Somerset*, *Edward Bunn* ; for the County of *Burlington*, Colonel *William Shreve* ; for the County of *Gloucester*, *Samuel Kaighn*; for the County of *Salem*, *Thomas Carpenter*; for the County of *Cape-May*, *Henry-Young Townsend*; for the County of *Hunterdon*, *Gershom Lee* ; for the County of *Morris*, *Joseph Lewis* ; for the County of *Cumberland*, *Ephraim Seeley* ; and for the County of *Sussex*, *Charles Rhodes*.

**Treasurer to pay the Paymasters.**

16. AND BE IT FURTHER ENACTED, That the Treasurer pay out of the publick Money in his Care to the said Paymasters, any Sum or Sums not exceeding such as are affixed to their respective Names, as follows :

To *David Board*, *Nine Hundred and Twenty Pounds*.
To *Isaac Halsey*, *One Thousand Nine Hundred and Twenty-four Pounds*.
To Colonel *John Neilson*, *One Thousand Six Hundred and Sixty Pounds*.
To *John Craig*, *One Thousand Nine Hundred and Eighty-six Pounds*.
To *Edward Bunn*, *One Thousand Eight Hundred and Seventy Pounds*.
To Colonel *William Shreve*, *Two Thousand Three Hundred and Eighty-five Pounds*.
To *Samuel Kaighn*, *One Thousand Six Hundred and Eighty Pounds*.
To *Thomas Carpenter*, *One Thousand Six Hundred Pounds*.
To *Henry-Young Townsend*, *Six Hundred Pounds*.

To

To *Gershom Lee*, *Three Thousand Three Hundred and Fifteen Pounds*.
To *Joseph Lewis*, *One Thousand Eight Hundred and Forty-five Pounds*.
To *Ephraim Seeley*, *One Thousand Two Hundred and Forty-five Pounds*. And,
To *Charles Rhodes*, *One Thousand Five Hundred and Eighty Pounds*; taking their respective Receipts for the Sum or Sums so paid, which shall be his sufficient Voucher for so much of the publick Money in the Settlement of his Accounts.

17. AND BE IT ENACTED, That the said Paymasters shall, on receiving Orders from the Colonel or Commanding Officer of each Regiment as aforesaid, pay to each and every Recruit enlisted, mustered, and equipped as aforesaid, or to his Order in Writing, the Bounty, Subsistence-Money, and Mileage allowed and specified in this Act, taking the Receipt of such Recruit, or if paid by Order, that of the Person bearing the same. And the said Paymasters respectively are hereby enjoined and directed to lay their Accounts, duly stated, with their Receipts and Vouchers as soon as may be, after paying the said Recruits, before the Committee appointed by Law to settle and adjust the publick Accounts of this State, if the same shall at that Time be sitting, and if not, then before the Legislature at their next Sitting thereafter, retaining *Two per Cent.* on the Money they may have paid out, and *Three Shillings and Nine-pence* by the Mile for going to the Treasury to draw the same, as a Compensation for their Trouble. *[marginal: Paymasters to pay the Bounty, &c.]*

18. AND BE IT ENACTED, That if any of the Paymasters appointed by this Act shall refuse to accept, or by Death or Disability be prevented from doing the Duties required of them, it shall and may be lawful for any two Justices of the Peace for the County where such Vacancy shall happen, to appoint another, who shall be vested with the Powers, and entitled to the Rewards herein given and allowed to those in this Act named. *[marginal: Paymasters refusing to act, how to be supplied.]*

19. AND BE IT ENACTED, That each and every Officer of the Militia, while employed in discharging the Duties required by this Act, shall receive Wages as if in actual military Service, to be paid by the Paymasters of the respective Counties on Rolls duly made out and authenticated; and if any Field Officer, Captain or other Officer shall wilfully neglect or refuse to do any Matter or Thing required of him by this Act, he shall, for such his Neglect or Refusal, forfeit the Sum of *One Hundred Pounds*; and if through any such Neglect or Refusal the good Purposes of this Act shall be delayed, and the Quota of Men of any County or Regiment not procured, that then the Officer next in Command shall proceed to do the Duties, and pursue in every Instance the Directions of this Act to his superior Officer so neglecting or refusing, in order to procure the Quota of Men required. And such Officer next in Command, on Neglect or Refusal as aforesaid, shall, for such Neglect or Refusal, forfeit the Sum of *One Hundred Pounds*; and in either Case the Forfeiture shall be recovered by Action of Debt at the Suit of the Collector of the County, who is hereby enjoined to prosecute the same, and pay the Money when recovered into the Treasury. *[marginal: Wages, &c. of Officers while discharging the Duties of this Act.]*

*Passed at* Trenton, June 2, 1779.

## C H A P.  XXV.

*An* ACT *to amend an Act, intitled, An* Act *to erect and establish Courts in the several Counties in this Colony for the Trial of small Causes, and to repeal the former Act for that Purpose; and to suspend the Operation of one other Act therein mentioned.*

WHEREAS by the Act, intitled, *An Act to erect and establish Courts in the several Counties in this Colony for the Trial of small* *[marginal: Preamble.]*