# Exhibit 19




DATE DOWNLOADED: Fri Feb 3 10:43:04 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1782 20 .

ALWD 7th ed.
, , 1782 20 .

Chicago 17th ed.
"," South Carolina - February Session : 20-27

AGLC 4th ed.
'' South Carolina - February Session 20

OSCOLA 4th ed.
'' 1782 20

Provided by:
DOJ Libraries

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

[ 20 ]

## CHAP. XII.

*An* ACT *for the Regulation of the Militia of this State.*

WHEREAS the laws now in force for the regulation of the militia of this state, are found inadequate to the beneficial purposes intended thereby, for the defence of the state in the present times of danger and alarm, and it is expedient to alter the same:

*Be it therefore enacted by the honorable the Senate and House of Representatives, of the said state, now met, and sitting in General Assembly, and by the authority of the same,* That every captain in every regiment of militia, shall, as soon as may be, after the passing of this act, and once in every two months thereafter, make out an exact list of the names of every free male inhabitant within the district of his company, from the age of sixteen to fifty years, and return an exact copy thereof to the adjutant of the regiment to which he belongs, who shall therefrom make out an exact roll of the officers and privates of such regiment, and certify the same to the commanding officer of such regiment, who shall return a copy thereof to the commanding officer of brigade, to which such regiment belongs, who shall return the same to the governor or commander in chief, within thirty days thereafter, on pain, that every such captain, adjutant, commanding officer of a regiment, or commanding officer of a brigade, neglecting or refusing so to do, shall, for every such offence, forfeit, if a captain or adjutant, thirty Mexican dollars; forty Mexican dollars, if a field officer of a regiment, and sixty Mexican dollars if the commanding officer of a brigade.

*And be it further enacted by the authority aforesaid,* That the several brigades, regiments, and companys of milita, within this state, shall remain as at present established; and where any vacancies by death, removal or resignation, shall happen, the governor or commander in chief shall issue new commissions to fill them up: Provided that where any vacancy of colonel of a regiment shall happen, there shall be no new appointment to such vacancy, but that a lieutenant-colonel commandant shall be appointed to the command of all such regiments, and an additional major.

*And be it further enacted by the authority aforesaid,* That on requisition from the governor, a draught shall be made of one fourth part of the militia, to serve in the field or garrison, for one or more months, according to the season of the year;

that

that is to say, for one month from the firſt day of April to the laſt day of July, and for two months at every other ſeaſon of the year; and that every ſuch draught ſhall relieve each other, at theſe reſpective times, in conſtant ſucceſſion; and that every delinquent who ſhall neglect or refuſe to obey the ſummons of his commanding officer, to march or repair to ſuch place as he ſhall be ordered, ſhall be ſent for by ſuch commanding officer, by an armed party, and obliged to ſerve double the length of time for which he was draughted, unleſs he ſhall make ſuch excuſe as ſhall be ſatisfactory to the commanding officer of the regiment, then preſent, to which he belongs. And every perſon who ſhall be ſummoned to march as aforeſaid, and who ſhall appear without being properly armed and accoutred, ſhall, for every ſuch offence, be obliged to ſerve double the length of time for which he was draughted, unleſs he ſhall make it appear to the ſatisfaction of the militia court appointed to try ſuch offender, that he doth not poſſeſs, nor hath not had it in his power to procure ſuch arms. Whereas extraordinary emergencies ariſing at the times of changing the draughts of militia, may require their longer ſervice, it ſhall and may be lawful in ſuch caſes, for their officers to detain them ten days longer than the aforeſaid terms of ſervice, and no longer.

*And be it further enacted by the authority aforeſaid,* That it ſhall and may be lawful for the governor or commander in chief, with the advice and conſent of the privy council, to order any part of the militia, not exceeding one third-part, to the relief of any ſiſter ſtate, where they ſhall remain as long as the ſervice may require, or the governor or commander in chief ſhall think expedient, not exceeding three months, unleſs a relief is ordered, and on their march, in which caſe they ſhall remain fifteen days, and no longer. And the governor and commander in chief, with the advice of the privy council, is hereby directed from time to time, to order other draughts to march in due time, to relieve the former; and the militia while in ſuch ſtate, ſhall be governed by the militia laws of this ſtate, and no other.

*And be it further enacted by the authority aforeſaid,* That the militia when on duty, ſhall be ſubject to, and governed by the following rules and regulations: Firſt. Any perſon who ſhall raiſe, or attempt to raiſe any mutiny or ſedition in any regiment, troop, or company, or ſhall be found ſleeping on his poſt, ſhall be obliged to ſerve for any time, not exceeding twelve months, in one of the continental regiments of this ſtate. Second. That in caſe of deſertion from camp at ordinary times, he ſhall be compelled to ſerve double the length of time he was otherwiſe liable to; but in caſe of ſuch deſertion in the face of the enemy during action, or

F

when

[ 22 ]

when a difpofition fhall be made for an action, fuch deferter fhall be put into one of the continental regiments, and be compelled to ferve for the war. Third. Any perfon who fhall prefume to fleep out of camp, or be abfent from duty without leave of his officer, fhall, if an officer, forfeit ten dollars; if a private, he fhall ferve ten days longer than he was otherwife liable to; but if an action fhould happen during his abfence from camp, if an officer, he fhall be cafhiered, and turned into the ranks, and fhall be obliged to ferve two months extraordinary, immediately after being fo reduced; if a private, he fhall be put into one of the continental regiments of this ftate, not exceeding twelve months. Fourth. Any non-commiffioned officer or private, who fhall be found guilty of plundering, or taking the property of the inhabitants of this ftate, contrary to orders, fhall ferve in one of the continental regiments, for any time, not exceeding twelve months, as to a court martial fhall feem fit. Fifth. If a commiffioned officer fhall be found guilty of the crimes laft mentioned, he fhall be cafhiered, and turned into one of the continental regiments of this ftate, as a private, in which he fhall be obliged to ferve for one year. Sixth. Any perfon whilft on duty, who fhall wilfully difobey the lawful commands of his fuperior or commanding officer, fhall for every fuch offence, if an officer, be cafhiered, and turned into the ranks, and fhall be obliged to ferve forty days extraordinary, immediately after being fo reduced; if a private, to be fentenced to ferve for a term, not exceeding one year, in the continental fervice. Seventh. Any officer or private who fhall be found drunk on guard, or at any other time of duty, if an officer, be cafhiered, and turned into the ranks, or receive fuch other punifhment as the court fhall inflict; if a non-commiffioned officer or private, he fhall be confined till fober, and ferve ten days longer than he was otherwife liable to. Eighth. Any perfon who fhall by difcharging of fire arms, or by any other means whatfoever, intentionally occafion a falfe alarm in camp or garrifon, if an officer, he fhall be cafhiered, reduced to the ranks, and fhall be obliged to ferve forty days extraordinary, immediately after being fo reduced; if a non-commiffioned officer or private, he fhall ferve fifteen days longer than he was otherwife liable to. Ninth. Any officer, non-commiffioned officer or private, who fhall be convicted of holding correfpondence with, or giving intelligence to the enemy, either directly or indirectly, fhall be tried in like manner as is hereafter provided for the trial of fpies, and on conviction fhall fuffer death, or fuch other punifhment as fhall be inflicted by the fentence of the court.

*And be it further enacted by the authority aforefaid,* That the trial of every offender againft this law, fhall be immediate and fummary, and fhall be had and held in manner following, that is to fay, if a non-commiffioned officer or private by five,

or

or if they cannot conveniently be procured, by three commiffioned officers; if a captain or fubaltern by five, or if they cannot conveniently be procured by three commiffioned officers, of which two fhall be captains, if a field officer by feven, or if they cannot conveniently be procured by five officers, two of which fhall be field officers; which trial fhall be ordered, and the perfons holding the fame, nominated by the commanding officer of the detachment, regiment, or brigade, to which the perfon accufed belongs; and that each member of the court, previous to his fitting on fuch trial, fhall take the following oath, I (A. B.) do fwear, that I will impartially, without fear, favour, or prejudice, hear and determine the offender's cafe or cafes, according to the beft of my fkill and ability, and agreeable to the militia law now in force, and to the evidence to be produced: So help me God. And every fuch perfon fo ordered to fit on the trial of fuch offender, who fhall refufe to act, fhall be deemed guilty of a difobedience of orders, and fhall be tried and punifhed accordingly. But the trial of a brigadier for any offence againft the law, fhall be before the governor and privy council.

*And be it further enacted by the authority aforefaid,* That if any perfons are found wandering about in any part of the country to which they do not belong, and are fufpected of a defign to evade duty, they fhall be liable to be taken up by the captain or other officer of the diftrict in which they fhall be fo found, and made to do duty with him, unlefs they fhall produce a certificate of their doing duty with, or belonging to fome particular diftrict, from any officer of fuch diftrict, not below the rank of a captain.

*And be it further enacted by the authority aforefaid,* That the fentence or verdict of every court, fhall be tranfmitted within one week, to the commanding officer of the regiment to which fuch offender belongs, if below the rank of a field officer, and if a field officer, to the commanding officer of the brigade: Which officers fhall refpectively have power to remit or mitigate the fame. And when any fines fhall be inflicted, and the delinquent fhall neglect paying the fame, ten days after judgment is paffed againft him, the officer to whom the trial of the faid delinquent fhall have been tranfmittted, fhall iffue his warrant directed to any ferjeant of the diftrict, to levy the fame by diftrefs and fale of the faid delinquents goods and chattles, that all fines inflicted by virtue of this act, fhall be paid as follows, that is to fay, one fourth part to the ferjeants, who fhall levy or receive the fame, and the other three fourths fhall be paid into the public treafury of this ftate, and fhall be applied to the fupport of the indigent families of fuch perfons as have been killed or maimed in the defence thereof.

*And*

[ 24 ]

*And be it further enacted by the authority aforesaid,* That the brigadiers general shall order such regimental and ordinary musters as they shall think necessary; the regimental musters not oftener than three times in a year, and the ordinary ones, not oftener than once a month, at which respective musters, every person liable to bear arms, shall appear properly armed and accoutred, on pain of forfeiting two dollars for every offence.

*And be it further enacted by the authority aforesaid,* That no person liable to serve in the militia, shall enter with or join any other regiment, troop or company, than that in which they actually reside, except to take a commission, or to enroll themselves in the Charlestown battalion of artillery, or enlist as a private in the continental service,

*And be it further enacted by the authority aforesaid,* That the serjeants and corporals of the several companies shall be appointed by a majority of the commissioned officers of such companies, and be obliged to serve one year, and every serjeant after such appointment, who refuses to serve, shall pay a fine of sixteen dollars, and every corporal, a fine of six dollars. That all processes issued by virtue of this act, shall be served and executed by the serjeants of the respective companies, who shall be entitled to the same fees as are usually allowed to constables, and one fourth part of all the fines to be recovered by virtue of this act.

*And be it further enacted by the authority aforesaid,* That every brigadier, field officer or captain, when on actual service, may impress by warrant under their hand, directed to any commissioned or non-commissioned officer, any provisions, forage, horses, waggons, boats, or necessaries which they may stand in need of for the service; which warrant, any person offering to impress, shall, if required, be obliged to produce to the owner of any such goods : And that for any provisions and forage so impressed, receipts shall be given, specifying the quality and quantity, and the detachment for which the same had been impressed; and that every other article so impressed, shall before disposed of to the public use, be appraised by three freeholders or indifferent persons, who shall be previously sworn for that purpose, a copy of which appraisement, with a receipt for the goods so impressed, shall be given by the officer who shall impress them, to the owner thereof. And for every good waggon, team and driver employed in the public service, shall be a allowed a sum not exceeding three Mexican dollars per day.

*And be it further enacted by the authority aforesaid,* That such parts of the militia as shall be left at home, shall, when it shall be thought necessary by the com-

manding officer of the company who remains with them, be formed into patrols, of at least six men each, with a captain of patrol to each, to be appointed by the said officer, who shall ride patrol in the district of the company to which such patrol belongs, and keep in their several districts peace and good order; and every such commanding officer of a company as aforesaid, who shall neglect to appoint such patrols, when necessary, shall, for every such neglect, forfeit and pay a fine of eight dollars, and every other person appointed to, or obliged to serve in such patrols, who shall refuse or neglect the duties thereof, shall, for every such offence, forfeit and pay a fine of two dollars.

*And be it further enacted by the authority aforesaid,* That every offender against this act, who shall be sentenced to perform extraordinary duty in the militia, and who shall neglect or refuse to perform the same, shall be obliged to serve in one of the continental regiments of this state, not exceeding a twelve month.

AND WHEREAS the laws of this state have not hitherto been adequate to the punishment of spies who may be found within the same, or lurking about militia camps or garrisons:

*Be it enacted by the authority aforesaid,* That any justice of the peace or militia officer in this state, shall have full power and authority, to take and apprehend any person, whom he shall have good reason to suspect of being a spy or emissary from the enemy, or of holding correspondence with, or giving intelligence to them, and if he cannot give a good and satisfactory account of himself, such justice or militia officer, shall cause such suspected person to be conducted to the nearest post or division of a commanding officer of brigade, which commanding officer of brigade, shall order a court of thirteen officers, of which, one at least shall be a field officer, to sit for the trial of such spy or suspected person, which court shall take an oath to try the case referred to them, according to the laws and practice of nations, and usage of war, and if a majority of said officers shall pass sentence of condemnation, and the commanding officer of brigade, approve of the same, such sentence of death, shall and may be executed, according to the usage of war.

*And be it enacted by the authority aforesaid,* That the following persons shall be excused from regimental and ordinary musters, and all other militia duty, to wit, the lieutenant-governor and members of the privy council, with their officers; all clergymen regularly licenced in this state; all school masters who have under their tuition not less than fifteen scholars; the members of the legislature and their officers, while sitting or called to sit; judges and clerks of the courts of sessions;

G            the

[ 26 ]

the commiffioners of the treafury; the poft-mafter and poft-riders; two pilots for the port of George-Town, and two for the port of Beaufort, while they actually attend their duty; one white man to each eftablifhed ferry, while he actually refides at the fame; one white man to each water grift mill; the fheriffs and ordinaries of the feveral diftricts; three white men to each of the forges, and five to each of the furnaces erected at the iron mines in this ftate, who fhall conftantly refide at, and work on the fame; alfo fuch perfons as fhall be brought from other ftates to work on the fame; thofe officers who have held commiffions in the continental regiments raifed in this ftate, and are fupernumeraries.

*And be it further enacted by the authority aforefaid,* That the perfons who have found fubftitutes in the regiments of horfe raifed in this ftate, fhall not be liable to any militia duty till the time for which fuch fubftitutes were enlifted fhall expire, except patrol duty in their refpective diftricts.

*And be it further enacted by the authority aforefaid,* That the militia and Charleftown battalion of artillery, fhall in future, when on actual fervice, be allowed the following pay, viz. Privates ten fhillings per day, corporals eleven fhillings and three-pence, ferjeants twelve fhillings and fix-pence, and the commiffioned officers the fame pay as was allowed in the year one thoufand feven hundred and feventy-five, and that a brigade major be allowed the pay of a major of a regiment; the adjutant, quartermafter, and two aid-de-camps to each brigadier, the pay of a captain; and that the brigadiers fhall be allowed the fame pay as the continental officers of the fame rank.

*And be it further enacted by the authority aforefaid,* That if any difputes fhall arife about the conftruction of this act, they fhall be referred to the govefnor and privy council, whofe determination fhall be final and conclufive.

*And be it further enacted by the authority aforefaid,* That in all cafes in which the fentence of the court fhall be fervice in the continental line, the commanding officer of the regiment to which the perfon who fhall be fo fentenced fhall belong, fhall fend the faid perfon under proper guard, to fome continental officer of the troops to be raifed by this ftate, with a certified copy of the faid fentence.

*And be it further enacted by the authority aforefaid,* That all former laws paffed for the government of the militia, fhall be, and they are hereby repealed, except fuch parts of this law as relate to the Charleftown battalion of artillery.

*And be it further enacted by the authority aforefaid,* That this act, and every matter and thing therein contained, fhall be, and remain in full force for the fpace of one

year,

years; and from thence to the then next feffions of the general affembly of this ftate, and no longer.

*In the* SENATE HOUSE, *the Twenty-fixth Day of February, in the Year of our Lord One Thoufand Seven Hundred and Eighty-two.*

JOHN LEWIS GERVAIS, Prefident of the Senate.

HUGH RUTLEDGE, *Speaker of the Houfe of Reprefentatives.*

---

## C H A P. XIII.

*An* ACT *for difpofing of certain Eftates, and banifhing certain Perfons therein mentioned.*

WHEREAS the thirteen Britifh colonies (now the united ftates of America) were by an act of the parliament of Great-Britain, paffed in or about the month of December, in the year of our Lord one thoufand feven hundred and feventy-five, declared to be in rebellion, and out of the protection of the Britifh crown; and by the faid act not only the property of the colonifts, was declared fubject to feizure and condemnation, but divers feizures and deftruction of their property having been made after the nineteenth day of April, *anno Domini* one thoufand feven hundred and feventy-five, and before the paffing of the faid act, fuch feizures and deftruction were by the faid act declared to be lawful. AND WHEREAS the good people of thefe ftates having not only fuffered great loffes and damages by captures of their property on the fea, by the fubjects of his Britannic majefty, but by their feizing and carrying off much property taken on the land. In confequence of fuch proceedings of the Britifh crown, and thofe acting under its authority, the honorable congrefs of the united ftates, after due and mature confideration, authorized the feizing and condemnation of all property found on the fea, and belonging to the fubjects of Great-Britain, and recommended to the feveral ftates in which fuch fubjects had property, to confifcate the fame for the public ufe; all political connection between Great Britain and the united ftates, having been diffolved by the feparation of thefe ftates from that kingdom, and their declaring themfelves free and independent of her: In purfuance of which recommendation moft (if not all)