# Exhibit 20

# STATUTES

## OF THE

# STATE

## OF

# VERMONT,

Passed by the Legislature in *February* and *March* 1787.

---

WINDSOR

Printed by *GEORGE HOUGH* and *ALDEN SPOONER*,

Printers to the General Assembly of said State,

M.DCC.LXXXVII.

Digitized from Best Copy Available

consent of the parents or guardians, (if any there be) if either party be under age, on pain of forfeiting, for every offence, the sum of twenty pounds; one moiety to him or them who shall complain of and prosecute the same to effect, and the other moiety to the treasury of the county where the offence shall be committed.

*Penalty for pulling down publishment.* And if any person or persons, other than the persons intending marriage, or their legal guardians, shall presume to deface or pull down any such publishment set up in writing as aforesaid, before the expiration of eight days after the time of its being set up; every such person or persons shall be fined the sum of forty shillings, or be set in the stocks one whole hour.

*Register to be kept.* And every person herein before empowered to join persons in matrimony, shall keep a fair register of each marriage by them respectively solemnized, which may be given in evidence in any Court of record in this State.

II.
*Degrees of kindred prohibited to intermarry.* Be it further enacted by the authority aforesaid, That no man shall marry any woman within the degrees of kindred herein after named, that is to say, no man shall marry his grandfather's wife, wife's grandmother, father's sister, mother's sister, father's brother's wife, mother's brother's wife, wife's father's sister, wife's mother's sister, father's wife, wife's mother, daughter, wife's daughter, son's wife, sister, brother's wife, son's daughter, daughter's daughter, son's son's wife, daughter's son's wife, wife's son's daughter, wife's daughter's daughter, brother's daughter, sister's daughter, brother's son's wife, sister's son's wife.

*Marriages within the degrees void.* And if any man shall hereafter marry any woman, who is within the degrees before-mentioned in this act, every such marriage shall be, and is hereby declared to be, null and void. And all children which shall hereafter be born of such incestuous marriage, shall be forever disabled to inherit by descent.

*Punishment for incest.* And that every man and woman who shall marry, or carnally know each other, being within any of the degrees before-mentioned in this act, or being so married, shall continue to dwell in the same house at any time after the space of forty days after the publication hereof, and be convicted thereof before the Supreme Court; such persons shall suffer the like punishment as is directed to be inflicted in case of adultery, except that instead of the letter *A* to be worn by an adulterer, the capital letter *I* shall be worn by such incestuous person.

*Passed March 5, 1787.*

An act regulating the Militia of the State of Vermont.

*For regulating the militia of this State,*

I.
*What persons constitute the militia.* BE it enacted by the General Assembly of the State of Vermont, That all male persons from sixteen years of age to forty-five, shall constitute the military force of this State, except members of the Council, members of the house

of

Digitized from Best Copy Available

of Representatives, and Delegates to the Congress of the United States for the time being, the State Treasurer and Secretary of State, Secretary of Council, Justices of the Peace, Judges of the Supreme and County Courts, Judges of the several probate districts, Auditors of the State, Field, Commissioned, and Staff officers, honorably discharged, Ministers of the Gospel, the President, Tutors and Students of colleges, allowed Physicians and Surgeons, Post officers, constant Schoolmasters, one Miller to each grist-mill, Sheriffs, Constables and Goalers, constant Ferrymen, persons disabled by lameness or other bodily infirmity, during the continuance of such disability, producing a certificate thereof from two able Physicians, to the acceptance of his or their commissioned officers. *Exemptions.*

That the Governor of this State for the time being, shall be Captain-General and Commander in Chief, and the Lieutenant-Governor for the time being, shall be Lieutenant-General of and over all the military force of this State; and there shall be appointed agreeably to constitution, as may be necessary, one Major-General to the command of each division, to consist of two or more brigades, one Brigadier-General to the command of each brigade, to consist of two regiments or more, and one Colonel, one Lieutenant-Colonel, and one Major, to each regiment of infantry, to be commissioned by the Governor. And in every infantry company where there are forty rank and file, there shall be one Captain, one Lieutenant, one Ensign, four sergeants, four corporals, one drummer and one fifer; and where there are thirty-two rank and file, there shall be one Lieutenant, one Ensign, two sergeants, four corporals, one drummer and one fifer; and where there are but twenty-four rank and file, there shall be one Lieutenant, two sergeants, two corporals, one drummer and one fifer. And that to each regiment there may be two light-infantry companies, composed of such active young men as will voluntarily engage in such infantry company, and shall form on the flanks of the regiment, and be cloathed in such uniform as the field officers of the regiment shall direct. *The general and field officers. Officers proportioned to the privates. May be two light infantry companies to a regiment.*

That the companies thus constituted, shall have the privilege of choosing their officers; and each company so formed, shall have one or more parade assigned them by the Colonel or commanding officer of the regiment; and each company shall consist of one Captain, one Lieutenant, one Ensign, four sergeants, four corporals, one drummer, one fifer, and sixty-four rank and file. And that the noncommissioned officers and privates of each light infantry company thus composed, shall be exempted from any poll tax. *Their numbers.*

That there may be one company of cavalry raised in each regiment, to consist of one Captain, one Lieutenant, one Cornet, one quartermaster, two sergeants, four corporals, two trumpeters, and thirty-six privates: that every light dragoon shall always be provided with a good serviceable horse not less than fourteen hands high, to the acceptance of the chief commissioned officer of the company to which he belongs, covered with a good saddle, with housing and *One company of cavalry to each regiment. How to be equipped.*

other

Digitized from Best Copy Available

**Penalty.**

other proper furniture, a bridle, and holsters with bear-skin caps, a case of good pistols, a sword or cutlass not less than three and one half feet in length, and also a cap made of jirk leather, or other cover for the head, a flask or cartouch box, one pound of good powder, three pounds of sizeable bullets, eight flints, and a good pair of boots and spurs; on penalty of twenty shillings for want of such horse, and one shilling for want of either of such other articles in which he shall be deficient. And each commissioned officer, non-commissioned officer and private, who shall be provided and equipped as aforesaid, shall be exempted from any poll tax, and from paying any tax for one horse, being his own property.

**A company of artillery.**

**Their number & equipments.**

And there shall be one company of artillery to each brigade, to be composed of such active young men as shall engage for that purpose; which company shall consist of one Captain-Lieutenant, one Lieutenant, one Ensign, two sergeants, two corporals, two bombardiers, one drummer, one fifer, and eighteen matrosses: each commissioned officer to be armed with a sword or hanger, fuzee, bayonet, belt and cartouch box, to contain twelve cartridges; and each artillery man shall furnish himself at his own expence, with all the equipments of a private in the infantry, until proper ordnance and field artillery can be provided by the State, and shall be exempt from poll tax, the same as companies of light infantry are.

**Their post.**

And that each company of artillery shall be annexed to such regiment in the brigade to which they respectively belong, as shall be found most convenient by the Brigadier-General, or officer commanding the brigade, and shall take post on the right of the regiment to which they are annexed, and the troop of horse, belonging to the regiment whereto the company of artillery is annexed, in that case shall take post on the left.

**Artillery and cavalry subject to the orders of the colonel.**

And the companies of artillery and cavalry so arranged, shall be subject to the Colonel or commanding officer of such regiment in all respects, except that the company of cavalry shall not be liable to be called out but twice in one year, except in cases of alarm: and that the company of artillery shall be subject to the same order of discipline as the companies of light infantry are in their respective regiments.

**Militia to be enrolled.**

And that every able-bodied male person, being a citizen of this State, or of any of the United States and residing in this State, except such persons as are heretofore exempted, and who are of the age of sixteen, and under the age of forty-five years, shall by the Captain or commanding officer of the beat in which such citizen shall reside, within four months after the passing of this act, be enrolled in the company of such beat: that every Captain, or commanding officer of a company, shall also enrol every citizen as aforesaid who shall from time to time arrive at the age of sixteen years, or come to reside within his beat, and without delay notify such enrolment to such citizen so enrolled, by such noncommissioned officer of the company, who shall be a competent witness to prove such notice. That all disputes which may happen with respect

**Captain to determine dispute.**

to

Digitized from Best Copy Available

to the age, abilities, deficiencies, or neglect of duty, of any person to bear arms, shall be determined by the Captain or commanding officer of the company, with a right to appeal by the person who may conceive himself aggrieved, or any other person belonging to the company, to the Colonel or commanding officer of the regiment.

And every citizen, so enrolled and notified, shall within nine months thereafter, provide himself, at his own expence, with a good musket or firelock, with a priming wire and brush, a sufficient bayonet and belt, with a cartouch box, with three pounds of lead bullets suitable to the bore of his musket or firelock, a good horn containing one pound of good powder, and four spare flints; and shall appear so armed, accoutred and provided, when called out to exercise or duty, if thereto required. *Equipments of militia.*

*Provided nevertheless,* That when it shall appear to the commissioned officer of any company of infantry, by and with the advice of the Selectmen of the town where such company belongs, that any soldier so enrolled, and to be equipped as aforesaid, shall be unable to provide himself with arms and accoutrements agreeably to the tenor of this act, that he shall be provided at the expence of the town where such soldier belongs; and that such soldier, so provided with arms and accoutrements, shall be accountable to the Selectmen for the same. And that the commissioned officers shall be respectively armed with a sword or hanger. *Proviso. Officers armed.*

*And be it further enacted by the authority aforesaid,* That all fines arising from offences or deficiencies of any noncommissioned officer or private, belonging to any company or squad of infantry, artillery, or cavalry, refusing or neglecting when called out, shall be adjudged of, and imposed by, the commissioned officers of the company, or the major part of them, and be levied, with costs not exceeding three shillings, by warrant from the Captain or commanding officer of the company, directed to the orderly sergeant of the company to whom such delinquent belongs, by distress and sale of the goods and chattels of such offenders respectively: and in case any such defaulter shall be under age, and live with his father or mother, or shall be an apprentice or servant, the master or mistress, father or mother, as the case may be, shall be liable to pay the said fine, with cost; and in default of payment, the said sergeant shall levy the same upon the goods or chattels of such father, mother, master, or mistress: such fines, when received, to be paid by the orderly sergeant to the officer granting such warrant, whose duty it shall be to account for the same in providing colours, drums, fifes, or other uses of the company, at the direction of the commissioned officers of the company, and always to be under the inspection of the Colonel or commanding officer of the regiment. *Fines, how imposed, collected, and disposed of.*

That if any commissioned officer shall give up his commission without leave from the Brigadier, or commanding officer of the brigade; or if any noncommissioned officer shall give up his warrant without leave from the Colonel, or *Officers giving up commissions without leave.*

B b commanding

Digitized from Best Copy Available

commanding officer of the regiment to which he belongs; every such commissioned or noncommissioned officer shall be reduced to the ranks.

<small>One Adjutant-General to be appointed.</small>

That there shall be, from time to time, (as may be necessary) appointed by warrant from the Captain-General, one Adjutant-General over the whole militia of this State, who shall have rank as a Lieutenant-Colonel; whose duty it shall be to distribute all orders from the Commander in Chief to the several corps, to furnish blank forms of different returns that may be required, and explain the principle on which they should be made. And there may be appointed by each Major-General two Aid-de-Camps, who shall have rank as Majors in the line: and one Brigade-Major, in each brigade, in like manner, by the respective Brigadier-Generals, to rank as a Captain in the line: and one Adjutant in each regiment, in like manner, by the commanding officers respectively, to rank as Lieutenant; whose duty it shall be carefully and diligently to collect, and truly make up, all returns in their several limits, at the times, and according to the form or forms that may be ordered, and to execute such legal orders as may be enjoined on them by their superior officers. And the commanding officers of regiments shall also, in like manner, appoint one paymaster, and one quartermaster, to their respective regiments; and also one surgeon, and one mate; and from the list of sergeants, drummers, and fifers, shall appoint one sergeant-major, one quartermaster-sergeant, one drum-major, and one fife-major: and the commanding officers of companies shall be at liberty to appoint, from the list of sergeants, one orderly-sergeant; which several officers shall be liable to be displaced for misdemeanor, or neglect of duty, by the officers granting such warrants, or their successors in office.

<small>Aid de Camps.

Brigade-majors.

Adjutants.

Paymasters and quartermasters. Surgeons, &c.

Orderly sergeants.</small>

<small>Oath of orderly-sergeant.</small>

That every orderly-sergeant of the respective companies of infantry, cavalry, or artillery, shall take the following oath, v.z. *You swear truly to perform the office of orderly sergeant, to the utmost of your skill and abilities, in all things appertaining to the office of orderly sergeant, according to law. So help you God.* Whose duty it shall be, to call over the roll of the company on days of viewing of arms and training days, and note the defects of individuals, by their absence, or otherwise, and to execute all legal warrants to him directed by his superior officers, for the levying any fine or fines on delinquents, with the necessary charges arising thereon; which he is, by virtue of said warrant, as fully empowered to do, as Constables in civil cases are. That every orderly-sergeant of the infantry, cavalry, or artillery, shall take an exact list of officers, non-commissioned officers, or soldiers, belonging to the company to which such orderly-sergeant belongs, once in every year, viz. on the first Tuesday of May, and oftener if thereunto required by the commanding officer of the company to which he belongs, agreeably to such order as he shall receive, and the same transmit to the commanding officer of said company, whose duty it shall be to inspect, certify, and transmit the same to the adjutant of the regiment to which he belongs, by the twentieth day of May annually; which adjutant, when having received the returns of each company in the regiment, shall make up a similar

<small>His duty.</small>

<small>Captain, adjutant, &c. to make returns.</small>

Digitized from Best Copy Available

## STATUTES OF VERMONT.

### Regulating the Militia. 99

similar return of the state of the whole regiment, as the case may be, and attest the same; and it being accepted, approved, and certified, by the commanding officer of the regiment, shall be transmitted to the Brigade-Major, by the first day of June annually; and the Brigade-Major, from the returns of the several regiments, shall make up a similar return of the strength of the whole brigade; which being by him attested, examined, approved and certified by the Brigadier-General, shall be transmitted to the Adjutant-General, by the first day of August annually, and by him formed into a general return of the military force of this State; which being by him attested, shall be transmitted to the Captain-General, to be by him laid before the General Assembly, at such time as he, by the advice of the Council, shall think proper.

That the Commander in Chief for the time being, shall arrange the whole of the militia into divisions, brigades and regiments, and may, from time to time, make such alterations as he shall think fit: and that each Colonel or commanding officer of a regiment, shall have power by regimental orders, to arrange his regiment into companies, and alter such arrangements, from time to time, as he shall think proper. *The governor, &c. to arrange the militia.*

That each Brigade-major shall be an inspector to said brigade, to attend the regimental parade, and shall then and there inspect their arms, ammunition and accoutrements, superintend their exercise and manoeuvres, and introduce a proper system of military discipline throughout his brigade, agreeable to such orders as he may from time to time receive from the Adjutant-General. *Brigade majors inspectors of their brigades.*

That the militia of this State shall rendezvous twice in every year, on the first Tuesday of May, and on the first Tuesday of October, annually, for the purpose of training, disciplining, viewing arms, and other martial exercise, by companies, in their respective beats, and by regiments once in four years, or oftener, as the Brigadier shall order or direct. *Militia to rendezvous twice a year.*

That the light infantry companies shall appear six times in every year, three times by companies in their respective beats, and three times in squads, as the Colonel or commanding officer of the regiment shall direct. *Light infantry companies to appear six times a year.*

That commanding officers of brigades may, as often as they think proper, require the attendance of any or all the field officers under their command; at such time and place as they shall appoint, to confer with them on the subject of better ordering of military affairs, and promoting military skill and discipline in the said brigades: and the commanding officers of regiments shall be vested with like power, and for like purposes, to call together in like manner, any or all the commissioned officers of their respective regiments, and the field officers of regiments are hereby empowered and directed to dignify the several companies in their respective regiments, and also to divide said companies, as they may with the advice of the commissioned officers of the companies proposed to be divided, from time to time judge expedient, agreeable to the provision of this act. *Brigadiers and colonels may require the attendance of field officers.* *Who to dignify companies.*

That

## STATUTES OF VERMONT.

100            Regulating the Militia.

*General court-martial.*    That a General Court-Martial which may be appointed by any officers commanding brigades, shall consist of thirteen commissioned officers, who shall appoint their Judge Advocate; which Judge Advocate so appointed, shall tender to each member, and each member is hereby required to take the following oath; *You ——— do swear, that you will well and truly try, and determine according to evidence, the matter depending between the freemen of the State of Vermont, and the prisoner or prisoners to be tried: and you do further swear, that you will not divulge the sentence of the Court until the same shall be approved of pursuant to an act, entitled,* An act regulating the militia of the State of Vermont; *neither will you, upon any account, at any time whatsoever, disclose or discover the vote or opinion of any particular member of the Court Martial, unless required to give evidence thereof by a Court of Justice, in a due course of law. So help you God.*

*Their oath.*

*Oath of judge advocate.*    And the President is hereby authorized to tender to the Judge Advocate, who is hereby enjoined to take the following oath; *You ——— do swear that you will not, upon any account, at any time whatsoever, disclose or discover the vote or opinion of any particular member of the Court Martial, unless required to give evidence thereof as a witness, by a Court of Justice, in a due course of law, and that you will not divulge the sentence of this Court until the same shall be approved, pursuant to an act, entitled,* An act regulating the militia of the State of Vermont. *So help you God.*

*Officers convicted of neglect of duty.*
*Their fines how collected and appropriated.*    And that every commissioned officer who shall be convicted by General Court-Martial, of having refused or neglected to perform any of the duties of his office, shall be punished according to the degree and nature of his offence: provided no fine shall exceed ten pounds for the first offence, nor exceed fifty pounds for every subsequent offence: which fine shall be levied and collected by warrant under the hand and seal of the commanding officer of the brigade, directed to the adjutant of the regiment where such officer shall belong, in like manner as the fines herein after mentioned to be received of noncommissioned officers and privates for neglect or refusal of duty; which fines so collected, shall be paid into the hands of the officer granting the same, whose duty it shall be to appropriate the same for the use of the regiment where such delinquent shall belong, in the providing colours, drums, &c. for the use of such regiment.

*Officers behaving &c. to be cashiered.*    And whatsoever officer shall be convicted before a Court-Martial of behaving in a scandalous infamous manner, such as is unbecoming the character of an officer and a gentleman, shall be cashiered.

*Brigade courts-martial.*
*Sentences to be in writing, and approved in order, &c.*    That the commanding officers of brigades may order Court-Martials for the trial of officers in his brigade, the members of which shall be warned by the Brigade-Major, who is to keep a roster for that purpose: that the proceedings and sentence of every Court-Martial shall be in writing, signed by the President thereon; and that all proceedings and sentences when any officer shall be cashiered, shall by the President be delivered to the commanding officer of the brigade,

brigade, to be by him tranfmitted to the Commander in Chief, who fhall approve or difapprove of the fame in orders : and that all other proceedings and fentences of brigade Courts-Martial, fhall be delivered to the commanding officer of the brigade, who fhall approve or difapprove of the fame in orders.

That a Court-Martial for the trial of general officers, fhall be ordered by the Commander in Chief, and compofed of general and field officers, who fhall be warned to that duty by the Adjutant-General from a rofter to be by him kept for that purpofe, that the proceedings and fentences of fuch Courts-Martial fhall be tranfmitted by the Prefident to the Commander in Chief, who fhall confirm or difapprove of the fame in general orders : provided that no fentence of a Court-Martial on a general officer go further than a removal from office. That all fentences of Courts-Marfhal by which any officer fhall be removed, and which fhall be approved by the Commander in Chief, fhall by him, from time to time, be laid before the Council, to the end that the perfon adminiftering the government of this State for the time being, by and with the advice of Council, may appoint others inftead of the officers fo removed from office. *[margin: Courts-martial for the trial of general officers. Only to remove from office.]*

That every noncommiffioned officer or private, who fhall refufe or neglect to appear when warned, in purfuance of this act, without fufficient excufe, fhall for every day he neglects to appear at the regimental parade, forfeit the fum of fix fhillings ; and fhall for every day he neglects to appear on the company parade, forfeit the fum of four fhillings ; and for every day's neglect to appear on the parade affigned for the different fquads for the convenience of exercife, fhall pay the fum of three fhillings ; and if he fhall not be armed and equipped according to the directions of this act, when fo appearing (without fufficient excufe) he fhall for every deficiency, forfeit the fum of fix pence; and appearing without a mufket or firelock, the fum of three fhillings. *[margin: Fines of noncommiffioned officers & privates for omiffions.]*

That all perfons being of the people called Quakers, who would otherwife be fubject to military duties by virtue of this act, and who fhall refufe to perform military fervice, fhall be exempted therefrom in time of peace. *[margin: Quakers exempted.]*

That all commanding officers of companies fhall have power to appoint two days annually for the purpofe of military exercife, exclufive of the two days for the purpofe of muftering ; provided they fhall not have power to call them out in either of the three fummer months ; and the companies fhall have three days warning for all mufters and trainings ; which warning fhall be given by an order from the commanding officer of the company, to any noncommiffioned officer of the company, or in any other way agreed on by the company; and every foldier warned as aforefaid, fhall give his attendance at any time and place appointed, complete in arms for military exercife, and dreffed in a foldier like manner, and for nonappearance, difobedience, or delinquency in arms, fhall be liable to the fame fines and penalties as are directed by this act for nonappearance, difobedience, or deficiency on days for company mufters ; to be collected and difpofed of as heretofore directed by this act. *[margin: Captains to appoint two days yearly, for muftering. The warning. Penalty for non appearance.]*

C c        That

Digitized from Best Copy Available

STATUTES OF VERMONT.

103          Regulating the Militia.

*When an invasion happens, brigadiers or colonels to order out the militia, and give notice to superior officers.*

That it shall and may be lawful to and for any Brigadier-General, or commanding officer of a regiment, when and as often as any invasion may happen, to order out the militia under his respective command, for the defence of this State; giving notice of such invasion, and every circumstance attending the same, as early as possible, to their immediate commanding officer, by whom such information shall be transmitted, with the utmost expedition, to the Commander in Chief. And that in case of insurrections, the commanding officer of the regiment within the limits of which any such insurrection may happen, shall immediately assemble his regiment, or such part thereof as to him may appear necessary, under arms, and having transmitted information thereof to the commanding officer of the brigade, and to the Commander in Chief, shall proceed to take such measures to suppress such insurrection, as to any three Judges or Justices of the Peace in and for the county where such insurrection shall happen, may appear most proper and effectual. And if any person be wounded, or disabled, while in actual service, in opposing any invasion or insurrection, or in suppressing the same, he shall be taken care of and provided for at the public expence, without having any regard to the rank such person may hold.

*Commissary of stores to be appointed.*

And that it may and shall be lawful for the person administering the government of this State for the time being, by and with the advice and consent of the Council, to appoint a Commissary of military stores, who shall be allowed an adequate reward for his service: and such Commissary shall have the charge and keeping of the ordnance and military stores of this State, subject to such order and instruction in the execution of his duty, as he shall receive from the Commander in Chief.

*Penalty for disobeying orders.*

And that every noncommissioned officer and private, who shall neglect or refuse to obey the order of his superior officer while under arms, shall forfeit for every such offence, a sum not exceeding ten shillings: and if any such noncommissioned officer or private, enrolled to serve in either of the companies of artillery, cavalry, or infantry, shall refuse or neglect to perform such military duty or exercise as he shall be required to perform, or shall desert from his colours, or guard, without the permission of his superior officer as aforesaid, he shall suffer such fine as shall be inflicted by a Court-Martial, as the nature of the case may require, not exceeding twelve shillings.

*III. Spectators intruding.*

*And be it further enacted by the authority aforesaid,* That no person or persons, when spectators at any review, muster, or training, shall be allowed to stand on or occupy the ground, within twenty yards of any regiment, troop of horse, company, or squad, when manœuvring; and the officer commanding such regiment, troop, company, or squad, shall have a right, by a regular guard, to remove any such person or persons off the ground or parade that he wishes to occupy for martial exercise.

*Persons formerly officers exempted*

That all persons who have heretofore been commissioned or noncommissioned officers, in the line of the army of the United States, or in the militia of this or either of the United States, and have been lawfully discharged, shall

be,

be, and hereby are, exempted from ferving in the militia of this State, excepting only that when any of the above faid commiffioned or noncommiffioned officers be duly required to ferve in the militia of this State, in the rank formerly fuftained by faid officer, or a higher rank, and fhall neglect or refufe to ferve as aforefaid, he fhall be liable to do duty as a private, in the militia of this State: any thing in this act to the contrary notwithftanding.

*Be it further enacted by the authority aforefaid*, That the feveral acts, or parts of acts, heretofore paffed, regulating the militia of this State, be, and hereby are, repealed.

IV.
Former acts repealed.

### An act regulating Mills and Millers.

Paffed March 1, 1787.

BE it enacted by the General Affembly of the State of Vermont, That each miller, or owner of any griftmill, in this State, fhall be allowed two quarts out of each bufhel of Indian corn he grinds, and for Englifh grain two quarts out of each bufhel and one pint for boulting; except malt, out of each bufhel of which he fhall have one quart, and no more.

Millers toll.

And if any miller fhall take or receive any greater toll for grinding than is herein before allowed, he fhall forfeit and pay twenty fhillings, on each conviction of the breach of this act; one moity whereof fhall be to the complainer who fhall profecute the fame to effect, and the other moiety to the treafury of the town where fuch offence fhall be committed.

Penalty for taking more.

And there fhall be provided for every griftmill within this State, by the owners of fuch mills, fealed meafures, viz. one of a pint, one of a quart, one of two quarts, and one of three quarts, for their toll meafures, with an inftrument to ftrike the faid meafure, which fhall be ftricken, when toll is taken of any grain brought to fuch mills to be ground, ftricken meafure.

Sealed meafures to be provided.

### An act regulating the trial of perfons, who, on being arraigned for crimes againft the State, fhall ftand mute.

Paffed Feb. 29, 1787.

WHEREAS, *the judgment directed by the common law, in cafe of a prifoner's refufing to plead, is marked by circumftances manifeftly repugnant to that fpirit of humanity, which fhould ever diftinguifh a free, civilized, and Chriftian people.* Wherefore,

Preamble.

BE it enacted by the General Affembly of the State of Vermont, That in all criminal cafes, where the party indicted or complained of fhall, on being arraigned, obftinately refufe to plead and be tried in due courfe of law, fuch ftanding mute fhall be adjudged to amount to, and be, a proper traverfe or denial

Criminal ftanding mute, to be conftrued a traverfe.

denial of the facts charged in the indictment or complaint: and the trial shall thereupon proceed in like manner, and the same judgment shall be given against the said party, if found guilty, as if he, she, or they had, on being arraigned, duly plead, and in proper form respectively put themselves on their trial.

**Passed March 9, 1787.**

An act directing what Money shall be a legal currency in this State, and at what rate the same shall pass.

**Weight of coins.**

BE it enacted by the General Assembly of the State of Vermont, That all genuine coined gold, silver, and copper, shall be legal money in this State, and shall pass as follows, viz. all gold coin, of the fineness of a half-johannes, at the rate of five shillings and four pence a penny weight: silver coin, estimating the silver Spanish milled dollar, weighing not less than seventeen penny weight and six grains, at six shillings each; and all other silver coins in proportion thereto, according to its weight and fineness: and all genuine coined coppers, three of which weigh not less than one ounce, shall pass for two pence.

**Passed Oct. 30, 1786.**

An act to prevent the sale and transportation of Negroes and Molattoes out of this State.

**Preamble.**

WHEREAS, by the constitution of this State, all the subjects of this Commonwealth, of whatever colour, are equally entitled to the inestimable blessings of freedom, unless they have forfeited the same by the commission of some crime: and the idea of slavery is expressly and totally exploded from our free government. And whereas, instances have happened of former owners of Negroes in this Commonwealth, making sale of such persons as slaves, notwithstanding their being liberated by the constitution; and attempts have been made to transport such persons to foreign parts, in open violation of the laws of the land.

**Penalty for selling subjects of this State.**

BE it therefore enacted by the General Assembly of the State of Vermont, That if any person shall hereafter make sale of any subject of this State, or shall convey, or attempt to convey, any subject out of this State, with intent to hold or sell such person as a slave; every person so offending, and convicted thereof, shall forfeit and pay to the person injured for such offence, the sum of one hundred pounds, and cost of suit; to be recovered by action of debt, complaint or information.

**Passed March 9, 1787.**

An act to prevent falling Trees into Creeks and Rivers.

**Preamble.**

WHEREAS mills and bridges standing on the creeks and rivers in this State, are much endangered by trees and timber floating down the stream, and the current

Digitized from Best Copy Available