CIVIL PROCEEDINGS – U.S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION
NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

JUDGE:   **ROBERT E. PAYNE**                                                                                           DOCKET NO.:   **3:22-CV-410**

REPORTER:   **MELISSA CUSTIS, OCR**                                                                             DATE:   **FEBRUARY 8, 2023**

Case Style:   JOHN COREY FRASER et al v. BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES et al

Counsel for Plaintiff(s):   ELLIOTT HARDING

Counsel for Defendant(s):   JONATHAN HAMBRICK, MICHAEL CLENDENEN

Matter Comes on For:   ( ) BENCH TRIAL
                        (✓) MOTION HEARING:   MOTION TO DISMISS (ECF 21)
                                              MOTION FOR SUMMARY JUDGMENT (ECF 28)
                        ( ) OTHER: _____

Appearances:   PARTIES          BY COUNSEL (✓) / WITH COUNSEL ( )        PRO SE ( )

Motions Before Trial:
        ( ) _____
        ( ) _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) ( )     DEFENDANTS ( )     COURT ( )

OPENING STATEMENTS MADE ( )                OPENING WAIVED ( )

PLAINTIFF(S) ADUCED EVIDENCE ( )       RESTED ( )       MOTION ( ) _____

DEFENDANT(S) ADUCED EVIDENCE ( )       RESTED ( )       MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )              SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )             ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )     MONETARY REWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )     TRIAL EXHIBITS RETURNED TO COUNSEL ( )

**ADDITIONAL NOTATIONS:**
COURT HEARD ARGUMENTS OF COUNSEL; COURT DIRECTING COUNSEL TO FILE SIMULTANEOUS SUPPLEMENTAL BRIEFS AS ONE BY MARCH 8, 2023, RESPOND BY MARCH 15, 2023; PARTIES TO OBTAIN TRANSCRIPT (SEMI-EXPEDITED, 14 DAYS) & NOTE CITATIONS; ORDER TO ISSUE

CASE CONTINUED UNTIL _____ AT _____ FOR _____

SET:   **10:00 A.M.**     BEGAN:   **10:12 A.M.**     ENDED:   **2:51 P.M.**     TIME IN COURT:   **3 HRS. 18 MINS.**

RECESSES:   **11:56 A.M. – 1:17 P.M.**