IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOHN COREY FRASER, et al, on behalf of themselves and all others similarly situated as a Class; *Plaintiffs*, v. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al. *Defendants* | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:22-cv-00410 |

## PLAINTIFFS' STIPULATION TO DEFENDANTS' SUMMARY OF LAW

**COME NOW** the Plaintiffs, Mr. John "Corey" Fraser, Mr. Joshua McCoy, Mr. Tyler McGrath, and Mr. Ian Shackley, (collectively, "Plaintiffs"), by and through counsel, and on behalf of themselves and a pending Class of those similarly situated, and, pursuant to this Court's Order entered on January 26, 2023, ECF Doc. 32, do hereby stipulate to the submission of laws and Notice of Supplemental Authorities made by the Defendants on February 3, 2023. *See* ECF Doc. 36.

Respectfully submitted,

_____/s_____
Elliott M. Harding, Esq.
*Counsel for the Plaintiffs & Class*
Harding Counsel, PLLC
608 Elizabeth Ave.,
Charlottesville, VA 22901
P: 434-962-8465
E: Elliott@HardingCounsel.com

1

## CERTIFICATE OF SERVICE

On December 15, 2022, I electronically submitted the foregoing document with the clerk of court for the United States District Court for the Eastern District of Virginia using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically as well.

Respectfully submitted,

_____/s_____
Elliott M. Harding, Esq.
*Counsel for the Plaintiffs & Prospective Class*
Harding Counsel, PLLC
608 Elizabeth Ave.,
Charlottesville, VA 22901
P: 434-962-8465
E: Elliott@HardingCounsel.com

2