IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JOHN COREY FRASER, et al., on behalf of themselves and all others similarly situated as a Class,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:22CV00410<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE

Defendants, by counsel, respectfully file this Notice in response to the February 9, 2023 Order (ECF No. 38) that the legislative history previously submitted to chambers be filed as part of the record in this case. A list of the documents being filed is set forth below:[1]

1. Omnibus Crime Control Act and the Gun Control Act of 1968, Pub. L. No. 90-618, Tit. I, § 101, 82 Stat. 1213

2. Omnibus Crime Control and Safe Streets Act of 1968, Pub. L. No. 90-351, Tit. IV, § 901(a)(2), 82 Stat. 197, 225

3. S. Rep. No. 90-1097, at 77-79 (1968)

4. S. Rep. No. 89-1866, at 58-60 (1966)

5. S. Rep. No. 88-1340, at 1 (1964)

6. 114 Cong. Rec. 12279, 12309 (1968) (Sen. Dodd)

7. *Federal Firearms Act: Hearings Before the Subcomm. to Investigate Juvenile Delinquency of the Sen. Comm. on the Judiciary*, 90th Cong. 57 (1967) (statement of Sheldon S. Cohen)

8. *Federal Firearms Act: Hearings Before the Subcomm. to Investigate Juvenile Delinquency of the Sen. Comm. on the Judiciary*, 89th Cong. 67 (1965) (statement of Sheldon S. Cohen)

---

[1] The documents at tabs 2, 3, 4, 6, and 8 are highlighted on the pages indicated by the flags.

1

9  Notice of Proposed Rulemaking, Commerce in Firearms and Ammunition, 33 Fed. Reg. 16285 (Nov. 6, 1968)

10  Commerce in Firearms and Ammunition, 33 Fed. Reg. 18555, 18566 (Dec. 14, 1968)

Dated:  February 22, 2023

                Respectfully submitted,

                JESSICA D. ABER
                UNITED STATES ATTORNEY

By:      /s/ *Jonathan H. Hambrick*
        Jonathan H. Hambrick
        VSB No. 37590
        Office of the United States Attorney
        600 East Main Street, Suite 1800
        Richmond, Virginia 23219
        (804) 819-5400 (phone)
        (804) 819-7417 (fax)
        jay.h.hambrick@usdoj.gov


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

MICHAEL P. CLENDENEN (D.C. Bar No. 1660091)
Trial Attorney
DANIEL RIESS
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-0693
Fax: (202) 616-8460
michael.p.clendenen@usdoj.gov

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Elliott Harding, Esquire
> Harding Counsel, PLLC
> 608 Elizabeth Avenue
> Charlottesville, VA 22901

> /s/ *Jonathan H. Hambrick*
> Jonathan H. Hambrick
> VSB No. 37590
> Attorney for the Defendants
> Office of the United States Attorney
> 919 East Main Street, Suite 1900
> Richmond, Virginia 23219
> Telephone:  (804) 819-5400
> Facsimile:  (804) 771-2316
> Email:  jay.h.hambrick@usdoj.gov