PROPOSED RULE MAKING 16285

[ 14 CFR Part 71 ]

[Airspace Docket No. 68-CE-90]

## TRANSITION AREA

### Proposed Designation

The Federal Aviation Administration is considering amending Part 71 of the Federal Aviation Regulations so as to designate a transition area at Freeport, Ill.

Interested persons may participate in the proposed rule making by submitting such written data, views, or arguments as they may desire. Communications should be submitted in triplicate to the Director, Central Region, Attention: Chief, Air Traffic Division, Federal Aviation Administration, Federal Building, 601 East 12th Street, Kansas City, Mo. 64106. All communications received within 45 days after publication of this notice in the FEDERAL REGISTER will be considered before action is taken on the proposed amendment. No public hearing is contemplated at this time, but arrangements for informal conferences with Federal Aviation Administration officials may be made by contacting the Regional Air Traffic Division Chief.

Any data, views, or arguments presented during such conferences must also be submitted in writing in accordance with this notice in order to become part of the record for consideration. The proposal contained in this notice may be changed in the light of comments received.

A public docket will be available for examination by interested persons in the Office of the Regional Counsel, Federal Aviation Administration, Federal Building, 601 East 12th Street, Kansas City, Mo. 64106.

A new public use instrument approach procedure has been developed for the Albertus Airport, Freeport, Ill., utilizing a city-owned radiobeacon as a navigational aid. Consequently, it is necessary to provide controlled airspace protection for aircraft executing this new approach procedure by designating a transition area at Freeport, Ill. The new procedure will become effective concurrently with the designation of the transition area. The Chicago Air Route Traffic Control Center, through the Rockford, Ill., Flight Service Station, will control IFR air traffic into and out of Albertus Airport.

In consideration of the foregoing, the Federal Aviation Administration proposes to amend Part 71 of the Federal Aviation Regulations as hereinafter set forth:

In § 71.181 (33 F.R. 2137), the following transition area is added:

#### FREEPORT, ILL.

Within a 6-mile radius of Albertus Airport (latitude 42°15'50" N., longitude 89°34'50" W.); and within 2 miles each side of the 005° bearing from Albertus Airport, extending from the 6-mile radius area to 8 miles northeast of the airport.

This amendment is proposed under the authority of § 307(a) of the Federal Aviation Act of 1958 (49 U.S.C. 1348).

Issued at Kansas City, Mo., on October 15, 1968.

EDWARD C. MARSH,
Director, Central Region.

[F.R. Doc. 68-13403; Filed, Nov. 5, 1968; 8:45 a.m.]

[ 14 CFR Part 71 ]

[Airspace Docket No. 68-CE-94]

## TRANSITION AREA

### Proposed Designation

The Federal Aviation Administration is considering amending Part 71 of the Federal Aviation Regulations so as to designate a transition area at Morris, Minn.

Interested persons may participate in the proposed rule making by submitting such written data, views, or arguments as they may desire. Communications should be submitted in triplicate to the Director, Central Region, Attention: Chief, Air Traffic Division, Federal Aviation Administration, Federal Building, 601 East 12th Street, Kansas City, Mo. 64106. All communications received within 45 days after publication of this notice in the FEDERAL REGISTER will be considered before action is taken on the proposed amendment. No public hearing is contemplated at this time, but arrangements for informal conferences with Federal Aviation Administration officials may be made by contacting the Regional Air Traffic Division Chief.

Any data, views, or arguments presented during such conferences must also be submitted in writing in accordance with this notice in order to become part of the record for consideration. The proposal contained in this notice may be changed in the light of comments received.

A public docket will be available for examination by interested persons in the Office of the Regional Counsel, Federal Aviation Administration, Federal Building, 601 East 12th Street, Kansas City, Mo. 64106.

A new public use instrument approach procedure has been developed for the Morris, Minnesota Municipal Airport, utilizing a State-owned radio beacon as a navigational aid. Consequently, it is necessary to provide controlled airspace protection for aircraft executing this new approach procedure by designating a transition area at Morris, Minn. The new procedure will become effective concurrently with the designation of the transition area. The Minneapolis Air Route Traffic Control Center, through the Alexandria, Minn., Flight Service Station, will control IFR air traffic into and out of Morris Municipal Airport.

In consideration of the foregoing, the Federal Aviation Administration proposes to amend Part 71 of the Federal Aviation Regulations as hereinafter set forth:

In § 71.181 (33 F.R. 2137), the following transition area is added:

#### MORRIS, MINN.

That airspace extending upward from 700 feet above the surface within a 6-mile radius of Morris Municipal Airport (latitude 45°34'05" N., longitude 95°58'10" W.); and within 2 miles each side of the 148° bearing from Morris Municipal Airport, extending from the 6-mile radius area to 8 miles southeast of the airport; and that airspace extending upward from 1,200 feet above the surface within 5 miles southwest and 8 miles northeast of the 148° bearing from Morris Municipal Airport, extending from the airport to 12 miles southeast of the airport.

This amendment is proposed under the authority of § 307(a) of the Federal Aviation Act of 1958 (49 U.S.C. 1348).

Issued at Kansas City, Mo., on October 14, 1968.

EDWARD C. MARSH,
Director, Central Region.

[F.R. Doc. 68-13404; Filed, Nov. 5, 1968; 8:45 a.m.]

# DEPARTMENT OF THE TREASURY

## Internal Revenue Service

[ 26 CFR Parts 177, 178 ]

### COMMERCE IN FIREARMS AND AMMUNITION

### Notice of Proposed Rule Making

Notice is hereby given that the regulations set forth in tentative form below are proposed to be prescribed by the Commissioner of Internal Revenue, with the approval of the Secretary of the Treasury or his delegate. Notice is also given of a public hearing to be held at 9 a.m., e.s.t.

On November 21, 1968, in the Auditorium of the Freer Gallery of Art, 12th Street and Jefferson Drive SW., Washington, D.C., at which time and place all interested parties will be afforded opportunity to be heard, in person or by authorized representative, with reference to the proposed regulations. Written data, views, or arguments relevant to the proposed regulations may be submitted, in duplicate, for incorporation into the record of hearing (1) by mailing the same to the Director, Alcohol and Tobacco Tax Division, Internal Revenue Service, Washington, D.C. 20224, provided they are received prior to the termination of the hearing, or (2) by presenting the same at said hearing. Any written comments or suggestions not specifically designated as confidential in accordance with 26 CFR 601.601(b) may be inspected by any person upon written request. The proposed regulations are to be issued under the authority contained in 18 U.S.C. 926 (82 Stat. 1226).

[SEAL] SHELDON S. COHEN,
Commissioner of Internal Revenue.