

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN COREY FRASER, et al., on behalf
of themselves and all others
similarly situated as a Class,

    Plaintiff,

v.                          No. 3:22-cv-410

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.,

    Defendants.

ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT (ECF No. 21) is denied; and

(2) PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (ECF No. 28) is granted.

It is SO ORDERED.

                                          /s/ REP
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: May 10, 2023