

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN COREY FRASER, et al., on behalf
of themselves and all others
similarly situated as a Class,

    Plaintiff,

v.                            No. 3:22-cv-410

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.,

    Defendants.

### ORDER

It is hereby ORDERED that:

(1) By May 17, 2023, the parties shall meet and confer on how best to proceed with the question of class certification in this matter; and

(2) On May 18, 2023, the parties shall submit their recommendation(s) for future proceedings in this matter; and

(3) On May 19, 2023, if the parties disagree on the proper future proceedings, the parties shall contact the Court to arrange a telephonic conference call in this matter.

It is SO ORDERED.

                                        /s/ REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: May 10, 2023