IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JOHN COREY FRASER, et al., on behalf of themselves and all others similarly situated as a Class, | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 3:22CV00410 |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al., | )<br>) |
| Defendants. | ) |

**[PROPOSED] JUDGMENT**

Defendants' Motion for Entry of Judgment in a Separate Order, ECF No. 53, is hereby GRANTED.

It is further ORDERED that Plaintiffs' request for declaratory judgment, ECF No. 28, at 28, is GRANTED. For the reasons set forth in the Court's Memorandum Opinion, ECF No. 47, the Court hereby declares that Plaintiffs John Corey Fraser, Joshua Clay McCoy, Tyler Dalton McGrath, and Ian Fletcher Shackley have a constitutional right to purchase handguns from federal firearm licensees, notwithstanding the federal prohibition on such sales to persons between the ages of 18 and 20. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, final judgment is entered in favor of the Plaintiffs on Count I of the Amended Complaint, ECF No. 18, and the Court does not reach Count II of the Amended Complaint. The Clerk is directed to close this case.

Richmond, Virginia
Date:            , 2023

_____
Robert E. Payne
Senior United States District Judge