IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN COREY FRASER, et al., on behalf
of themselves and all others
similarly situated as a Class,

    Plaintiff,

v.                              No. 3:22-cv-410

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.,

    Defendants.

### ORDER

Having conferred with counsel during the conference call on May 19, 2023, it is hereby ORDERED:

(1) On May 22, 2023, Plaintiffs shall file a motion for class certification and, separately, shall file a motion for an injunction and briefs in support thereof; and

(2) On June 2, 2023, the Government shall file separate responses to each motion; and

(3) On June 9, 2023, Plaintiffs shall file separate replies to each response.

It is SO ORDERED.

                                              /s/ REP
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: May 19, 2023