## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| **JOHN COREY FRASER, ET AL.,** | ) | |
| | ) | |
| *Plaintiffs* | ) | |
| | ) | |
| v. | ) | Case No. 3:22-cv-00410 |
| | ) | |
| **BUREAU OF ALCOHOL,** | ) | |
| **TOBACCO, FIREARMS** | ) | |
| **AND EXPLOSIVES, ET AL.,** | ) | |
| | ) | |
| *Defendants* | | |

### [PROPOSED] ORDER

The Plaintiffs' Motion for Class Certification is hereby GRANTED. This action is certified as a Class action and such Class is comprised of the following members:

> All natural persons and citizens of the United States of America who have attained the age of eighteen but who are not yet twenty-one and who have not been convicted of a felony, who are not fugitives from justice, have not been discharged from the Armed Forces under dishonorable conditions, are not unlawful users of or addicted to any controlled substances, have not been adjudicated as mental defectives or committed to a mental institution, are not on parole or probation, and are not under indictment or restraint.

The Class action shall be limited to the following issues pursuant to Rule 23(c)(4):

1. Whether the Second Amendment of the Constitution of the United States applies to those members of the Class;

2. Whether the federal laws at issue violate the Second Amendment right to keep and bear arms as guaranteed to those members of the Class; and

3. Whether the federal laws at issue deprive those members of the Class of the equal protection and a fundamental liberty interest encompassed by the Fifth Amendment's due process clause.

Plaintiffs' request for Mr. Elliott M. Harding, Esq. to serve as Class counsel is hereby GRANTED.

Entered this \_\_\_ day of _____, 2023

_____

Robert E. Payne

SENIOR UNITED STATES DISTRICT JUDGE