IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JOHN COREY FRASER, et al., on behalf of themselves and all others similarly situated as a Class,<br><br>        Plaintiffs,<br><br>  v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al.,<br><br>        Defendants. | Civil Action No. 3:22CV00410 |

## **[PROPOSED] ORDER**

Defendants' Motion for a Stay of Injunction Pending Appeal, ECF No. __, is hereby GRANTED.

It is further ORDERED that the Court's judgment, ECF No. __, is hereby STAYED until the time has lapsed for a party to appeal this Court's judgment or to file a writ of certiorari from an appellate mandate, or until a final mandate has been issued by an appellate court in this matter, whichever is later.

Richmond, Virginia
Date: _____, 2023

                                                                                                   _____
                                                                                                   Robert E. Payne
                                                                                                   Senior United States District Judge