IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOHN COREY FRASER, ET AL., ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | |
| v. ) | Case No. 3:22-cv-00410 |
| ) | |
| BUREAU OF ALCOHOL, ) | |
| TOBACCO, FIREARMS ) | |
| AND EXPLOSIVES, ET AL., ) | |
| ) | |
| *Defendants* | |

## [PROPOSED] ORDER

CAME THIS DAY, the Plaintiffs, by and through counsel, and moved for this Court to enter a final judgment in this matter. Plaintiffs' Motion for Entry of Judgment is hereby GRANTED. The Plaintiffs' request for a declaratory judgment and a permanent injunction is hereby GRANTED. For the reasons set forth in the Court's Memorandum Opinion, ECF No. 47, the Court hereby declares that Plaintiffs John Corey Fraser, Joshua Clay McCoy, Tyler Dalton McGrath, Ian Fletcher Shackley, and Justin Timothy Fraser have a constitutional right to purchase handguns and ammunition from federal firearm licensees pursuant to the Second Amendment of the Constitution of the United States, notwithstanding the federal prohibition on such sales to persons between the ages of 18 and 21.

The Court HOLDS that the laws at issue are unconstitutional and hereby ORDERS that the federal Defendants, their officers, agents, employees, and all persons in active concert or participation with them, are hereby permanently enjoined from enforcing 18 U.S.C. §§ 922(b)(1), (c) and any derivative regulations, to include 27 C.F.R. §§ 478.99(b)(1), 478.102, 478.124(a), (c)(1)-(5), (f), and 478.96(b) in any manner that obstructs, hinders, prohibits, frustrates, bars, or

prevents the Plaintiffs from purchasing handguns or ammunition from federally licensed firearm dealers due to their age.

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, a final judgment is entered in favor of the Plaintiffs on Count I of the Amended Complaint and the Court does not reach Count II of the Amended Complaint.

Entered this ___ day of _____, 2023

_____

Robert E. Payne

SENIOR UNITED STATES DISTRICT JUDGE