**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

JOHN COREY FRASER, et al., on behalf
of themselves and all others
similarly situated as a Class,
    Plaintiffs,

v.                  No. 3:22-cv-410

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.,
    Defendants.

**ORDER**

For the reasons set forth in the accompanying MEMORANDUM OPINION, it is hereby ORDERED:

(1) PLAINTIFFS' AND PROPOSED PLAINTIFF'S MOTION TO ADD JUSTIN FRASER AS PLAINTIFF OR GRANT INTERVENTION (ECF No. 50) will be granted to the extent that it seeks leave to add Justin Timothy Fraser ("Justin Fraser") as a party plaintiff under Fed. R. Civ. P. 21 and denied as moot and without prejudice to the extent that it seeks leave to intervene under Fed. R. Civ. P. 24; and

(2) The Clerk shall change the caption of the case to add Justin Fraser as a Plaintiff and the style of all subsequent pleadings will bear the names of all Plaintiffs; and

(3) By August 30, 2023, the Plaintiffs shall file a Second Amended Complaint that adds Justin Fraser as a plaintiff and that contains only such additional facts as are necessary to show that

he has standing; and

(4) By September 6, 2023, the Defendants shall file their Answer thereto; and

(5) Neither Plaintiffs nor Defendants may add any new facts, claims, or defenses except as necessary to recognize that Justin Fraser is a party plaintiff; and

(6) Justin Fraser shall be bound by all positions taken by the initial Plaintiffs in their First Amended Complaint, the motions made and the responses and replies thereto, and the oral arguments thereon, and by the MEMORANDUM OPINION and ORDER entered herein on May 10, 2023 (ECF Nos. 47 and 48) and by all other ORDERS entered herein; and

(7) The facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

It is SO ORDERED.

/s/

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: August 24, 2023

2