IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN COREY FRASER, et al., on behalf
of themselves and all others
similarly situated as a Class,
    Plaintiffs,

v.                                  No. 3:22-cv-410

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.,
    Defendants.

ORDER

For the reasons set forth in the accompanying MEMORANDUM OPINION, it is hereby ORDERED that PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (ECF No. 56) is granted and the following class is certified pursuant to Fed. R. Civ. P. 23(b)(2):

> Natural persons and citizens of the United States of America who have attained the age of eighteen but who are not yet twenty-one and who have not been convicted of a felony, who are not fugitives from justice, have not been discharged from the Armed Forces under dishonorable conditions, are not unlawful users of or addicted to any controlled substances, have not been adjudicated as mental defectives or committed to a mental institution, are not on parole or probation, are not under indictment or restraint, and are not plaintiffs in the pending cases of Brown v. Bureau of Alcohol, Tobacco, Firearms and Explosives, No. 1:22-cv-80 (N.D. W. Va. filed Aug. 30, 2022); Reese v. ATF, NO. 6:20-CV-01438, 2022 WL 17859138 (W.D. La. Dec. 21, 2022), appeal docketed, No. 23-30033 (5th Cir. Jan. 10,

2023).

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

It is SO ORDERED.

                                                /s/ REP  
                                      Robert E. Payne  
                                      Senior United States District Judge

Richmond, Virginia  
Date: August 30, 2023