IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN COREY FRASER, JOSHUA CLAY
MCCOY, TYLER DALTON MCGRATH,
IAN FLETCHER SHACKLEY, and
JUSTIN TIMOTHY FRASER, on behalf
of themselves and all others
similarly situated as a Class,
    Plaintiffs,

v.                      No. 3:22-cv-410

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, STEVEN
DETTELBACH, and MERRICK GARLAND,
    Defendants.

## FINAL ORDER OF DECLARATORY RELIEF

For the reasons set forth in the accompanying MEMORANDUM OPINION, and finding that all requisites for declaratory relief have been satisfied, it is hereby ORDERED and declared that:

(1) 18 U.S.C. §§ 922(b)(1), (c) and any derivative regulations, to include 27 C.F.R. §§ 478.99(b)(1), 478.102, 478.124(a), (c)(1)(5), (f), and 478.96(b) are declared to be in violation of the Second Amendment to the United States Constitution; and

(2) Plaintiffs John Corey Fraser, Joshua Clay McCoy, Tyler Dalton McGrath, Ian Fletcher Shackley, and Justin Timothy Fraser, and all fellow members of the Class as certified, have a constitutional right to purchase handguns and ammunition from federal firearm licensees pursuant to the Second Amendment of the Constitution of the United States, notwithstanding the federal

prohibition on such sales to persons between the ages of 18 and 21.

It is so ORDERED.

_____ /s/   _____

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: August 30, 2023