IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN COREY FRASER, JOSHUA CLAY
MCCOY, TYLER DALTON MCGRATH,
IAN FLETCHER SHACKLEY, and
JUSTIN TIMOTHY FRASER, on behalf
of themselves and all others
similarly situated as a Class,
    Plaintiffs,

v.                                       No. 3:22-cv-410

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, STEVEN
DETTELBACH, and MERRICK GARLAND,
    Defendants.

### ORDER

For the reasons set forth in the accompanying MEMORANDUM OPINION, it is hereby ORDERED that the DEFENDANTS' MOTION FOR A STAY OF INJUNCTION PENDING APPEAL (ECF No. 63) is granted. The FINAL ORDER OF INJUNCTION (ECF No. 81) and the FINAL ORDER OF DECLARATORY RELIEF (ECF No. 82) are STAYED pending appeal to the United States Court of Appeals for the Fourth Circuit. The facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: August 30, 2023
4:56 PM