IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JUSTIN TIMOTHY FRASER, et al., on behalf of themselves and all others similarly situated as a Class,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil No. 3:22cv410-REP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' NOTICE REGARDING FINAL ORDER OF INJUNCTION**

On August 30, 2023, the Court entered a Final Order of Injunction, which stated that "by September 8, 2023, counsel for the Defendants shall file a pleading certifying that this FINAL ORDER OF INJUNCTION has been delivered to the named Defendants." ECF No. 81, at 3. The undersigned counsel hereby certifies that a copy of the Final Order of Injunction, ECF No. 81, has been delivered to the named Defendants.

Dated:  September 7, 2023

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By:   /s/ *Jonathan T. Lucier*
Jonathan H. Hambrick, VSB No. 37590
Jonathan T. Lucier, VSB No. 81303
Office of the United States Attorney
600 East Main Street, Suite 1800
Richmond, Virginia 23219
(804) 819-5400 (phone)
(804) 819-7417 (fax)
jay.h.hambrick@usdoj.gov
jonathan.lucier@usdoj.gov

1

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

MICHAEL P. CLENDENEN (D.C. Bar No. 1660091)
Trial Attorney
DANIEL RIESS
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-0693
Fax: (202) 616-8460
michael.p.clendenen@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on September 7, 2023, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

/s/ *Jonathan T. Lucier*
Jonathan T. Lucier, VSB No. 81303
Office of the United States Attorney
600 East Main Street, Suite 1800
Richmond, Virginia 23219
(804) 819-5400 (phone)
(804) 819-7417 (fax)
jonathan.lucier@usdoj.gov