# EXHIBIT A

# Exhibit A

*Justin Fraser, et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.*, Case No. 3:22-cv-410

**Firm Name: Harding Counsel, PLLC**
Reporting Period: Inception through September 5, 2023

Categories:
(1) Plaintiff interviews & drafting of Complaints
(2) Research & drafting of Plaintiffs' motions, memoranda, & orders
(3) Review of Defendants' responsive pleadings in opposition
(4) Research & drafting of Plaintiffs' replies to Defendants' oppositional pleadings
(5) Review of Defendants' motions, memoranda, & orders
(6) Research and drafting of Plaintiffs' responses to Defendant's motions
(7) Review of Defendants' replies
(8) Review of Court orders & opinions
(9) Court appearances & Party Conferences
(10) Litigation Strategy & Analysis*
(11) Review of Amicus filings

| Name | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | Hours | Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Elliott Harding | 19.9 | 48 | 41.9 | 23.3 | 19.9 | 19.9 | 3.6 | 11 | 24.6 | 10.7 | 8.1 | 230.9 | $465 | $107,368.5 |
| **Total** | | | | | | | | | | | | | | $107,368.5 |

2

| Task | Accompanying ECF Doc. & Date of Filing | Total Time Allocated (including preparation for hearings or conferences) | Code |
|---|---|---|---|
| Complaint | ECF 1 -- 6/1/22 | 9.8 | 1 |
| Consent Motion for Extension | ECF 6 – 10/11/22 | .4 | 9 |
| Order Granting Extension | ECF 7 – 10/14/22 | .2 | 8 |
| Order Setting Pretrial Conference | ECF 8 – 11/1/22 | .3 | 8 |
| Scheduling Order | ECF 9 – 11/1/22 | .6 | 8 |
| Def. Motion to Dismiss | ECF 10, 11 – 11/8/22 | 8 | 5 |
| Def. Answer to Complaint | ECF 12 – 11/8/22 | 4 | 3 |
| Amicus Brief | ECF 14, 15 – 11/15/22 | 2.1 | 11 |
| Amicus Brief | ECF 16, 17 – 11/15/22 | 2 | 11 |
| Pretrial Conference | 11/16/22 | 2.4 | 9 |
| First Amended Complaint | ECF 18 -- 11/16/22 | 6.6 | 1 |
| Scheduling Order | ECF 19 -- 11/17/22 | .4 | 8 |
| Def. Motion to Dismiss | ECF 21, 22 – 11/30/22 | 9 | 5 |
| Def. Answer | ECF 23 – 11/30/22 | 3 | 3 |
| Amicus | ECF 25 – 12/2/22 | 1.9 | 11 |
| Amicus | ECF 26 – 12/5/22 | 1.9 | 11 |
| Response to Motion to Dismiss | ECF 27 – 12/15/22 | 11.1 | 6 |
| Plaintiff Motion for Summ. Judg. | ECF 28 – 12/15/22 | 9.8 | 2 |
| Def. Reply for Motion to Dismiss | ECF 29 – 1/3/23 | 3.6 | 7 |
| Def. Response to Mot. For SJ | ECF 30 – 1/3/23 | 6.7 | 3 |
| Reply to Def. Opp. To SJ | ECF 31 – 1/10/23 | 5.7 | 4 |
| Order for Supplemental Briefing | ECF 32 – 1/26/23 | .6 | 8 |
| Order for Joint Submission | ECF 33 – 1/27/23 | .5 | 8 |
| Joint Motion to Amend | ECF 34 – 2/2/23 | 1.7 | 2 |
| Notice of Supplemental Authority | ECF 36 – 2/3/23 | 4.2 | 2 |
| Oral Argument | ECF 37 – 2/8/23 | 12.2 | 9 |
| Court Order | ECF 38 – 2/9/23 | .6 | 8 |
| Plaintiffs' Stipulation | ECF 39 – 2/10/23 | 1.3 | 9 |
| Notice by Defendants | ECF 41 – 2/22/23 | 4.5 | 9 |

| | | | |
|---|---|---|---|
| Def. Brief in Support MTD | ECF 43 – 3/8/23 | 6.1 | 3 |
| Memorandum in Support SJ | ECF 44 – 3/8/23 | 6.6 | 2 |
| Def. Response to Memo for SJ | ECF 45 – 3/15/23 | 5 | 3 |
| Plaintiff Response to MTD | ECF 46 – 3/15/23 | 6 | 6 |
| Court Orders & Opinion | ECF 47,48,49 – 5/10/23 | 2.9 | 8 |
| Motion to Join/Intervene | ECF 50 – 5/18/23 | 4.2 | 2 |
| Status Report Re Class Cert | ECF 52 – 5/18/23 | 2.8 | 9 |
| Def. Motion Separate Judgment | ECF 53 – 5/18/23 | 2.4 | 5 |
| Response to Def. Motion | ECF 54 – 5/18/23 | 2.8 | 6 |
| Conference Call | 5/19/23 | 1 | 9 |
| Court Order | ECF 55 – 5/19/23 | .3 | 8 |
| Motion to Certify Class | ECF 56, 58 – 5/22/23 | 6.3 | 2 |
| Motion for Injunction | ECF 57, 59 – 5/22/23 | 5.2 | 2 |
| Def. Opposition to Intervention | ECF 60 – 6/123 | 4.6 | 3 |
| Def. Opposition to Certify | ECF 61 – 6/2/23 | 5.8 | 3 |
| Def. Opposition to Injunction | ECF 62 – 6/2/23 | 2.6` | 3 |
| Def. Motion to Stay Injunction | ECF 63 – 6/2/23 | .5 | 5 |
| Reply to Opposition to Class | ECF 64 – 6/9/23 | 6.4 | 4 |
| Reply to Opposition to Intervene | ECF 65 – 6/9/23 | 3.8 | 4 |
| Reply to Opposition to Enjoin | ECF 67 – 6/9/23 | 4 | 4 |
| Court Order | ECF 68 – 7/7/23 | .5 | 8 |
| Brief and Draft Order | ECF 69 – 7/17/23 | 5.9 | 2 |
| Def. Response to Brief/Order | ECF 70 – 7/28/23 | 4.1 | 3 |
| Reply to Def. Response | ECF 71 – 8/2/23 | 3.4 | 4 |
| Court Opinion & Order | ECF 73 – 8/24/23 | .6 | 8 |
| Second Amended Complaint | ECF 74 – 8/30/23 | 3.5 | 1 |
| Court Order & Opinion | ECF 77, 78 – 8/30/23 | 1.3 | 8 |
| Court Order & Opinion | ECF 80 – 84 – 8/30/23 | 1.4 | 8 |
| Motion to Appoint Counsel | ECF 85, 86 – 8/31/23 | 4.1 | 2 |
| Final Judgment | ECF 88 – 8/31/23 | .8 | 8 |
| | | | |
| Litigation Strategy & Analysis | Throughout | 10.7 | 10 |