# EXHIBIT B

**Exhibit B**

*Justin Fraser, et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.*, **Case No. 3:22-cv-410**

**Firm Name: Harding Counsel, PLLC**
Reporting Period: Inception through September 5, 2023

| Category | Amount |
|---|---|
| Filing Fee | $402 |
| Travel & Meals | $177.64 |
| Court Reporter & Transcript | $338.66 |
| Total | $918.3 |