IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JUSTIN TIMOTHY FRASER, et al., on behalf of themselves and all others similarly situated as a Class, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 3:22CV00410 |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al., ) ) ) | |
| Defendants. ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF); Steven Dettelbach, in his official capacity as Acting Director of ATF; and Merrick Garland, in his official capacity as Attorney General of the United States, appeal to the U.S. Court of Appeals for the Fourth Circuit from this Court's Final Judgment on the Merits (Docket No. 88) and all prior orders and opinions merged into the judgment, including but not limited to Docket Nos. 47, 48, 72, 73, 77, 78, 79, 80, 81, and 82.

Dated: October 11, 2023

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By: /s/ *Jonathan H. Hambrick*
Jonathan H. Hambrick
VSB No. 37590
Office of the United States Attorney
600 East Main Street, Suite 1800
Richmond, Virginia 23219
(804) 819-5400 (phone)

1

(804) 819-7417 (fax)
jay.h.hambrick@usdoj.gov


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

MICHAEL P. CLENDENEN (D.C. Bar No. 1660091)
Trial Attorney
DANIEL RIESS
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-0693
Fax: (202) 616-8460
michael.p.clendenen@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Elliott Harding, Esquire
>Harding Counsel, PLLC
>608 Elizabeth Avenue
>Charlottesville, VA 22901

>/s/ *Jonathan H. Hambrick*
>Jonathan H. Hambrick
>VSB No. 37590
>Attorney for the Defendants
>Office of the United States Attorney
>919 East Main Street, Suite 1900
>Richmond, Virginia 23219
>Telephone: (804) 819-5400
>Facsimile: (804) 771-2316
>Email: jay.h.hambrick@usdoj.gov

3