IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JUSTIN TIMOTHY FRASER, et al.,
on behalf of themselves and all others
similarly situated as a Class,

    Plaintiffs,

v.                         Civil Action No. 3:22cv410

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES,
et al.,

    Defendants.

**ORDER**

Having considered the PLAINTIFF'S [sic] MOTION FOR EXTENSION TO FILE REPLY TO DEFENDANTS' RESPONSE IN OPPOSITION TO MOTION FOR ATTORNEY'S FEES AND EXPENSES (ECF No. 99), and for good cause shown, it is hereby ORDERED that the Motion (ECF No. 99) is granted. It is further ORDERED that the plaintiffs shall electronically file their proposed reply by November 2, 2023.

It is so ORDERED.

_____ /s/
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: November ___, 2023