FILED: June 18, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 23-2085
(3:22-cv-00410-REP)

_____

JOSHUA CLAY MCCOY; TYLER DALTON MCGRATH; IAN FLETCHER
SHACKLEY; JUSTIN TIMOTHY FRASER, on behalf of themselves and all
others similarly situated as a Class

        Plaintiffs - Appellees

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES;
STEVEN DETTELBACH, in his official capacity as Director of the Bureau of
Alcohol, Tobacco, Firearms and Explosives; PAMELA JO BONDI, in her official
capacity as Attorney General of the United States

        Defendants - Appellants

----------------------------------

GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE; BRADY
CENTER TO PREVENT GUN VIOLENCE; ILLINOIS; ARIZONA;
CALIFORNIA; COLORADO; CONNECTICUT; DELAWARE; DISTRICT OF
COLUMBIA; HAWAII; MARYLAND; MASSACHUSETTS; MICHIGAN;
MINNESOTA; NEVADA; NEW JERSEY; NEW YORK; NORTH CAROLINA;
OREGON; PENNSYLVANIA; RHODE ISLAND; VERMONT; WASHINGTON

        Amici Supporting Appellants

_____

## J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is reversed. This case is remanded with directions to the district court to dismiss in accordance with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK