Case 3:22-cv-00410-REP   Document 109   Filed 08/11/25   Page 1 of 2 PageID# 2522

FILED: August 11, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2085
(3:22-cv-00410-REP)

_____

JOSHUA CLAY MCCOY; TYLER DALTON MCGRATH; IAN FLETCHER
SHACKLEY; JUSTIN TIMOTHY FRASER, on behalf of themselves and all
others similarly situated as a Class

            Plaintiffs - Appellees

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES;
STEVEN DETTELBACH, in his official capacity as Director of the Bureau of
Alcohol, Tobacco, Firearms and Explosives; PAMELA JO BONDI, in her official
capacity as Attorney General of the United States

            Defendants - Appellants

----------------------------------

GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE; BRADY
CENTER TO PREVENT GUN VIOLENCE; ILLINOIS; ARIZONA;
CALIFORNIA; COLORADO; CONNECTICUT; DELAWARE; DISTRICT OF
COLUMBIA; HAWAII; MARYLAND; MASSACHUSETTS; MICHIGAN;
MINNESOTA; NEVADA; NEW JERSEY; NEW YORK; NORTH CAROLINA;
OREGON; PENNSYLVANIA; RHODE ISLAND; VERMONT; WASHINGTON

            Amici Supporting Appellants

---

## M A N D A T E

---

The judgment of this court, entered June 18, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*