# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 30, 2026

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

Re: Joshua Clay McCoy, Individually and on Behalf of All Others
Similarly Situated as a Class, et al.
v. Bureau of Alcohol, Tobacco, Firearms, and Explosives, et al.
No. 25-24
(Your No. 23-2085)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris

**Scott S. Harris**, Clerk